# 22-1006-cv

## United States Court of Appeals
### for the
### Second Circuit

VANS, INC., VF OUTDOOR, LLC.,

*Plaintiffs-Appellees,*

– v. –

MSCHF PRODUCT STUDIO, INC.,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## Volume 2 of 4 (Pages A-299 to A-584)

PHILIP A. GOLDSTEIN
MCGUIREWOODS LLP
1251 Avenue of the Americas,
    20th Floor
New York, New York 10020
(212) 548-2100

TANYA GREEN
MCGUIREWOODS LLP
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071
(213) 627-2268

LUCY J. WHEATLEY
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000

*Attorneys for Plaintiffs-Appellees*

DAVID H. BERNSTEIN
MEGAN K. BANNIGAN
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

    – and –

WILLIAM D. PATTERSON
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue,
    Suite 3300
Chicago, Illinois 60611
(312) 321-9100

*Attorneys for Defendant-Appellant*

**i**

# TABLE OF CONTENTS

                                                                    **Page**

Docket Entries................................................. A-1

Complaint, dated April 14, 2022.............................. A-12

Exhibit 1 to Complaint -
Articles..................................................... A-73

Exhibit 2 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,177,772) ....................................... A-109

Exhibit 3 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,170,691) ....................................... A-111

Exhibit 4 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,172,482) ....................................... A-114

Exhibit 5 to Complaint -
(i) U.S. Trademark Registration No. 4,442,122
(issued December 3, 2013) .................................. A-117

(ii) U.S. Trademark Registration No. 2,206,796
(issued December 1, 1998) .................................. A-120

(ii) U.S Trademark Registration No. 6,062,935
(issued May 26, 2020) ...................................... A-121

Exhibit 6 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 5,320,384) ....................................... A-123

Exhibit 7 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 1,244,537) ....................................... A-126

Exhibit 8 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,830,071) ............................................. A-128

Exhibit 9 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 4,623,568) ............................................. A-130

Exhibit 10 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 5,4181305) ............................................. A-133

Exhibit 11 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 6,309,462) ............................................. A-136

Exhibit 12 to Complaint -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 6,309,463) ............................................. A-139

[Proposed] Temporary Restraining Order and Order
to Show Cause for Preliminary Injunction, by
Plaintiffs.................................................. A-144

Plaintiffs' Memorandum of Law in Support of their
Motion for a Temporary Restraining Order and
Preliminary Injunction, dated April 14, 2022 ........ A-150

Declaration of Kia Wimmer, for Plaintiffs, in
Support of Motion for a Temporary Restraining
Order and Preliminary Injunction, dated
April 14, 2022.................................................. A-185

Exhibit 1 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,177,772) ............................................. A-192

**Page**

Exhibit 2 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,170,691) ............................................ A-194

Exhibit 3 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 2,172,482) ............................................ A-197

Exhibit 4 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 4,442,122) ............................................ A-200

Exhibit 5 to Wimmer Declaration -
August 2019 Report prepared by Michael
Rappeport ................................................................ A-202

Exhibit 6 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 6,309,462) ............................................ A-226

Exhibit 7 to Wimmer Declaration -
U.S. Trademark Certificate of Registration for Vans
(Reg. No. 6,309,463) ............................................ A-229

Declaration of Matthew G. Rosendahl, for Plaintiffs,
in Support of Motion for a Temporary Restraining
Order and Preliminary Injunction, dated
April 14, 2022 ........................................................ A-232

Exhibit 1 to Rosendahl Declaration -
Articles .................................................................... A-235

Declaration of Justin Regan, for Plaintiffs, in
Support of Motion for a Temporary Restraining
Order and Preliminary Injunction, dated
April 14, 2022 ........................................................ A-239

**Page**

Declaration of Tanya L. Greene, for Plaintiffs, in
    Support of Motion for a Temporary Restraining
    Order and Preliminary Injunction, dated
    April 14, 2022 ..................................................... A-249

    Exhibit 1 to Greene Declaration -
    Visual Chart ............................................ A-251

Declaration of Rian Pozzebon, for Plaintiffs, in
    Support of Motion for a Temporary Restraining
    Order and Preliminary Injunction, dated
    April 14, 2022 ..................................................... A-254

Declaration of Daniel Callahan, for Plaintiffs, in
    Support of Motion for a Temporary Restraining
    Order and Preliminary Injunction, dated
    April 14, 2022 ..................................................... A-260

Defendant's Memorandum of Law in Opposition to
    Plaintiffs' Application for a Temporary
    Restraining Order and Preliminary Injunction,
    dated April 18, 2022 ................................................ A-265

Declaration of David H. Bernstein, for Defendant,
    in Opposition to Plaintiffs' Application for a
    Temporary Restraining Order and Preliminary
    Injunction, dated April 18, 2022 ........................... A-296

Declaration of Marissa MacAneney, for Defendant,
    in Opposition to Plaintiffs' Application for a
    Temporary Restraining Order and Preliminary
    Injunction, dated April 18, 2022 ........................... A-299

    Exhibit 1 to MacAneney Declaration -
    Table I which reflects a Selected Number of
    Images returned from Searches ............................ A-302

**Page**

Exhibit 2 to MacAneney Declaration -
Table I which reflects a Selected Number of
Images returned from Searches ............................ A-317

Exhibit 3 to MacAneney Declaration -
Table I which reflects a Selected Number of
Images returned from Searches ........................... A-334

Exhibit 4 to MacAneney Declaration -
Table I which reflects a Selected Number of
Images returned from Searches ............................ A-343

Declaration of Kevin Wiesner, for Defendant, in
Opposition to Plaintiffs' Application for a
Temporary Restraining Order and Preliminary
Injunction, dated April 17, 2022 ........................... A-347

Exhibit 1 to Wiesner Declaration -
*Wavy Baby* Manifesto ............................................ A-385

Exhibit 2 to Wiesner Declaration -
Video ....................................................................... A-388

Exhibit 3 to Wiesner Declaration -
April 10, 2022 Instagram Post .............................. A-392

Exhibit 4 to Wiesner Declaration -
*SneakerFreaker* Article........................................... A-394

Exhibit 5 to Wiesner Declaration -
*Highsnobiety* Article .............................................. A-404

Exhibit 6 to Wiesner Declaration -
*Highsnobiety* Article .............................................. A-441

Exhibit 7 to Wiesner Declaration
TikTok Video ........................................................... A-474

Exhibit 8 to Wiesner Declaration -
April 7, 2022 Instagram Post ................................. A-477

Page

Exhibit 9 to Wiesner Declaration
TikTok Video ........................................................... A-480

Declaration of Gabriel Whaley, for Defendant, in
Opposition to Plaintiffs' Application for a
Temporary Restraining Order and Preliminary
Injunction, dated April 17, 2022 ........................... A-483

Exhibit 1 to Whaley Declaration -
Description of Drop 73 from the MSCHF
Website................................................................... A-507

Exhibit 2 to Whaley Declaration -
Description of Drop 72 from the MSCHF
Website................................................................... A-514

Exhibit 3 to Whaley Declaration -
Description of Drop 66 from the MSCHF
Website................................................................... A-519

Exhibit 4 to Whaley Declaration -
Description of Drop 67 from the MSCHF
Website................................................................... A-522

Exhibit 5 to Whaley Declaration -
Description of Drop 71 from the MSCHF
Website................................................................... A-525

Exhibit 6 to Whaley Declaration -
Description of Drop 70 from the MSCHF
Website................................................................... A-528

Exhibit 7 to Whaley Declaration -
Description of Drop 69 from the MSCHF
Website................................................................... A-532

Exhibit 8 to Whaley Declaration -
Description of Drop 68 from the MSCHF
Website................................................................... A-536

Page

Exhibit 9 to Whaley Declaration - Description of Drop 34 from the MSCHF Website .................................................................. A-539

Exhibit 9 to Whaley Declaration - Description of Drop 39 from the MSCHF Website .................................................................. A-543

Exhibit 11 to Whaley Declaration - *Digital Trends* Article ........................................... A-550

Exhibit 12 to Whaley Declaration - *New York Times* Article ........................................ A-566

Exhibit 13 to Whaley Declaration - CNN.com Article .................................................. A-575

Exhibit 14 to Whaley Declaration - *Business Insider* Article ....................................... A-585

Exhibit 15 to Whaley Declaration - *Esquire* Article ..................................................... A-596

Exhibit 16 to Whaley Declaration - *The Verge* Article .................................................. A-607

Exhibit 17 to Whaley Declaration - *The New York Times* Article ................................. A-621

Exhibit 18 to Whaley Declaration - TikTok Video .......................................................... A-634

Exhibit 19 to Whaley Declaration - December 18, 2021 Instagram Post ...................... A-636

Exhibit 20 to Whaley Declaration - *Sotheby* Article ..................................................... A-639

Exhibit 21 to Whaley Declaration - *COMPLEX* Article ............................................... A-666

**Page**

Exhibit 22 to Whaley Declaration -
*Sotheby* Article........................................................ A-674

Order to Show Cause for a Temporary Restraining
Order and Preliminary Injunction, dated
April 18, 2022 ........................................................ A-699

Defendant's Supplemental Memorandum of Law in
Opposition to Plaintiffs' Application for a
Temporary Restraining Order and Preliminary
Injunction, dated April 20, 2022 ........................... A-701

Supplemental Declaration of Gabriel Whaley, for
Defendant, in Opposition to Plaintiffs'
Application for a Temporary Restraining Order
and Preliminary Injunction, dated
April 17, 2022 ........................................................ A-711

Exhibit 1 to Whaley Supplemental Declaration -
*Wavy Baby* Work .................................................. A-733

Exhibit 2 to Whaley Supplemental Declaration -
A Pair of Vans Old Skools .................................... A-736

Expert Declaration of Kenneth Anand, for Defendant,
in Opposition to Plaintiffs' Application for a
Temporary Restraining Order and Preliminary
Injunction, dated April 20, 2022 ........................... A-739

Plaintiffs' Reply Memorandum of Law in Support
of their Motion for a Temporary Restraining
Order and Preliminary Injunction, dated
April 22, 2022 ........................................................ A-753

Exhibit 1 to Reply Memorandum of Law -
(i) Plaintiffs' [Proposed] Temporary Restraining
Order and Order to Show Cause for Preliminary
Injunction,.............................................................. A-769

**Page**

(ii) Declaration of Aaron Silverstein, for
Plaintiffs, in Support of Motion for Temporary
Restraining Order and Order to Show Cause for
Preliminary Injunction, dated April 22, 2022 ........   A-777

(iii) Reply Declaration of Matthew G. Rosendahl,
for Plaintiffs, in Further Support of Motion for
Temporary Restraining Order and Order to Show
Cause for Preliminary Injunction, dated
April 22, 2022 ......................................................   A-781

Corrected Exhibit 8 to Rosendahl Reply
Declaration -
Webpages ..............................................................   A-792

Second Supplemental Declaration of Gabriel Whaley,
for Defendant, in Opposition to Plaintiffs'
Application for a Temporary Restraining Order
and Preliminary Injunction, dated
April 26, 2022 ......................................................   A-812

Transcript of Proceedings, dated April 27, 2022 .......   A-815

Notice of Appeal, dated May 2, 2022 .......................   A-922

David H. Bernstein (dhbernstein@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Marissa MacAneney (mpmacaneney@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6696
Fax:  (212) 521-7696

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                 :

VANS, INC. and VF OUTDOOR, LLC      :

                 :   Case No. 1:22-cv-02156-WFK-RML

          Plaintiffs,   :

                 :

      -against-       :

                 :

MSCHF PRODUCT STUDIO, INC.      :

                 :

          Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF MARISSA MACANENEY IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS' APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Marissa MacAneney, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of New York, and admitted

to the Eastern District of New York.  I am an associate at the law firm of Debevoise & Plimpton

in New York. I am over the age of 18 and competent to testify.

2.      I submit this declaration in opposition to Plaintiffs' application for a temporary

restraining order and preliminary injunction against Defendant MSCHF Product Studio, Inc.

This declaration is based on my personal knowledge, information, and belief.

3.      On April 15, 2022, I conducted a general Internet search for "low profile black

and white skate shoes" and also searched for "skate shoes" on various websites including

Zappos, Macy's, Walmart, Target, Famous Footwear, Kohl's, Amazon and DSW. Attached as Exhibit 1 is a true and correct copy of a table I prepared, which reflects a selected number of images returned from my searches, as well as the brand name, style name, and hyperlink for each shoe.

4.      On April 15, 2022, I conducted an Internet search for footwear with style names that contained the words "WAVE," "WAVY" or "WAV." Attached as Exhibit 2 is a true and correct copy of a table I prepared which reflects a selected number of images returned from my searches, as well as the brand name, style name, and hyperlink for each shoe.

5.      On April 15, 2022, I conducted a search of the U.S. Patent and Trademark Office ("USPTO") online Trademark Electronic Search System ("TESS"), available at https://tmsearch.uspto.gov/, for "WAVE" formative marks using the free form search "WAVE[mi] and live[ld]". This search query requests trademark applications and registrations that are active (e.g., "live") and contain the word "WAVE" in the "Mark Index" field. It yielded over 1,900 results. Attached as Exhibit 3 is a true and correct copy of a table I prepared which contains selected examples of the search results, as well as each mark's registration number and the goods and services for which each mark is registered for.

6.      On April 15, 2022, I also conducted a TESS search of the USPTO online trademark database for "WAVY" formative marks using the free form searches: "WAVY[mi] and live[ld]" and "WAV![mi] and live[ld]." The first search query requests trademark applications and registrations that are live and contain the word "WAVY" in the "Mark Index" field. The second search query requests trademark applications and registrations that are live and contain the prefix "WAV" in the "Mark Index" field, to account for and capture variations in "WAVY" and "WAVE" spelling. The first search returned 100 results, and the second search

returned over 2,800 results. Attached as Exhibit 4 is a true and correct copy of a table I prepared which contains selected examples of the search results, as well as each mark's registration number and the goods and services for which each mark is registered for.

7.      All of the information discussed above and listed in the attached exhibits is publicly available. The facts related to the trademark registrations are readily determined from TESS, a source whose accuracy cannot reasonably be questioned, and as such the Court can take judicial notice of the USPTO records under Federal Rule of Evidence 201.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Wantagh, New York on this 18th day of April, 2022.


/s/ *Marissa MacAneney*
Marissa MacAneney

A-302

# Exhibit 1



**Vans Old Skool**

| Brand | Style Name | Image and Link |
|-------|-----------|----------------|
| Levi's | Lance | https://www.zappos.com/p/levis-shoes-lance-perforated-coated-black-white/product/9530358/color/151?utm_source=google&utm_medium=pla_g&utm_campaign=170857291&utm_term=pla-_iv_p_1_g_8655930331_c_44852303371_w_pla-361740436929_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_51767023_z_US_i_en_j_361740436929_s_e_h_9067609_ii_vi_&utm_content=51767023&zap_placement= |

| Levi's | Naya |  |
|---|---|---|
| | | https://www.target.com/p/levi-s-womens-naya-ct-cvs-ul-xx-sporty-skate-sneaker-shoe/-/A-83605131 |
| Airwalk | Grip |  |
| | | https://www.jcpenney.com/p/airwalk-grip-mens-sneakers/ppr500815061?pTmplType=regular&country=US&currency=USD&selectedSKUId=03080280059&selectedLotId=0308028&fromBag=true&utm_medium=cse&utm_source=google&utm_campaign=Sneakers&utm_content=03080280059&cid=cse%7Cgoogle%7CMens%7cSneakers_03080280059&kwid=productads-adType%5EPLA&gclid=EAIaIQobChMI9fWuna6a9wIVDTizAB3eEg_-EAQYASABEgJwSPD_BwE&gclsrc=aw.ds |
| Puma | C-Rey |  |
| | | https://www.famousfootwear.com/product/puma-mens-c-rey-sneaker-1050979 |

| Puma | C-Skate |  |
|------|---------|----------------------|
| | | https://www.nordstromrack.com/s/puma-c-skate-sneaker-men/6158619?color=PUMA+BLACK-PUMA+WHITE&utm_source=google&utm_medium=cpc&utm_campaign=11098666270&utm_term=&utm_content=11052844332&utm_channel=LOW_ND_SHOPPING_STANDARD&sid=545650&adpos=&creative=466034471961&device=c&matchtype=&network=g&acctid=21700000001756534&dskeywordid=92700057198393645&lid=92700057198393645&ds_s_kwgid=58700006341818479&ds_s_inventory_feed_id=97700000129300068&dsproductgroupid=324232188855&product_id=33853285&merchid=100921846&prodctry=US&prodlang=en&channel=online&storeid=&locationid=9067609&targetid=pla-324232188855&campaignid=11098666270&adgroupid=11052844332&gclid=EAIaIQobChMIsfmvz66a9wIVdQaICR1qWgOWEAQYASABEgJV3fD_BwE&gclsrc=aw.ds |
| Puma | Club Zone |  |
| | | https://www.dsw.com/en/us/product/puma-club-zone-sneaker---mens/529446?activeColor=001&cm_mmc=CSE--GPS-_-G_Shopping_Athletic%20%26%20Sneaker-_-New_Athletic%20%26%20Sneaker&cadevice=c&gclid=EAIaIQobChMIns3qqa-a9wIVTfvICh0CSwSrEAQYAiABEgICkPD_BwE&gclsrc=aw.ds |

3

| Lakai | Manchester |  |
|---|---|---|
| | | https://www.lakai.com/products/manchester-black-suede-ms1200200a00?variant=31433121235078&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&gclid=EAIaIQobChMIn9G02K-a9wIVxdrICh12kwq9EAQYASABEgJusfD_BwE |
| Wonder Nation | Casual Canvas |  |
| | | https://www.walmart.com/ip/Wonder-Nation-Little-Girl-Big-Girl-Casual-Canvas-Sneaker-Sizes-13-6/255639700?wmlspartner=wlpa&selectedSellerId=0&&adid=22222222227581059171&wl0=&wl1=g&wl2=c&wl3=571910848241&wl4=aud-1183291748582;pla-1568661537326&wl5=9067609&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=online&wl12=255639700&veh=sem&gclid=EAIaIQobChMIkoy-gLCa9wIVaPHjBx1Y-gi4EAQYASABEgK0pfD_BwE&gclsrc=aw.ds |
| DC Shoes | Kalis |  |

4

| | | https://tgmskateboards.com/dc-shoes-kalis-vulc-black-battleship-white/?sku=S-DC-ADYS300569-KBW-10&gclid=EAIaIQobChMIh4HWtLCa9wIV6eSGCh2jhA3eEAQYAiABEgLj5fD_BwE |
|---|---|---|
| Revenge X Storm | Classic Plus Vol. 3 |  https://revengestorm.net/product/classic-plus-vol-3-black/ |
| Pony | Top Star Lo Core |  https://www.joylot.com/Pony-Women-s-Top-Star-Lo-Core-Canvas-Sneakers-Shoes-531491098.html |
| Tretorn | Nylite |  https://www.zappos.com/p/tretorn-nylite-plus-canvas/product/9569207 |

| Converse | One Star Pro | 
https://www.tactics.com/converse/one-star-pro-skate-shoes/black-black-white |
| Just Clearance | Canvas Shoe | 
https://www.walmart.com/ip/Just-Clearance-Couple-canvas-shoes-men-and-women-casual-shoes-student-sport-fashionable-shoes-Birthday-Christmas-Mother-s-Day-Gifts-for-Women-Men/26945097?athbdg=L1400 |
| DC Shoes | Rowlan | 
https://www.amazon.com/DC-Rowlan-Casual-Skate-Sneakers/dp/B093MHBR5L/ref=asc_df_B093MHBR5L/?tag=hyprod-20&linkCode=df0&hvadid=554926785254&hvpos=&hvnetw=g&hvrand=4001415352875841555&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9067609&hvtargid=pla-1456015403446&psc=1 |

| Emerica | Dickson Lo Top Vulc |  |
|---------|---------------------|---------------------|
| | | https://www.amazon.com/Emerica-Dickson-Shoes-Black-White/dp/B08D6KKFSM/?ref=asc_df_B07TWW2SGQ/?tag=&linkCode=df0&hvadid=416722140219&hvpos=&hvnetw=g&hvrand=7863089055323631529&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9067609&hvtargid=pla-902300864543&ref=&adgrpid=92827592134&th=1&psc=1 |
| Heelys | Kids Pro 2.0 |  |
| | | https://www.robertwayne.com/products/heelys-kids-pro-20-prints-black-white-red-warp |
| Hurley | Jasper |  |
| | | https://www.amazon.com/Hurley-Jasper-Skate-Black-White/dp/B091DBJQ93/ref=sr_1_39?crid=3Q7JW26VCNNLB&keywords=black+and+white+skate+shoe&qid=1650070801&sprefix=black+and+white+skate+shoe%2Caps%2C64&sr=8-39 |

| Beverly Hills Polo Club | Casual Skate |  |
|---|---|---|
| | | https://www.walmart.com/ip/Beverly-Hills-Polo-Club-Youth-Boys-Casual-Skate-Sneakers-Sizes-11-4/469339193?wmlspartner=wlpa&selectedSellerId=0 |
| Levi's | Naya Anti |  |
| | | https://www.kohls.com/product/prd-5090661/levis-naya-anti-womens-sneakers.jsp |
| Lugz | Lear |  |
| | | https://www.macys.com/shop/product/lugz-womens-lear-fashion-sneakers?ID=13299621&CategoryID=26499&swatchColor=Black%2C%20White |

| Cat & Jack | Tyler |  |
|---|---|---|

https://www.target.com/p/boys-tyler-slip-on-apparel-sneakers-cat-jack/-/A-83782003

| DC Shoes | Anvil |  |
|---|---|---|

https://www.dcshoes.com/men%2527s-anvil-shoes-303190.html

| DC Shoes | Trase |  |
|---|---|---|

https://www.dcshoes.com/men%2527s-trase-canvas-shoes-887767915989.html?istCompanyId=dd670c62-044e-4234-b9d3-f9458a4cc673&istFeedId=716f1941-a905-4640-853f-7262be58008d&istItemId=xmxlqaill&istBid=tztx&ef_id=EAIaIQobChMI2ai3tLOa9wIVVcmUCR0ELwpTEAQYASABEgIuUvD_BwE:G:s&camp=ese_dc_us-en_e_google_pla_smart_shopping_branded_all_products&geopopup=false&gclid=EAIaIQobChMI2ai3tLOa9wIVVcmUCR0ELwpTEAQYASABEgIuUvD_BwE

9

| Emerica | Wino |  |
| --- | --- | --- |

https://www.zappos.com/p/emerica-wino-standard-black-white-gold/product/9164318/color/75482utm_source=google&utm_medium=pla_g&utm_campaign=87935724&utm_term=pla-_iv_p_1_g_45789605078_c_205918968717_w_aud-751160625796;pla-847050546670_n_g_d_e_v__l__t__r__x_pla_y_15872_f_online_o_47039847_z_US_i_en_j_847050546670_s_e_h_9067609_ii__vi__&utm_content=47039847&zap_placement=

10

Case 1:22-cv-02156-WFK-RML   Document 15-1   Filed 04/18/22   Page 12 of 15 PageID #: 381

**Vans Old Skool**



| Brand | Style Name | Image and Link |
|-------|-----------|----------------|
| Levi's | Lance | <br>https://www.zappos.com/p/levis-shoes-lance-perforated-coated-black-white/product/9530358/color/151?utm_source=google&utm_medium=pla_g&utm_campaign=170857291&utm_term=pla-_iv_p_1_g_8655930331_c_44852303371_w_pla-361740436929_n_g_d_c_v__l__t__r__x_pla_y_15872_f_online_o_51767023_z_US_i_en_j_361740436929_s__e__h_9067609_ii__vi__&utm_content=51767023&zap_placement= |

11

**Vans Old Skool**



| Brand | Style Name | Image |
|-------|-----------|-------|
| DC Shoes | Trase | <br>https://www.dcshoes.com/men%2527s-trase-canvas-shoes-887767915989.html?istCompanyId=dd670c62-044e-4234-b9d3-f9458a4cc673&istFeedId=736f1941-a905-4640-853f-7262be58008d&istItemId=xmxlqaill&istBid=tztx&ef_id=EAIaIQobChMIv4iKnrSa9wIVM__jBx3GiAgVEAQYASABEgIAoPD_BwE:G:s&camp=cse_de_us-en_e_google_pla_smart_shopping_branded_all_products&geopopup=false&gclid=EAIaIQobChMIv4iKnrSa9wIVM__jBx3GiAgVEAQYASABEgIAoPD_BwE |
| Emerica | Wino | <br>https://www.zappos.com/p/emerica-wino-standard-black-white-gold/product/9164318/color/7548?utm_source=google&utm_medium=pla_g&utm_campaign=870357243&utm_term=pla-_iv_p_1_g_45789605978_c_205918968717_w_aud-751160625796:pla-847050546670_n_g_d_c_v_l_t_r_x_pla_v_15872_f_online_o_47039847_z_US_i_en_j_847050546670_s_e_h_9067609_ii_vi_&utm_content=47039847&zap_placement= |

12

| Servant | Dagon |  |
|---------|-------|----------------------|
| | | https://www.christiankoeder.com/2015/08/servant-dagon.html |
| Lugz | Lear |  |
| | | https://www.macys.com/shop/product/lugz-womens-lear-fashion-sneakers?ID=13299621&CategoryID=26499&swatchColor=Black%2C%20White |
| Emerica | Reynolds 3 GC Vulc |  |
| | | https://www.amazon.com/Emerica-Mens-Reynolds-Vulc-Skate/dp/B076BSCP7Y |
| New Balance | Numeric NM255 |  |
| | | https://www.zappos.com/p/new-balance-numeric-nm255-dark-teal-orange/product/9003682/color/932704?utm_source=google&utm_medium=pla_g&utm_campaign=187284211&utm_ |

13

| Emerica | Dickson | term=pla-_iv_p_1_g_111058835717_c_471024657784_w_and-751160625796;pla-974883564689_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_52420404_z_US_i_en_j_974883564689_s_e_h_9067609_ii_vi_&utm_content=52420404&zap_placement= |
|---------|---------|
|  |  |  |
|  |  | https://www.amazon.com/Emerica-Dickson-Shoes-Black-White/dp/B08D6KKFSM/ref=asc_df_B07TWW2SGQ/?tag=&linkCode=df0&hvadid=416722140219&hvpos=&hvnetw=g&hvrand=7863089053323631529&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9067609&hvtargid=pla-902300864543&ref=&adgrpid=92827592134&th=1&psc=1 |

14

Case 1:22-cv-02156-WFK-RML   Document 15-2   Filed 04/18/22   Page 1 of 17 PageID #: 385

# Exhibit 2

| Brand | Style Name | Image and Link |
|-------|-----------|----------------|
| Nike | Air Max Wavy | <br>https://www.goat.com/sneakers/air-max-wavy-game-royal-av8061-400 |
| APL | TechLoom Wave | <br>https://www.athleticpropulsionlabs.com/collections/womens-techloom-waves/products/womens-techloom-wave-black-white |
| UNIF | Wave Platform |  |

| | | https://www.unifeclothing.com/products/wave-platform |
|---|---|---|
| Owlkay | Lazy Wavy | <br>https://www.owlkay.com/products/lazywavy-slip-on-shoe?currency=USD&variant=40469576843461&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping&gclid=EAIaIQobChMIgLb0n5mb9wIVwwaICR2CpAWxEAQYASABEgKBJ_D_BwE |
| MCLC | Wavy Mule | <br>https://shopmclc.com/products/wavy-mule-black |

2

| Ugg | Sammy Wavy |  |
|---|---|---|
| | | https://www.ugg.com/ca/women-casuals-sneakers/sammy-wavy/1125017.html?dwvar_1125017_color=LCKN |
| Mizuno | Wave Rider |  |
| | | https://www.mizunousa.com/shop-wave-rider-25 |
| Vionic | Wave |  |
| | | https://www.vionicshoes.com/wave-toe-post-sandal.html?color=31&utm_source=google_shopping&utm_medium=cpc&crtp=paidsearch&aid=8363&gclid=EAIaIQobChMIvMG8hZqb9wIVBpfIChoVggMAEAQYAyABEgLV5fD_BwE |

| Clarks | Wave 2.0 |  |
|---|---|---|
| | | https://www.zappos.com/p/clarks-wave-2-0-lace-black-nubuck-textile-combination/product/9442124/color/884941?utm_source=google&utm_medium=pla_g&utm_campaign=187285531&utm_term=pla-_iv_p_1_g_9475805611_c_45405095131_w_aud-751160625756:pla-295487185374_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_50178538_z_US_i_en_j_29548718537_4_s_e_h_9067609_ii__vi__&utm_content=50178538&zap_placement= |
| Mizuno | Wave Rider Waveknit |  |
| | | https://www.zappos.com/p/mizuno-wave-rider-24-waveknit-woodrose-pale-lilac/product/9381071/color/863579?utm_source=google&utm_medium=pla_g&utm_campaign=187285531&utm_term=pla-_iv_p_1_g_9475805611_c_45405095131_w_aud-751160625756:pla-295487185374_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_49125314_z_US_i_en_j_29548718537_4_s_e_h_9067609_ii__vi__&utm_content=49125314&zap_placement= |
| Timberland | Solar Wave |  |

4

A-322

| | | |
|---|---|---|
| | | https://www.zappos.com/p/timberland-solar-wave-low-fabric-dark-green-mesh/product/9480047/color/901199?utm_source=google&utm_medium=pla_g&utm_campaign=815471752 0&utm_term=pla-_iv_p_1_g_113892160527_c_469153467990_w_aud-75116062575 6:pla-973177268562_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_50857425_z_US_i_en_j_97317726856 2_s_e_h_9067609_ii_vi_&utm_content=50857425&zap_placement= |
| Skechers | Glide Step Sport Wave Heat |  https://www.zappos.com/p/skechers-glide-step-sport-wave-heat-black-2/product/9500076/color/60041?utm_source=google&utm_medium=pla_g&utm_campaign=816874039&ut m_term=pla-_iv_p_1_g_42801841420_c_193432071012_w_aud-75116062575 6:pla-1420321041742_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_52129696_z_US_i_en_j_1420321041 742_s_e_h_9067609_ii_vi_&utm_content=52129696&zap_placement= |
| Soludos | Rainbow Wave |  https://www.soludos.com/products/rainbow-wave-sneaker |

A-323

| Skechers | Comfy Wave |  |
| --- | --- | --- |
| | | https://www.dsw.com/en/us/product/skechers-arch-fit-comfy-wave-walking-shoe/481849?cm_mmc=CSE-_-GPS-_-G_LIA_Shopping_Athletic%20%26%20Sneaker-_-LIA_Athletic%20%26%20Sneaker&cadevice=c&gclid=EAIaIQobChMIquallpub9wIVidzICh2hIgA9EAQYAyABEgLSePD_BwE&gclsre=aw.ds |
| Robert Graham | Wave |  |
| | | https://www.zappos.com/p/robert-graham-wave-black/product/9629307/color/3?utm_medium=fpa&utm_campaign=free_listings |
| Skechers | Foamies Wave Blast River |  |
| | | https://www.skechers.com/kids/boys/foamies-wave-blast/406485L_BLU.html |

| Soludos | Groovy Wave Ibiza |  |
|---|---|---|
| | | https://www.soludos.com/products/groovy-wave-ibiza-platform |
| Keds | Double Decker Wave Glitter |  |
| | | https://www.keds.com/en/double-decker-wave-glitter/51236W.html |
| Billabong | Agua Waves |  |
| | | https://www.billabong.com/agua-waves-strappy-sandals-194843808524.html?camp=cse_bbw_us-en_e_google_ongoing&utm_source=google&utm_medium=cse&utm_campaign=ongoing&ef_id=EAIaIQobChMIsoj4ipyb9wIVvf7jBxoIiACmEAQYAiABEgICh_D_BwE:G:s&camp=cse_bbg_us-en_e_google_Smart_Shopping_Brand_All_Products&geopopup=false&gclid=EAIaIQobChMIsoj4ipyb9wIVvf7jBxoIiACmEAQYAiABEgICh_D_BwE |

7

| | | |
|---|---|---|
| Spenco | Kholo Wave Slide | <br>https://www.zappos.com/p/spenco-kholo-wave-slide/product/9285900 |
| Vilbrequin | Micro Waves Copp | <br>https://www.vilebrequin.com/us/en/men-accessories-shoes/COPC1512.html?dwvar_COPC1512_color=381&dwvar_COPC1512_size=42%2F43&creative=344319391160&gclid=EAIaIQobChMIj5K_tpyb9wIVhJyzCh3WNQC_EAQYBCABEgLfTvD_BwE |
| SWIMS | Breeze Wave Penny | <br>https://us.swims.com/products/breeze-wave-penny-keeper-navy-orange |
| Mizuno | Wave Supersonic 2.0 | <br>https://www.zappos.com/p/mizuno-wave-supersonic-2-black-charcoal/product/9362198/color/133?utm_source=google&utm_medium=pla_g&utm_campaign=187285531 |

| | | |
|---|---|---|
| | | &utm_term=pla-_iv_p_1_g_9475805611_c_45405095131_w_aud-751160625756:pla-295487185374_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_48864892_z_US_i_en_j_2954871853_74_s_e_h_9067609_ii_vi_&utm_content=48864892&zap_placement= |
| Mizuno | Wave Creation C1 Knit |  |
| | | https://www.zappos.com/p/mizuno-wave-creation-c1-knit-white/product/9150764/color/14?utm_source=google&utm_medium=pla_g&utm_campaign=15999593022&utm_term=pla-_iv_p_1_g_133433779420_c_576019134898_w_aud-751160625756:pla-1005434505072_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_45534624_z_US_i_en_j_100543450_5072_s_e_h_9067609_ii_vi_&utm_content=45534624&zap_placement= |
| Columbia | Techsun Wave |  |
| | | https://www.zappos.com/p/columbia-kids-techsun-wave-toddler-little-kid-big-kid-shark-grey-ice/product/8968179/color/718832?utm_source=google&utm_medium=pla_g&utm_campaign=194547451&utm_term=pla-_iv_p_1_g_9678521971_c_47371513171_w_aud-751160625756:pla-84779356891_n_g_d_c_v_l_t_r_x_pla_y_15872_f_online_o_42610623_z_US_i_en_j_84779356891_s_e_h_9067609_ii_vi_&utm_content=42610623&zap_placement= |

| Crocs | Swiftwater Wave Flip |  |
|---|---|---|
| | | https://www.amazon.com/Crocs-Swiftwater-Flops-Shower-Shoes/dp/B07TBJVT89?th=1 |
| Ipanema | Wave Heart |  |
| | | https://www.shopbop.com/wave-heart-flip-flop-ipanema/vp/v=1/1555493655.htm?currencyCode=USD&extid=SE_froogle_SC_usa&cvosrc=cse.google.IPANE30169&cvo_campaign=SB_Google_USD&ef_id=EAIaIQobChMImoGktZ2b9wIVofzjBx3z5gUhEAQYBSABEgLO7fD_BwE:G:s&s_kwcid=AL!3510!3!91203698417!!!g!65853512701!!422345537!2694699817?&gclid=EAIaIQobChMImoGktZ2b9wIVofzjBx3z5gUhEAQYBSABEgLO7fD_BwE |
| Jessica Simpson | Wayva Pumps |  |
| | | https://www.macys.com/shop/product/jessica-simpson-womens-wayva-embellished-bedazzled-pumps?ID=12942661 |

| Easy Street | Claudia Wave |  |
| --- | --- | --- |
| | | https://www.macys.com/shop/product/easy-street-womens-claudia-comfort-wave-sandals?ID=13460027 |
| Easy Street | Wave Sheri |  |
| | | https://www.macys.com/shop/product/easy-street-womens-comfort-wave-sheri-slide-sandals?ID=13461822 |
| Muk Luks | Wave Riptide |  |
| | | https://www.kohls.com/product/prd-5624475/muk-luks-wave-riptide-womens-sandals.jsp?skuid=38592705&CID=shopping15&utm_campaign=WOMENS%20SANDALS&utm_medium=CSE&utm_source=google&utm_product=38592705&utm_campaignid=9733267156&gclid=EAIaIQobChMIof-yiJ6b9wIVw8fICh19IA3ZEAQYBCABEgJI__D_BwE&gclsrc=aw.ds |

11

| Clarks | Trish Wave |  |
| --- | --- | --- |
| | | https://www.macys.com/shop/product/clarks-collection-womens-trish-wave-loafers?ID=11756917 |
| Chinese Laundry | Wave Platform |  |
| | | https://www.macys.com/shop/product/chinese-laundry-wave-platform-pumps?ID=10227313 |
| Dearfoams | Gemini Wave |  |
| | | https://www.walmart.com/ip/Dearfoams-Women-s-Gemini-Wave-Slide-Slippers/357598468 |

| Easy Street | Waive Pumps |  |
| --- | --- | --- |
| | | https://www.kohls.com/product/prd-2081425/easy-street-waive-womens-dress-heels.jsp?skuid=98932350&CID=shopping15&utm_campaign=WOMENS%20DRESS%20SHOES&utm_medium=CSE&utm_source=google&utm_product=98932350&utm_campaignid=9733267156&gclid=EAIaIQobChMIi4CmzZ6b9wIVDPCzCh3gWwhgEAQYBCABEgJKCfD_BwE&gclsrc=aw.ds |
| Huk | Rogue Wave |  |
| | | https://www.hukgear.com/products/huk-rogue-wave-white?variant=41401908428988&gclid=EAIaIQobChMIwLyB7Z6b9wIV9v7jBx1khwbXEAQYAiABEgJAQ_D_BwE |
| Sperry | Pier Wave |  |

13

| | | |
|---|---|---|
| | | https://www.sperry.com/en/pier-wave-canvas-sneaker/41135W.html |
| Bzees Premium | New Wave | <br>https://www.bzees.com/product/womens-new-wave-medium-wide-slide-sandal-5269313 |
| Sperry | Wave Driver | <br>https://www.dsw.com/en/us/product/sperry-wave-driver-loafer/512105?activeColor=260&cm_mmc=CSE-_-GPS-_-G_Shopping_Loafers%20%26%20Slip%20On-_-New_Loafers%20%26%20Slip-On&cadevice=c&gclid=EAIaIQobChMIvfexqp-b9wIVCbLICh28RQbGEAQYAyABEgKUx_D_BwE&gclsrc=aw.ds |
| Aerosoles | Wave | <br>https://www.amazon.com/Aerosoles-Womens-Wave-Sport-Sandal/dp/B08VKP1YCJ?th=1 |

| Aerosoles | La Wave |  |
|---|---|---|
| | | https://lordandtaylor.com/collections/aerosoles/products/la-wave-sandal |
| Converse | All Star Wave |  |
| | | https://www.dsw.com/en/us/product/converse-chuck-taylor-all-star-wave-ultra-sneaker---womens/534032?activeColor=536 |
| Ninety Union | Wave Platform |  |
| | | https://www.dsw.com/en/us/product/ninety-union-wave-platform-sandal/535797?activeColor=001 |

15

| Yeezy | Wave Runner |  |
| | | https://stockx.com/adidas-yeezy-wave-runner-700-solid-grey |

Exhibit 3

| Mark | Reg No. | Goods and Services |
|---|---|---|
|  | 5534275 | (025) Footwear. |
|  | 5865416 | (025) Clothing, namely, UV bloc sports underwear; athletic uniforms; articles of clothing for water sports, namely, wetsuits for recreational swimming; swimwear, swim briefs, swimsuits, swimming caps, swimming robes, swimming shorts, swimming trunks, beach coverups, sun suits, sun protective swimsuits. |
|  | 5865417 | (025) Clothing, namely, UV bloc sports underwear; athletic uniforms; articles of clothing for water sports, namely, wetsuits for recreational swimming; swimwear, swim briefs, swimsuits, swimming caps, swimming robes, swimming shorts, swimming trunks, beach coverups, sun suits, sun protective swimsuits. |
|  | 5692921 | (035) On-line retail consignment stores featuring clothing line; On-line retail store services featuring subscription boxes containing clothing line; On-line wholesale and retail store services featuring clothing line; On-line wholesale store services featuring clothing line. |

| | 2903783 | (025) Clothing, namely, tee-shirts, sweatshirts, sweatpants, hats, caps, sweaters, jackets, boxer shorts, socks, tanktops, and shorts. |
|---|---|---|
| WAVELY | 5720867 | (025) Bathing suits; Bathing suits for men; Bikinis; One-piece play suits; Swim wear; Swim wear for gentlemen and ladies; Swimsuits; Swimwear; Tankinis; Parts of clothing, namely, gussets for tights, gussets for stockings, gussets for bathing suits, gussets for underwear, gussets for leotards and gussets for footlets. |
| WAVEFORM | 6577735 | (025) Women's apparel, namely, breast-supporting foundation garments and women's underwear; women's intimate apparel, namely, lingerie, brassieres, corsets, body suits and shapewear; women's clothing, namely, swimsuits, beachwear, yoga wear, namely, tops and bottoms, athletic wear, namely, tops and bottoms and sportswear, namely, tops and bottoms; women's apparel, namely, maternity bras and bra tops. |
| | 5436818 | (025) Athletic footwear; Athletic jackets; Athletic pants; Athletic shirts; Athletic shoes; Athletic shorts; Athletic sweaters; Bottoms as clothing for babies, adults, children, women, men; Clothing, namely, athletic sleeves; Clothing, namely, khakis; Hats; Outerwear, namely, windbreakers, sweaters, hoodies, jackets; Pants; Sandals; Shirts; Shoes; Shorts; Socks; |

2

| | | |
|---|---|---|
| | | Tops as clothing for babies, adults, children, women, men; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Baselayer bottoms; Beachwear; Belts; Boat shoes; Bottoms as clothing; Gloves as clothing; Headbands for clothing; Headwear, namely, hats, fitted caps, visors; Hoodies; Hoods; Jackets; Jackets incorporating backpacks; Jerseys; Long jackets; Loungewear; Men's and women's jackets, coats, trousers, vests; Polo knit tops; Shell jackets; Skiwear; Sleepwear; Sports jackets; Surf wear; Swim wear; Tank-tops; Tops as clothing; Wind resistant jackets; Windcheaters; Women's tops, namely, camis. |
| WAVESPRING | 2796812 | (025) Clothing, namely, shoes, athletic shirts, t-shirts, polo-shirts, pants, shorts, sweatshirts, sweat pants, socks, jackets, parkas, wind-resistant jackets, pullovers, vests, mitts, gloves, hats, and caps |
| WAVEKNIT | 5640094 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes |
| WAVE SUPERSONIC | 5700031 | (025) Footwear, namely, athletic footwear, sports shoes, running shoes, volleyball shoes, handball shoes |
| WAVE IMPULSE | 5841915 | (025) Footwear, namely, athletic footwear, sports shoes, tennis shoes |
| WAVE REVOLT | 6649034 | (025) Sports shoes; running shoes |

3

| | | |
|---|---|---|
| WAVEWALK | 4336063 | (025) Boots; footwear for men and women; sandals; shoes. |
| WAVE FLASH | 5847892 | (025) Footwear, namely, athletic footwear, sports shoes, tennis shoes |
| WAVEWALK | 4231254 | (025) Boots; Footwear for men and women; Sandals; Shoes. |
| WAVESOLE | 5808698 | (025) Footwear, namely, shoes, sandals, wedges, mules and boots. |
| WAVE VIPER | 5142399 | (025) Shoes, running shoes. |
| WAVE HAYATE | 4909271 | (025) Footwear, namely, trail running shoes. |
| WAVEWEAR | 4925081 | (025) Golf shoes, basketball sneakers, hiking shoes, winter boots, boxing shoes, ski boots, baseball shoes, running shoes, gymnastic shoes, soccer shoes, hockey shoes, handball shoes, kendo outfits, gym suits, judo suits, swim suits, uniforms, shirts, and shapewear, namely, girdles, bras, and corsets |
| WAVE HOUSE | 2607736 | (025) Clothing, namely, T-shirts, sweatshirts, shirts, jackets, pants, shorts, hats, beach-wear. |
| WAVE ZONE | 2277052 | (025) Clothing, namely, swimming suits, swimming trunks, swim cover-ups and wrap skirts, tank tops, knitted tops, T-shirts, jackets, shorts, sandals, thongs and aqua shoes for under-water wear. |
| WAVE CULT | 5997447 | (025) Clothing, namely, t-shirts, shorts, board shorts, swimwear, swimming trunks; headgear, namely, caps, cap |

| | | |
|---|---|---|
| | | peaks and hats. |
| WAVE CHECK | 6306342 | (025) Bandanas; Footwear; Headbands; Headwear; Socks; Belts; Bottoms as clothing; Tops as clothing; Wristbands as clothing. |
| **WAVE Off** | 5817567 | (025) Fishing shirts; T-shirts; fishing waders; athletic uniforms; waterproof jackets and pants; fishing vests; raincoats; footwear; scarves; neckties; bibs, not of paper; sports caps and hats; ear muffs; socks; gloves; belts for clothing; aprons; sleep masks |
| WAVE LOCH | | (025) Clothing, namely, T-shirts, beachwear, swimwear, swimtrunks, shorts, shirts, jeans, jerseys, jackets, vests, pullovers, sweatpants, beach coverups, sweatshirts, sweatsuits, robes, belts, socks, gloves, wetsuits, wetsuit booties, sports shirts, neck, head, wrist and sweat bands, hats, visors, caps, headwear and footwear. |
| WAVEREFLEX | 2984178 | (025) Footwear. |
| WAVE LIGHTNING | 2842964 | (025) Athletic footwear, sporting wear, namely, sport coats and sports shirts; casual wear, namely, t-shirts, running shorts, jogging suits. |
| WAVE INSPIRE | 3040632 | (025) Footwear. |
| WAVE RAVE | 3275205 | (025) Men's, women's and children's apparel, namely, jackets, pants, gloves, mittens, beanies, hats, sweaters, sweatshirts, sweatpants, shirts, t-shirts, shoes, socks, thermal underwear, snowboarding jackets, snowboarding pants, ski jackets, ski pants. |

| | | |
|---|---|---|
| WAVE CATALYST | 4962162 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
| WAVE TORNADO | 4962163 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
| WAVE HURRICANE | 5005640 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
| WAVE SKY | 5367093 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
| WAVE AEROFLOW | 5263116 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
| WAVE SHADOW | 5415232 | (025) Footwear, namely, athletic footwear, sports shoes, casual shoes, running shoes. |
|  | 2627917 | (025) Clothing, namely, baseball uniforms, baseball stockings, baseball undershirts, baseball under stockings, baseball sliding pants, badminton shirts, badminton pants and shorts, badminton skirts, tennis jackets, tennis shirts, tennis pants, tennis shorts and skirts, table tennis jackets, table tennis pants and shorts, table tennis shirts, basketball shirts, basketball pants, basketball jerseys, golf shirts, golf vests, golf jackets, golf pants, golf socks, golf raincoats, golf rain jackets and pants, golf sweaters, rugby shirts, rugby pants, football jackets, football pants, football shirts, football hose, namely, socks and stockings, volleyball jackets, volleyball warm-up shirts, |

6

A-341

| | | volleyball warm-up pants, volleyball shirts, volleyball pants, ski jackets, ski pants, ski anorak coats, ski jump suits, ski stockings and socks; skate suits, boxing trunks, boxing shirts, wrestling uniforms, track and field shirts, track and field pants, track and field warm-up shirts, track and field warm-up pants, gymnastic shirts, gymnastic pants, mountaineering jackets, mountaineering shirts, mountaineering pants, mountaineering socks, mountaineering breeches, mountaineering anoraks, bowling shirts; judo uniforms, composed of coats, pants and belts; judo underwear for women; karate uniforms composed of coats, pants and belts; karate underwear for women; kendo uniforms composed of coats, pants and belts; swim pants, swim suits, handball shirts, handball pants, soccer shirts, soccer pants, wet suits, suits, coats, jackets, shirts, underwear, T-shirts, shorts, sweat shirts, sweat pants, gloves, polo shirts, blousons, vests, cardigans, trousers, slacks, short pants, socks and hose, rain wear, skirts, culottes and wind resistant jackets; ] footwear, namely, baseball shoes, [ softball shoes, badminton shoes, tennis shoes, table tennis shoes, basketball shoes, golf shoes, football shoes, ] volleyball shoes, [ hockey shoes, archery shoes, handball shoes, ski boots, after ski boots, ice skate boots, wrestling shoes, ] running shoes [, track and field shoes, walking and climbing footwear, gymnastic shoes, weight lifting shoes, boxing shoes, |

A-342

| | | soccer shoes, rugby shoes, cross training shoes, cross court shoes, racket ball shoes and squash shoes; caps and hats;, namely, baseball caps, tennis caps, golf caps, golf sun visors, ski caps, swim caps |
| --- | --- | --- |

Case 1:22-cv-02156-WFK-RML   Document 15-4   Filed 04/18/22   Page 1 of 4 PageID #: 411

# Exhibit 4

| Mark | Reg No. | Goods and Services |
|------|---------|--------------------|
|  | 6505495 | (025) Sneakers; Shirts for Men and women; Shoes for Men and women; Shorts for Men and women; Sweatshirts for Men and women; T-shirts for Men and women; Tops as clothing; Tops as clothing for Men and women; Women's clothing, namely, shirts, dresses, skirts, blouses |
| KEEP IT WAVY | 6627155 | (025) Hats; Pants; Sandals; Shoes; Crew necks; Hoodies; Jogging pants; Sweat pants; Sweat shirts; Swim suits; Swim wear; T-shirts; Tank tops |
|  | 5283651 | (025) Clothing, namely, t-shirts, shirts, shorts, pants, socks, sweatshirts, jackets; headwear |
|  | 4958713 | (025) Clothing, namely, t-shirts, shirts, shorts, pants, socks, sweatshirts, jackets; headwear |
|  | 6162041 | (025) Blouses; Crop tops; Dresses; Hats; Jackets; Pants; Shirts; Shorts; Skirts; Skorts; Sports bra; Sweaters; Tank tops |
| WAVEY | 6162040 | (025) Blouses; Dresses; Hats; Jackets; Pants; |

| | | |
|---|---|---|
| | | Shirts; Shorts; Skirts; Skorts; Sweaters; Tank top |
| WAVY NAVY | 97103724 | (025) Ascots; Coats; Dresses; Footwear; Gloves; Headwear; Jumpers; Parkas; Rompers; Scarves; Skirts; Socks; Suits; Swimwear; Tunics; Vests; Bottoms as clothing; Jackets; Ties as clothing; Tops as clothing |
| WAVY GANG | 97098980 | (025) Clothing, namely, T-shirts, sweatshirts, hooded sweatshirts, pants, shorts, jackets caps and hats |
| REAL WAVY | 90722044 | (025) Undergarments; Bottoms as clothing; Footwear; Headwear; Tops as clothing; |
| WAVY PAVEMENT | 6614375 | (025) Headwear; Bottoms as clothing; Tops as clothing. |
| WAVY PLAYER | 5944818 | (025) Bottoms as clothing; Headwear; Tops as clothing. |
| IT'S WAVY | 5339713 | (025) Clothing, namely, shirts, hooded sweatshirts, hats, jackets. |
| STAY WAVY | 4708321 | (025) Clothing, namely, hats, shirts, skirts, socks, sweaters, sweatshirts, sweatpants, ties, underwear, visors, belts, jackets, bathing suits. |
| WAVEE DAVE | 6156960 | (025) Clothing, namely, T shirts, sweatshirts, warm-ups. |
| WAVEYBABY | 6278813 | (025) Beanies; Hats; Headbands; Jackets; Sweaters; Sweatpants; T-shirts; Track suits. |
| WAVY SOUL | 6019645 | (025) Boxer briefs; Boxer shorts; Hats; Jackets; Shorts; Sports bras; Sweat pants; Tank tops; Undergarments; Windbreakers; Short-sleeved or long-sleeved t-shirts; Sweat shirts; T-shirts. |
| LIVE.WAVY | 5963476 | (025) Headwear; loungewear; pants; shirts |

2

| | | |
|---|---|---|
| | | and short-sleeved shirts; shorts; tee shirts. |
| WAVY LINE | 5752258 | (025) Baseball caps; Beanies; Hats; Headbands; Headwear; Hoods; Jeans; Knitted caps; Leather hats; Nightcaps; Shorts; Small hats; Sweaters; Swimming caps; T-shirts; Top hats. |

David H. Bernstein (dhbernstein@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Marissa MacAneney (mpmacaneney@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6696
Fax:  (212) 521-7696

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------  X
- -                                 :
VANS, INC. and VF OUTDOOR, LLC      :
                                    :
            Plaintiffs,             :
                                    :
        -against-                   :          22-cv-02156-WFK-RML
                                    :
MSCHF PRODUCT STUDIOS, INC.,        :
                                    :
            Defendant               :
----------------------------------  X

## DECLARATION OF KEVIN WIESNER

I, Kevin Wiesner, declare as follows:

1.      I am the co-Chief Creative Officer of MSCHF Product Studio, Inc.

("MSCHF").  Among other responsibilities, I work with teams of designers, engineers,

creatives, and supply chain experts to design and create MSCHF's footwear products.  I

am also responsible for overseeing the creation of the messages and manifestos that

accompany MSCHF's products.  In this role, I was closely involved in the creation and

design of the upcoming *Wavy Baby* project.  I am knowledgeable as to the conception,

design, construction and messages of *Wavy Baby*, as well as their similarities and

dissimilarities to the Vans Old Skool sneakers.

2.     I make this declaration based on my personal knowledge, in opposition to
the Motion for a Temporary Restraining Order and Preliminary Injunction filed by Vans,
Inc. and VF Outdoor, LLC (together, "Vans") against MSCHF.

**Background**

3.     For my undergraduate education, I was selected for the Brown
University/Rhode Island School of Design Dual Degree Program, a highly selective
program that only admits about fifteen students per year.  As a result of my participation
in this five-year program, I earned a bachelor's degree from Brown University in
materials engineering and a bachelor's degree in industrial design from Rhode Island
School of Design ("RISD").

4.     While in art school at RISD, I met Lukas Bentel.  Lukas and I have
worked together for more than 10 years.  We've made sculptures and furniture, and
created installation artworks.  Throughout all of those practices, it became increasingly
clear that art made to exist within what we think of as "the art world" is incredibly
constraining.  The audience is limited, and the vernacular of the space is impenetrable to
the casual observer.  This presents a problem for any artwork that is intended as critique
or to prompt conversation.  If your work has a message behind it, it becomes obviated if
no one hears it.

5.     In reaction to this, and after being selected in 2015 as an artist in residence
for the New Museum of Contemporary Art in New York City, Lukas and I (through the
creation of Hello Velocity, along with a third partner) consciously decided to experiment
with making artworks that would reach the largest audience we could.  With that
conceptual framework—that audience was a core piece of the art itself, not something

applied afterwards to "distribute" the art—we deliberately chose a new artistic medium for its functional merits.

6.      The medium (i.e., working format) we arrived at was that of a startup, an internet business.  We made a series of three pieces in the course of this exploration, which became our collective thesis project: Bitelabs, The McMass Project, and Genecoin. All three of these were fictional business entities (respectively, a Biotech startup, a crowdfunding campaign, and a blockchain startup) that satirically approached themes of consumerism, celebrity obsession, and financialization.  If you were to Google any of these projects, they would be the first result—we successfully generated international coverage and discussion for all of these works.

7.      In 2019 Lukas and I joined MSCHF, where I have spent the last three years as the co-Chief Creative Officer.

8.      These themes and working philosophy have carried through to the work that Lukas and I now do with MSCHF.  Conceptually, our artist practice has a consistent throughline from that point to now.

### Readymades and Cultural Readymades

9.      Lukas and I, as the creative leads of MSCHF, often use the term "cultural readymade" when speaking about the work we do.  We arrived at this term from considering our working methodology in light of the general art world term of "readymade," as coined by Marcel Duchamp.

10.     Duchamp's most famous readymades are a porcelain urinal placed on a gallery pedestal, and a bicycle wheel mounted vertically atop a wooden stool. Readymades (per Duchamp) are manufactured, commercial pre-existing objects that

3

become artworks by virtue of the artist's selection.  Readymades exemplify "conceptual art," insofar as the artwork becomes entirely about the idea of the piece, and not the artist's labor to produce something visually pleasing.

11.     There is at least one other existing use of the term "readymade": internationally renowned Chinese artist Ai Weiwei describes some of his works as "cultural readymades."

12.     Ai Weiwei has applied the term "cultural readymade" to several of his artworks, one of which is a series of photographs showing the artist dropping and smashing a Han Dynasty urn, appropriately titled "Dropping A Han Dynasty Urn."  Ai describes specifically the urn itself as a "cultural readymade."  Originally a utilitarian object, the urn has become culturally powerful and sacrosanct by virtue of its historical weight, and all the cultural significance that entails.  The urn therefore becomes an incredibly powerful medium for use in the creation of art because the audience/public ascribes such value to it.

13.     In other series of works, Ai Weiwei takes these urns and applies, for example, the Coca-Cola logo to further illustrate the breadth of what may be viewed as a cultural readymade.

14.     MSCHF's use of the term "cultural readymade" is similar to Ai Weiwei's.  In fact, in an homage to Ai Weiwei, MSCHF included a spread showing "*Ai Weiwei Dropping His Phone on His Face*" in MSCHF Magazine Vol. 4, as part of Secret Drop #12.  I believe that artistic work can and should choose to use the most potent material available.

15.     There is an additional layer for MSCHF, which is that reaching the largest possible audience and permeating pop/mass culture is a core part of MSCHF's conceptual project.

16.     Thus, when MSCHF is selecting cultural elements to work with, we are doing so not only to enhance the work itself (be that object, image, experience, or otherwise), but to more effectively communicate.

17.     Cultural readymades imbue a work with an entrypoint that makes it easier for people to engage with the work, and for any project engaged in commentary, critique, satire, or parody, this is invaluable.

18.     In the same way that medieval illuminators would pursue Lapis Lazuli blue paint, so does MSCHF pursue cultural elements that resonate with mass audiences and help our work reach people not only at scale, but with impact.

### MSCHF Sneakers

19.     Among various other creative works, MSCHF designs artwork critiquing sneaker culture.  We have chosen to focus on sneaker culture because it is a phenomenon that sits at a strange and fascinating nexus of several intertwining sectors, such as fashion (*i.e.*, latest trends), technology (*e.g.*, incorporation into the digital metaverse, NFTs, and social media), economics (*e.g.*, sneakerheads invest in sneakers like stocks, and brands will partner with anyone to garner clout and sales), and consumerism (*i.e.*, obsession with participating in the cycle of acquisition and waste).  It is our goal to take this culture as it is, comment on it, critique it, and transform it.

20.     MSCHF began designing shoes as part of its broader commentary in 2019. That year, it released the *Jesus Shoes*—white Nike Air Max 97s, modified to incorporate

Christian symbols, including a crucifix on the laces, "holy water" injected into the sole, frankincense sprinkled inside the shoe, and "Matthew 14:25" written on the side. The *Jesus Shoes* were followed by the *Satan Shoes* in 2021, which were designed and released as a companion project to the *Jesus Shoes*. The *Satan Shoes* were 666 individually numbered black Nike Air Max 97s, modified with a pentagram on the laces, human blood injected into the sole, and "Luke 10:18" written on the side. Both shoes came in intricately designed MSCHF boxes, which included elaborate artwork, and the MSCHF name. Together, the shoes critiqued "collab culture" by embodying extreme "collaborations" between Nike and Jesus, on the one hand, and Nike and Satan on the other, mirroring sneaker companies' willingness to collaborate with anyone and everyone to make money, and, thus, underscoring the absurdity of the collaboration paradigm.

21.     In February 2022, we released the *TAP3* (pronounced "Tape") sneaker. This was the first shoe that MSCHF designed from the ground up. It featured a body that was reminiscent of a legendary sneaker design—wrapped in MSCHF-branded tape to make its source clear to all who would see it. The covering of the shoe, and its specially designed MSCHF box, in MSCHF-branded caution tape was MSCHF's version of a silhouette that every streetwear brand makes their own, and a comment on MSCHF's previous litigation with a popular shoe brand.

### The Conception of *Wavy Baby*

22.     For the next iteration of its sneaker art, MSCHF created and designed a "sneaker" like no one has ever seen before. Called the *MSCHF x Tyga Wavy Baby*, the project launches on Monday, April 18, 2022, and due to its unique features and important message, is already garnering attention.

6

23.     This is a special project for MSCHF because, like the TAP3 shoe, we designed each element of the *Wavy Baby* from scratch, solicited and found a factory willing to manufacture our designs (which wasn't easy given both how unique the mold had to be and the low-volume production run), custom-engineered the molds, and through considerable trial and error developed our own masterpiece that is structurally and aesthetically unique compared to everything else on the market.

24.     The *Wavy Baby* concept started with a Vans Old Skool sneaker, which is historically the most iconic, prototypical, functional, cool, niche skate shoe there is.  Vans is now an über-trendy, mass-consumed commodity, beloved by consumeristic sneakerheads and the masses alike.  No other shoe embodies those dichotomies—niche and mass taste, functional and trendy, utilitarian and frivolous—as perfectly as the Old Skool.  MSCHF took this design and the dichotomies and completely warped them, to interrogate consumer desire and the boundaries between physical and digital worlds.

### *Wavy Baby* Design Process

25.     As noted above, the design process started with an image of a classic Vans Old Skool skate shoe.  We used this shoe as the basis of our art because, as a shoe that is desired by function-minded skaters, consumeristic sneakerheads, and the masses alike, it is fertile ground for investigating consumer desire and the function of consumer symbols in sneakerhead culture.

26.     As a starting point, we placed the image of the Old Skool in Photoshop and used a digital filter tool called "liquify" across the image.  The "liquify" tool allowed us to move our mouse around to drag different points of the image of the Old Skool and thus warp the shoe into an entirely new image. The "liquification" of the Vans

7

symbolized the transformation from the once iconic shoe into the modern, wobbly, and unbalanced realities.  The resulting image was a "shoe" that had a different profile than anything we had seen before—and it was certainly different from any skate shoe ever designed or developed, including the Old Skools.

27.     Once we were satisfied with the image of the profile of the *Wavy Baby*, we set about trying to actually manufacture the design.  Given the limited quantities associated with MSCHF Sneakers drops and the *avant garde*, unique piece, it was difficult to find a suitable manufacturer.  Eventually, however, we found a factory willing to work with us and customize tooling—the hard work was worth it.

28.     The first step was to send a 2D tech pack-set of the *Wavy Baby*'s side, top, front, etc. to manufacturers, who then made CAD based on our pack-set. Thereafter, the manufacturers provided construction samples of the upper part of the work and wood or silicone molds for the sole, along with sample materials.  At this stage, we went through several rounds of design and sample materials until we were able to agree on an appropriate process.

29.     To create the eye-catching and radically distinct sole, we also had to create an entirely unique "shoe last."  A "shoe last" is the solid, mechanical form used to mold a shoe into the shape of a foot.  There are no other shoe lasts on the market in this particular shape.  The process took considerable time, effort, and engineering creativity to make happen.

30.     Once we selected a factory, it became apparent we could not vulcanize the *Wavy Baby*.  Vulcanization is the rubber-bonding process utilized by most skate shoes to mold the sole to the upper of the shoe.  The Old Skools, for instance, wrap many layers of

what is called foxing tape around the sole, bake it in an oven, and trim excess off the bottom after.  Vulcanization began back in the nineteenth century, but is still used by many shoe companies today.

31.     Our factory, however, said vulcanization of the *Wavy Baby* would be impossible if we wanted to achieve our design.  So, we utilized an injection molding process to create the sole of the *Wavy Baby*, with no material distinction for the side wall. A notable consequence of this molding is that the *Wavy Baby*, unlike the Vans Old Skool, has what is called a "color dam." As seen on the bottom of the *Wavy Baby*, there is slight gap in between where the sidewall ends and the sole begins that is not seen on other skate shoes, such as the Old Skools.  The color dam stops the flow of rubber during the molding process and provides increased distinction between the colors on the shoe's sole.



32.     The different manufacturing process also creates a very different looking sidewall.  The *Wavy Baby* sidewall is far thicker than the sidewall for a Vans Old Skool, which alters the appearance of the work.  In the image below, the *Wavy Baby* is on the

A-356

left and a Vans Old Skool is on the right.  As you can see, the sidewall on the *Wavy Baby* is far thicker.



33.     The thickness of the sidewall also affects the look of the work at the uppermost portion. *Wavy Baby* does not have the same three-tiered or grooved appearance as a Vans Old Skool.



34.     Once the shoe was molded, and the upper could be attached to the sole, we still had to determine how we would retain the shape of the shoe.  Metal plates were placed in the sole, as well as a plastic bridge, to provide support.  Standard, functional sneakers, like Vans, do not contain metal plates or plastic bridges.

35.     As for the bottom sole of the *Wavy Baby*, we decided on a waffle pattern, as part of our motive to comment on Vans, but changed the bottom sole not only by the wavy shape, but also by placing a huge, red disclaimer:

> BY PLACING YOUR FOOT IN THIS SHOE, YOU AGREE TO WAIVE ANY CLAIMS AGAINST MSCHF FOR ANY INJURY, DEATH, OR DAMAGES ARISING FROM HAVING YOUR FOOT IN THIS SHOE, BY PLACING YOUR FOOT IN THIS SHOE, YOU ALSO AGREE TO ASSUME ALL RISKS OF INJURY RESULTING FROM HAVING YOUR FOOT IN THIS SHOE.



36.     The sole also varies from the Vans because where *Wavy Baby* soles come into contact with the ground, the sole is wider to maximize contact with the surface.

37.     The end result was a silhouette unlike anything else on the marketplace. The manufacturing process produces a high-quality product and while it may look at the very first glance like a functional shoe, it turns function and standard skate shoes on its head.

### *Wavy Baby* Box and Logo

38.     The box containing *Wavy Baby* and the *Wavy Baby* logo intentionally parody, but differ from, a Vans box.

39.     We created the *Wavy Baby* box to be much larger, which accommodates the larger profile of *Wavy Baby*.

Top View



Side views





Bottom View



40.     Notably, the images shown here compare a size 10 *Wavy Baby* from MSCHF and a size 11 shoe from Vans, so if anything, these images may understate the distinctions.

41.     While Vans uses a skateboard, we parodied a photo featuring George W. Bush falling off a Segway.  The intent was to draw attention to two of the messages of *Wavy Baby*, that "this is not a skate shoe" and that the *Wavy Baby* itself is meant to challenge our relationship with technology, just like how George W. Bush was challenged when he famously took a tumble while trying a Segway in 2003.

 

42.     The logos appear again as part of the heel tag on the Vans Old Skool and *Wavy Baby* (and note how the two shoes just don't sit the same in the back view given the different shapes).

 



43.    The differences continue once the consumer opens the box.

44.    The Vans Old Skool shoes come tucked inside plain cardboard with a red

skateboard-shaped tag that reads "Vans 'Off the Wall.'"

 

45.    The *Wavy Baby* is tucked inside a box printed with the product's name,

WAVYBABY in a bold red color, and it comes with a large yellow card featuring the

classic MSCHF logo of three exclamation points with the same severed foot that appears

as the logo for the MSCHF Sneakers app. The text on the card states "MSCHF

SNEAKERS" and at the bottom "#MSCHFSNEAKERS #MSCHF."

46.     The tissue paper differs between the products as well.  The Vans Old

Skool comes wrapped in white tissue paper with the Vans name written in a different

shade of white.  MSCHF delivers *Wavy Baby* wrapped in tissue paper with the product's

name, "WAVYBABY" presented in a bold red color.

### *Wavy Baby*'s Artistic Purposes

47.     The *Wavy Baby* pays homage to the Vans Old Skool as the quintessential

skate shoe.  Vans' Old Skool is iconic and stands for function—owing to its combination

of durable materials, optimal foot support, and strong grip made possible by the Vans'

flat sole—providing an ideal shoe for skateboarding and a practical shoe for everyday

wear.  MSCHF's *Wavy Baby* turns that concept on its head by liquifying the design and

eliminating almost all function.  For example, the *Wavy Baby* replaces one of the most

crucial functional features of the Old Skool—the flat sole, which allows the shoe to grip

the ground and the skateboard—with a wavy sole that permits only three points of contact

with the ground.  While those lucky enough to have a pair of *Wavy Baby* works are

technically able to wear them, they cannot be worn as an actual sneaker—*i.e.,* for comfort

or convenience or to skateboard (except for the exceptionally and professionally skilled).

Instead, those you see wearing *Wavy Baby* are wearing them to send a message, they are

trying to get attention, they are wearing them as *art*—and they certainly aren't walking

very far!

48.     The *Wavy Baby* is consciously positioned as a high fashion shoe, via both price and difficulty in wearing.  That positioning challenges the notion that consumers pay more money for more function, by charging over $200 for almost no function whatsoever.  However, MSCHF's goal in selling *Wavy Baby* is not to make a profit.  In fact, we are not making much of a profit at all.  *Wavy Baby* participates directly in sneakerhead culture by selling a "sneaker," while taking on the consumer drive to purchase the latest shoe collaboration (of which Vans has done hundreds), regardless of what it is.  MSCHF collaborated with Tyga, a sneakerhead who himself has collaborated with several sneaker companies and has, many times, described Vans as one of his favorite traditional sneaker brands.  *Wavy Baby* blurs the line between the virtual world (with which consumers are increasingly obsessed, in the form of video games, NFTs, the metaverse, and social media) and physical reality (with which consumers are increasingly bored and wasteful).  The *Wavy Baby* is a true work of modern art, a centerpiece for discourse, and the result of many months of innovation and creativity.

49.     The *Wavy Baby* project is accompanied by an artistic manifesto, which reads:

WARNING: EXTREMELY WAVY.

A CLASSIC LOW TOP SKATE SHOE WARPED FOR THE WAVY GENERATION. LET'S GET LIQUID, WITH OUR ASSETS, OUR DIETS, AND OUR SHOES. IT'S THE 21ST CENTURY, THE WATER'S RISING, AND THE ONLY SOLUTION IS TO GET WAVY.

WAVY = A GLITCH IN THE SIMULATION, JUST LIKE AN OLD TV TOO CLOSE TO A MAGNET. WAVY BABY SMASHES THE DIGITAL AND PHYSICAL TOGETHER IN AN OBJECT. THE WARP TRANSFORM IS A PIECE OF 100% DIGITAL VISUAL VERNACULAR APPLIED ON TOP OF A MUNDANE PHYSICAL OBJECT. WAVY BABY IS AN OLD DESIGN PARADIGM RUN THROUGH A NEW ONE.

WAVY BABY IS THE PLATONIC IDEAL OF A SKATE SHOE, WARPED TO SHIT.

SNEAKER COMPANIES ARE IN A CONSTANT CYCLE OF RIFFING ON EACH OTHER, AND USUALLY THE INNOVATIONS IN FORM ARE BORING. STANDARD SHOE INDUSTRY PRACTICE IS: STEAL A SOLE, STEAL AN UPPER, CHANGE A SYMBOL. WHAT A BORING USE OF CULTURAL MATERIAL. WAVY BABY IS A COMPLETE DISTORTION OF AN ENTIRE OBJECT THAT IS ITSELF A SYMBOL.

BABIES ARE THE NEW.
SEGWAYS ARE TECHNOLOGY.
WAVY IS THE NEW TECHNOLOGY.

THIS IS NOT A SKATE SHOE. / CECI N'EST PAS UNE CHAUSSURE DE SKATE[1]

50.     The last line of the manifesto, "Ceci n'est pas une chaussure de skate," is a reference to surrealist artist René Magritte, who, in 1929, released *The Treachery of Images*, a painting of an object that looks like an early twentieth century smoking pipe but bore the inscription "Ceci n'est pas une pipe" (i.e., "This is not a pipe").  Just as Magritte's painting probed the line between two-dimensional representation and the "real world" itself, *Wavy Baby* presents a three-dimensional sculpture in the vague form of a skate shoe rather than a skate shoe itself.

51.     We believe that design for skate shoes has run stale.  The shoe industry is littered with redundant and uninspiring versions of the classic skate shoe.  For instance, the four images below were taken from their respective websites showing (from top left and moving clockwise) the side profile of the Vans Old Skool (released in 1977); the Revenge X Storm (released in 2017); the Converse Cons One Star (originally released in

---

[1]     *See Wavy Baby* Manifesto from the MSCHF website attached as **Exhibit 1.**

1974 but the re-released version shown below was released in 2017); and *Wavy Baby* (to be released in 2022):



52.   Although virtually all skate shoes share a similar profile and features, the Vans Old Skool is considered *the* skate shoe.  *Wavy Baby* reaches its design by taking the profile of the classic, prototypical, iconic skate shoe—the Old Skool—and warping the design into something that appears more natural as a digitally manipulated image than a physical item.  *Wavy Baby* achieves this effect by taking the classic skate shoe, running a digital filter over it, and then manifesting that digital vision in physical form.

53.   *Wavy Baby* creates a wobbly or unbalanced aesthetic meant to update the classic shoe for our uncertain, tumultuous, "wavy" times.  *Wavy Baby* is meant to express the wobbliness of the current moment, by creating a surreal shoe that challenges consumers to consider their relationships with the digital world and consumer society, including but not limited to their own consumption habits.

54.     *Wavy Baby*'s distortion and exaggeration of the classic skate shoe design is also obvious from the bottom of the shoe.  Below is a graphic showing (from top left and moving clockwise) the bottom of a Vans Old Skool (released in 1977); the Converse Cons One Star (shown as re-released in 2017); *Wavy Baby* (2022); and the DC Trase (2015).  Again, although all these skate shoe soles share similar design features, the Old Skool sole is widely considered the most iconic, even if it is not particularly unique on the current sneaker market.



55.     By design, *Wavy Baby* intentionally anchors itself to the Vans Old Skool shoe so that consumers have a familiar object to root their understanding of *Wavy Baby* and because of Vans' outsized role in the sphere of skate shoes—but it warps that anchor point.  This anchoring is conceptually key to *Wavy Baby*, consistent with MSCHF's artistic practice of creating cultural readymades and challenges the consumer by forcing the question—*why buy these shoes?*  Or—*why buy a less comfortable, less useful shoe that costs more money?  Why be a sneakerhead at all?*

### *Wavy Baby* as a Cultural Readymade

56.     *Wavy Baby* is a cultural readymade. The Vans Old Skool skate shoe is part of the raw material used to create *Wavy Baby*—it is paint, if you will.  More specifically, the idea of the Vans Old Skool is the raw material.

57.     Our purpose is to choose the strongest working media, which is to say to choose the most potent cultural symbol we can.  We chose a Vans shoe because of its cultural potency.  The Vans shoe can be compared to Ai Weiwei's Han Dynasty urn: a functional object that becomes powerful through the weight of history and cultural associations built up around it.

58.     Then, we wholly transform the physicality of the shoe into something new and strange.  The working process is evident in the final object: as internet commenters have clearly identified, the *Wavy Baby* silhouette is the product of the Photoshop Liquify tool.

59.     This context shift—from traditional, literally old-school, shoe—to a form that can only be arrived at through digital manipulation, is akin to Duchamp's transplant of a ceramic urinal bowl from bathroom to gallery.

### *Wavy Baby* as a Part of MSCHF's Oeuvre

60.     MSCHF has an established track record of using iconic cultural objects (specifically commercial objects) in its work.  A few examples include:

- *Birkinstocks* – the Birkin Bag is used as a symbol for extravagance, consumerism, and sacredness; the Birkenstock is used as a symbol for the quotidian and the functional.

21

- *Jesus Shoes / Satan Shoes* – Nike and the Catholic Church are both appropriated wholesale and used, by virtue of their combination, to lampoon the absurdity of the brand collaboration paradigm.  Furthermore, their juxtaposition analogizes the consumer frenzy of the sneaker industry to the furor of religious devotion.

- *Severed Spots* – MSCHF uses a Damien Hirst Spot Painting wholesale as material to explore fractionalized ownership, art as an investment vehicle, and artistic down-merchandising.

### *Wavy Baby*'s Distinctive Design

61.     While the Vans Old Skool unmistakably served as inspiration for MSCHF, the resulting product was one that includes significant and obvious differences from the Vans Old Skool, including the following:

- The sole of *Wavy Baby* features a prominent wave shape, whereas the Old Skool has a (far more) functional flat sole.



- *Wavy Baby*'s sole significantly decreases surface contact with the walking surface.  This required us to create a considerably thicker pattern where

the sole touches the ground to improve walkability.  The result is still not very practical to walk in for long distances, let alone to skate in.  *Wavy Baby* is absolutely not an everyday shoe.



- The wave in the *Wavy Baby* sole causes the *Wavy Baby* to be significantly taller than the Old Skool, which results in a chunkier, boxier silhouette compared to the Old Skool.



- As you can also see from the above image of the shoes side by side, the tags on the back differ significantly. Vans' is smaller and includes a skateboard with the words "VANS OFF THE WALL"; *Wavy Baby* is larger and includes the word "Wavy" and a whimsical, cartoonish depiction of George W. Bush falling off a Segway.

- The side stripe on the *Wavy Baby* consists of a messy, squiggly line; Vans' stripe is a clean cut, sharper, straighter line.  The Vans stripe is nearly equal width all the way through, while the *Wavy Baby* side stripe thickens by more than double from the front of the stripe to the back of the stripe. They look almost nothing alike when compared side-by-side.



- The sidewall on the Vans Old Skool is half as thick as the sidewall on *Wavy Baby*, so the side wall of the *Wavy Baby* constitutes a noticeably larger portion of the shoe than in the Old Skool.



- Notably, the top of the Vans' sidewall creates a three-tiered or grooved appearance.  On *Wavy Baby*, the striping is indented, not grooved.
- The tag on the inside of the tongue of each shoe is also very different, and anytime someone checks the size of the shoe, they would be reminded that this is a MSCHF shoe.



- The toe boxes are the part of the shoe that holds the toes when a person wears the shoes. The profile and shape of the toe boxes are very different between the shoes.



- The most prominent feature of the *Wavy Baby* sole is a large red warning label that is obvious to anyone who sees it and that obscures the tread. The label features an image of a man falling down stairs (the opposite of what should happen if the person were wearing Vans), and it reads:

  WARNING EXTREMELY WAVY: BY PLACING YOUR FOOT IN THIS SHOE, YOU AGREE TO WAIVE ANY CLAIMS AGAINST MSCHF FOR ANY INJURY, DEATH, OR DAMAGES ARISING FROM HAVING YOUR FOOT IN THIS SHOE, BY PLACING YOUR FOOT IN THIS SHOE, YOU ALSO AGREE TO ASSUME ALL RISKS OF INJURY RESULTING FROM HAVING YOUR FOOT IN THIS SHOE.

  The Old Skool sole has no similar label.

- While the stitching on a Vans Old Skool is crisp, and double stitching is always parallel, the *Wavy Baby* continues the liquified aesthetic by having the stitch lines oscillate and overlap in irregular patterns.







- Unlike the Vans Old Skool, the collar on *Wavy Baby* is puffed and very irregular.

- The shoes have distinctly different shapes when viewed from the top-down. Whereas the Old Skool has a smooth, regular contour, *Wavy Baby*'s contour is irregular and wavy, and it is noticeably wider than the Old Skool at the back edge of the toe box.

- The *Wavy Baby* is significantly and noticeably heavier than the Vans Old Skool as well; a pair of *Wavy Baby* is nearly 3 times the weight of Vans Old Skool.

- Both shoes prominently feature their respective, distinctive brand logos on the inside soles.

### Design of the Packaging

62.    Both shoes use red boxes as part of their packaging, but each is clearly labeled in several places with their distinctive brand names.  The *Wavy Bab*y box prominently uses the name "WAVY BABY," says "MSCHF X TYGA" in large print on the side, and features the cartoonish image of George W. Bush falling off a Segway.  The Vans box simply has Vans' "OFF THE WALL" logo on the top, with an angled, repeated pattern of Vans' "Flying Vee" logos on the sides.



63.    The Vans box features clean light-colored lines on each edge of the box.  The *Wavy Baby* box has warped, squiggly lines that are messy and only vaguely trace the edges of the box.

64.    The boxes are different shapes.  The *Wavy Baby* box is noticeably deeper than the Vans box, which has a long profile compared to the more-square *Wavy Baby* box.

65.     Additionally, when a consumer opens the *Wavy Baby* box, they immediately see a sizeable, bright yellow card making clear that the shoes are a product of MSCHF and part of the MSCHF Sneakers project.  Vans boxes contain no similar card.

66.     The *Wavy Baby* packaging, with its prominent display of "WAVY" and squiggly lines, enhances MSCHF's message by emphasizing the liquefied nature of the art work inside the box, the *Wavy Baby*.

## Price and Availability

67.     *Wavy Baby* will be sold for the high price of $220, which is considerably more expensive than the $60–65 that Vans typically charges for Old Skools.  The high price point reflects the premium customers are paying for a work of art.

68.     *Wavy Baby* will be offered in a limited release with only four thousand pairs available for purchase on a single day, unlike Vans' Old Skools which are mass-produced and readily available for purchase at any time.

69.     *Wavy Baby* will be offered exclusively through MSCHF's <www.mschfsneakers.com> website and MSCHF's Sneakers mobile application, unlike Vans Old Skools, which are available for purchase at Vans, Walmart, Dick's Sporting Goods, Zappos, Journeys, Foot Locker, Amazon, Nordstrom, and dozens of other retailers.

## Collaboration with Tyga

70.     For the *Wavy Baby* project, MSCHF collaborated with Tyga, a rapper and sneakerhead.

30

71.     Tyga wears *Wavy Baby* in his music video "Freaky Deaky," featuring Grammy-winning musical artist Amala Ratna Zandile Dlamini p/k/a Doja Cat.[2]

72.     In the video, Tyga is depicted wearing *Wavy Baby* works in Doja Cat's dream.  In fact, everything about the music video is meant to be a surreal, dream-like alternative reality.  For example, Tyga is seen falling from a pink and purple sky while wearing *Wavy Baby* works.[3]



73.     Although it is not revealed until the video's end that Doja Cat dreamed the entire encounter with Tyga, *Wavy Baby* appears in the video's opening scenes as a first hint (along with a CGI magic mirror) to suggest that the viewer has been transported to a wobbly dream world.  Tyga then falls through a trap door into a puffy purple and pink

---

[2]     Tyga, *Tyga, Doja Cat - Freaky Deaky (Official Video)*, YouTube (Feb. 24, 2022), https://www.youtube.com/watch?v=5ZHXYnGVlcg. A true and correct copy is attached hereto as **Exhibit 2.**
[3]     *See* **Exhibit 2** at 01:19.

sky, when, again, *Wavy Baby* appears on his feet. As seen below from the final image in the video compared to the behind-the-scenes shot, the *Wavy Baby* is the physical object that blends into the CGI-laden dream.[4]

74.    The final use of *Wavy Baby* in the "Freaky Deaky" music video again highlights the intersection between a virtual world and reality, when Tyga and Doja Cat both appear as dolls in toy boxes. Tyga makes robotic motions, appearing to come to life in the box, and then punches through the plastic packaging of his toy box, shattering the barrier between a virtual world and reality, and walks to Doja Cat in the *Wavy Baby* shoes. This display emphasizes MSCHF's message that the *Wavy Baby* "is a reversal



to our societal impulse to transform every element of our physical world into a digital manifestation."[5] In the music video, the *Wavy Baby* is a hypothetical concept and part of a dream, but MSCHF has manifested that concept and dream into a tangible object. It "smashes the digital and the physical together in an object."[6]

---

[4]    **Exhibit 2**.
[5]    **Exhibit 1**.
[6]    **Exhibit 1**.

32

**The Public Is Not – And Will Not Be Confused – Regarding *Wavy Baby***

75.     Even if *Wavy Baby* is occasionally worn in public, reasonable consumers could never mistake them for Vans.

76.     MSCHF anticipates that many, if not the majority, of the purchasers of *Wavy Baby* (like the purchasers of our previous sneaker-related artworks, including the *Jesus Shoes* and *Satan Shoe*s) will be sneaker, streetwear, and art collectors, who commonly keep their collections in boxes or displayed on shelves.

77.     *Wavy Baby* artworks could not safely or comfortably be worn for skating. Instead, celebrities wear them on the red carpet to make a showy entrance, or they wear them in front of the paparazzi's cameras, much in the same way that they would wear a giant diamond brooch or a meat dress.  Items like *Wavy Baby* artworks are meant to make a public statement, to be thought-provoking and to allow the wearer to comment on relevant issues simply by wearing an article of clothing, a piece of jewelry, or footwear.

78.     For the photo shoots with a skater, we used a professional skate boarder in a controlled environment.  The man probably could have done the tricks in high heels.

79.     Given the unique design, the *Wavy Baby* has received significant public attention.  The public response makes clear there will be no confusion.

80.     For example, many of the posts show an understanding that this is not typical, functional wearable footwear, as they have highlighted the warning label.  Instagram user @byjaadiee (who boasts over 70,000 followers) posted an Instagram Reel  of *Wavy Baby*, specifically showing the warning label. @byjaadiee, "Anzeige| WHAT

ARE THOSEEE 😢😢😢 @mschf x @tyga #unboxing #wavybaby @mschfsneakers."[7]

81.     Many have also noted the *Wavy Baby's* unique take on a classic skate shoe.  For example, HIGHXTAR, an online magazine devoted to contemporary urban life, wrote that "Tyga and MSCHF team[ed] up to reinvent the iconic skate silhouette."[8] Hypebeast, a leading online destination for contemporary fashion and streetwear, emphasized how the *Wavy Baby* is "a new twist on the classic skate shoe" and "decked in trippy design details that make the eye wander."[9]  *Clout News*, a news and entertainment outlet, wrote that the *Wavy Baby* is "the remixed version of a classic silhouette."[10]  These articles, and many others, make no reference to the Vans' Old Skool.

82.     Others have described the *Wavy Baby* as distinct from a Vans' shoe, such as *Footwear News*, a shoe magazine, who noted that the *Wavy Baby* "appears to be loosely based on the classic Vans Old Skool" but has notable differences including "a wave-like aesthetic," "a wavy striped overlay panel," "Wavy" branding, and a warning label.[11]  *Input Magazine* remarked that Tyga and MSCHF are "coloring outside the lines

---

[7]     Instagram, Apr. 10, 2022, https://www.instagram.com/reel/CcLRPpPqezJ/. A true and correct copy is attached hereto as **Exhibit 3.**

[8]     Paoloma Molinos, *This is the Wavy Baby by Tyga x MSCHF*, HIGHXTAR (Apr. 11, 2022), https://highxtar.com/this-is-the-wavy-baby-by-tyga-x-mschf/?lang=en.

[9]     *Tyga and MSCHF Release "Wavy Baby" Sneaker*, HYPEBEAST (Apr. 9, 2022), https://hypebeast.com/2022/4/tyga-mschf-wavy-baby-sneaker-release-info.

[10]    *Tyga and MSCHF Release "Wavy Baby" Sneaker*, CLOUT NEWS, https://cloutnews.com/web-stories/checkout-tyga-and-mschf-release-wavy-baby-sneaker/ (last visited Apr. 17, 2022).

[11]    Victor Deng, *Tyga's MSCHF 'Wavy Baby Collab is Releasing Soon*, FOOTWEAR NEWS (Apr. 7, 2022), https://footwearnews.com/2022/focus/collaborations/tyga-mschf-wavy-baby-collab-release-info-1203271419/.

with a nonlinear take on a classic Vans skate shoe."[12]  Another outlet, *Drip Drops*,

commented that "[t]he [W]avy [B]aby's design is based on the Vans Old Skool, but the

redesign makes you feel like you're on drugs," and described the art as "a redesigned

Vans Old Skool, distorted into a completely new look."[13]  These articles, and others,

expressly distinguish between the *Wavy Baby* and the Old Skool, and affirm a lack of

confusion between the two.

83.     We are also pleased that many have noted the artistic expression of the

shoes.  The web magazine *SneakerFreaker* described the *Wavy Baby* as "a wildly-warped

take on a skate classic" that makes for a "Dali-esque style," in reference to the famous

surrealist artist Salvador Dali.[14]

84.     *Highsnobiety* wrote: "'Wavy Baby' is the antithesis of contemporary

signature sneakers . . . [it's] unlike any shoe that's ever come before it," in a recent

article.  The article continues, "[i]t looks like a very familiar pair of skate sneakers –

complete with midsole stripe, red heel tab and waffle outsole – that's been run through a

Photoshop filter like Liquify, except it's real and very, very difficult to manufacture."[15]

---

[12]  *MSCHF and Tyga's 'Wavy Baby' Sneakers Seriously Distort Classic Vans, Input*
      (Apr. 11, 2022 10:59am), https://www.inputmag.com/style/mschf-tyga-wavy-baby-
      sneaker-vans-release-date-price.
[13]  *FIRST LOOK: The MSCHF Wavy Baby,* DRIP DROPS (Apr. 12, 2022),
      https://www.dripdrops.eu/blogs/drip-drops-blog/first-look-the-mschf-wavy-baby.
[14]  Ross Dwyer, *Tyga and MSCHF's 'Wavy Baby' Sneaker Is Wildly Warped!*, SNEAKER
      FREAKER, Apr. 6, 2022, at 1, https://www.sneakerfreaker.com/releases/tyga-mschf-
      wavy-baby-sneaker-release-date.  A true and correct copy of the article is attached
      hereto as **Exhibit 4.**
[15]  Jake Silbert, *MSCHF & Tyga's Insane Skate Shoes Look Like Liquified Vans*, HIGH
      SNOBIETY, Apr. 6, 2022, at 3, https://www.highsnobiety.com/p/mschf-wavy-shoe-
      sneaker-tyga-collab-vans/.  A true and correct copy of the article is attached hereto as
      **Exhibit 5.**

85.   In another article, *Highsnobiety* wrote: "The *Wavy Baby*, with its uniquely warped sole, is unlike any sneaker anyone's ever seen before," and is "is a wholly original design."[16]

86.   The general public also appreciates that *Wavy Baby* creates a surreal and dream-like take on an ideal skate shoe.  TikTok creator @thedropdon, who has over 348,000 followers on the app, posted a video where, after noting the warning label, he tries standing in the shoe, at which point he uses a digital effect called "Wacky Mirror" to communicate the wobbliness of the shoes and absurdity of wearing them.  @thedropdon, "Mschf wavy baby x @tyga #sneakers #fyp."[17]



---

[16]   Jake Silbert, *Vans Sues MSCHF Over "Wavy Baby" Skate Shoes*, HIGH SNOBIETY, Apr. 16, 2022, https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/.  A true and correct copy of the article is attached hereto as **Exhibit 6.**

[17]   TikTok, Apr. 6, 2022, https://www.tiktok.com/@thedripdon/video/7083266557580676394 (last visited Apr. 16, 2022).  A true and correct copy is attached hereto as **Exhibit 7.**

[18]   *See* **Exhibit 7** at 00:23.

87.     The general public has poked fun at the lack of a "fast fashion" option for *Wavy Baby*.  For example, popular Instagram meme account @saffycreatives created a meme suggesting you could make your own *Wavy Baby* by taking a pair of Vans Old Skool shoes and running them through a pasta maker.  @saffycreatives, "FUNNY DIY MSCHF's WAVY BABY."[19]



88.     Appearing to take literally the tongue-in-cheek directive in our *Wavy Baby* manifesto to "get liquid, with our assets, our diets, and our shoes," and in an allusion to Salvador Dali's *The Persistence of Memory*, *Highsnobiety* posted a video to its TikTok

---

[19]   Instagram, Apr. 7, 2022, https://www.instagram.com/p/CcDQNO6qVzk/. A true and correct copy is attached hereto as **Exhibit 8.**

page "melting" a pair of the Vans Old Skool shoes in a microwave in order to create their own version of *Wavy Baby*.[20]

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2022 in Brooklyn, New York.

Kevin Wiesner

---

[20] TikTok, https://www.tiktok.com/@highsnobiety/video/7084360049598172462?is_copy_url=1&is_from_webapp=v1&lang=en. A true and correct copy is attached hereto as **Exhibit 9.**

Case 1:22-cv-02156-WFK-RML   Document 17-1   Filed 04/18/22   Page 1 of 3 PageID #: 454

# Exhibit 1

Page Vault

| | |
|---|---|
| Document title: | Wavy Baby |
| Capture URL: | https://mschfsneakers.com/?_branch_match_id=1027378350363376650&utm_medium=marketing&_branch_referrer=H4sIAAAAAAAAA8soKSkottLXzy1OzkgrzktNzE4tKtZLLCjQy8nMy9YvNkoN90oyS0zLTwIAsJrBvioAAAA%3D |
| Page loaded at (UTC): | Fri, 15 Apr 2022 03:29:27 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 03:30:34 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 14 |
| Capture ID: | 6967fd74-8c3e-4fa4-b0df-308bccc6ff9f |
| User: | smb-notoole |



CLOSE

MSCHF x TYGA

# WAVY BABY

$220

TAX AND SHIPPING INCLUDED

WARNING: EXTREMELY WAVY.

A CLASSIC LOW TOP SKATE SHOE WARPED FOR THE WAVY GENERATION. LET'S GET LIQUID, WITH OUR ASSETS, OUR DIETS, AND OUR SHOES. IT'S THE 21ST CENTURY, THE WATER'S RISING, AND THE ONLY SOLUTION IS TO GET WAVY.

WAVY = A GLITCH IN THE SIMULATION, JUST LIKE AN OLD TV TOO CLOSE TO A MAGNET. WAVY BABY SMASHES THE DIGITAL AND PHYSICAL TOGETHER IN AN OBJECT. THE WARP TRANSFORM IS A PIECE OF 100% DIGITAL VISUAL VERNACULAR APPLIED ON TOP OF A MUNDANE PHYSICAL OBJECT. WAVY BABY IS AN OLD DESIGN PARADIGM RUN THROUGH A NEW ONE.

WAVY BABY IS THE PLATONIC IDEAL OF A SKATE SHOE, WARPED TO SHIT.

SNEAKER COMPANIES ARE IN A CONSTANT CYCLE OF RIFFING ON EACH OTHER, AND USUALLY THE INNOVATIONS IN FORM ARE BORING. STANDARD SHOE INDUSTRY PRACTICE IS: STEAL A SOLE, STEAL AN UPPER, CHANGE A SYMBOL. WHAT A BORING USE OF CULTURAL MATERIAL. WAVY BABY IS A COMPLETE DISTORTION OF AN ENTIRE OBJECT THAT IS ITSELF A SYMBOL

BABIES ARE THE NEW.
SEGWAYS ARE TECHNOLOGY.
WAVY IS THE NEW TECHNOLOGY.

THIS IS NOT A SKATE SHOE. / CECI N'EST PAS UNE CHAUSSURE DE SKATE

RUNS ONE SIZE BIG, WE RECOMMEND YOU SELECT A SIZE DOWN.

DROPS APR 18
12PM ET

GET THE MSCHF SNEAKERS APP TO ACCESS FUTURE DROPS FIRST.

A-388

# Exhibit 2

**Page Vault**

| | |
|---|---|
| Document title: | Tyga, Doja Cat - Freaky Deaky (Official Video) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=5ZHXYnGVlcg |
| Page loaded at (UTC): | Sun, 10 Apr 2022 16:07:49 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 16:08:48 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 581411f5-f2f4-42e2-8770-e7551b7753b5 |
| User: | smb-MReiss |



YouTube Search SIGN IN

#Tyga #DojaCat #FreakyDeaky

# Tyga, Doja Cat - Freaky Deaky (Official Video)

27,527,491 views · Premiered Feb 24, 2022

578K DISLIKE SHARE SAVE ...

Tyga
10.8M subscribers

SUBSCRIBE

Listen to the single "Freaky Deaky". Out Now!
Stream: https://music.empi.re/freakydeaky

SHOW MORE

15,585 Comments SORT BY

Add a comment...

DankScole ✓ 1 month ago
I LOVE this music video... visuals are amazing. also feelin tyga on this type of beat. Doja always kills it, so no comment lol
7.1K REPLY
View 68 replies

regina smith 19 hours ago
god they both never disappoint, agh u two should collab more!!!
14 REPLY

s a n y u 2 weeks ago
Tyga, it was so cute how you tried to bite the heart on the stick. I don't think it was planned but if it was it was adorable<33
12 REPLY

Kris10n 2 days ago
This is actually cute, they both look like they're having a blast making this video together. I don't think Tyga's huge smiles are just for acting in this vid!
68 REPLY
View reply

Sarah K 3 weeks ago
My girl Doja out here with another banger. She's totally in sync with this new airy tech age of music. And her songs are fun. Love your work girl!
1.8K REPLY
View 10 replies

Deivison Caldas 1 day ago (edited)
Esse clipe é bem criativo! O Tyga com esse visual aí ficou bacana, ficou bem descolado. A Doja Cat é uma gracinha😊
2 REPLY

SHOW CHAT REPLAY

Doja Cat, The Weeknd - You Right (Official Video)
Doja Cat
153M views · 9 months ago

Tyga - Taste (Official Video) ft. Offset
Tyga
1.3B views · 3 years ago

Pop Certified
YouTube Music
Updated today

the doja cat playlist you never knew you needed (spotify link ...
ohsnapitslanceylance
4.3M views · 2 months ago

Doja Cat Greatest Hits Full Album - Best Songs Of Doja C...
Music Hub
2.9M views · 8 months ago

Tyga - Girls Have Fun (Official Video) ft. Rich The Kid, G-Eazy
Tyga
176M views · 3 years ago

the doja cat playlist you never knew you needed 🦋
kenkills
1.7M views · 1 month ago

Doja Cat - Say So (Official Video)
Doja Cat
386M views · 2 years ago

Doja Cat - Woman (Official Choreography Video)
Doja Cat
8.6M views · 2 months ago

Saweetie - Back to the Streets (feat. Jhené Aiko) [Official...
Official Saweetie
36M views · 1 year ago

Mix - Tyga, Doja Cat - Freaky Deaky (Official Video)
YouTube

Tyga - SWISH (Official Music Video)
Tyga
225M views · 3 years ago

Tyga - Haute (Official Video) ft. J Balvin, Chris Brown
Tyga
81M views · 2 years ago

Charlie Puth - Light Switch [Official Music Video]
Charlie Puth
55M views · 2 months ago

doja cat - planet her (deluxe) (full album)
nick
4.3M views · 8 months ago

Normani - Wild Side (Official Video) ft. Cardi B
Normani
109M views · 8 months ago

Juice WRLD - Cigarettes (Official Music Video)

A-391

YouTube Search SIGN IN

Deivison Caldas 1 day ago (edited)
Esse clipe é bem criativo! O Tyga com esse visual aí ficou bacana, ficou bem descolado. A Doja Cat é uma gracinha😄
2 REPLY

Jzon Azari ✓ 1 month ago
Oh this will be a hit. They both are about to run up Spring with this record.
4.5K REPLY
View 60 replies

✓ 4 weeks ago
I like Tyga's music because it has an old school vibe to it, and Doja is always killing it 3
1.6K REPLY
View 26 replies

Vibe Lyrics ✓ 4 weeks ago
Doja has something really special in her voice. She's able to manipulate her voice to sound completely different without losing any of its quality from track to track. How many people here have played Guessoword or Wordle? 😕
1.6K REPLY
View 34 replies

Leslie Davis 1 day ago
Doja is gorgeous. Every music video she's a queen. 👌
4 REPLY

Andrew Nation 2 weeks ago
The costumes lighting and texture is so incredibly in sync with her beautiful melodious voice and the rhythm of the music, nowhere else do I see this kind of pastel sunset hues magically and unapologetically spiced with pure fantasy ... Jesus you guys killed it 100%
245 REPLY
View 3 replies

EQ Productionz 2 days ago
Tyga just makes hits and stays on the low got to respect that....
57 REPLY

rapidsongs 1 month ago
She ate per usual, she never disappoints. Their collabs are the best
21K REPLY
View 214 replies

Charles 13 days ago
The "back it up for you" line by Doja gives me chills. Hope this will go viral.
217 REPLY
View reply

Dee's Challenges 4 weeks ago
You can see the difference in her vocals in this song she really letting you know how versatile she is in everything😊👍
301 REPLY
View 5 replies

Unique Beauty 1 day ago
This is my new anthem for summer 🎶😊
4 REPLY

DjJessiGee 3 weeks ago
The cat killed it 🔥🔥
4 REPLY

Mendigo Parceiro ♪ 2 days ago
😱😂
2 REPLY

Vibe Lyrics ✓ 1 month ago (edited)
Why is every track that Doja Cat works on so damn good? Has anyone here played Guessoword or Wordle? 😊
1.9K REPLY
View 51 replies

100K challenge with 5 video ✓ 2 weeks ago
One of the best thing about dude is that he never takes credit for himself when he achieves something. He always respect us, the audience and his Find the correct answer is polite in all his videos. We congratulate ourselves on this achievement. More to come❤️💛

Video) ft. Cardi B
Normani ♪
109M views • 8 months ago

Juice WRLD - Cigarettes (Official Music Video)
Juice WRLD ♪
8.4M views • 1 month ago

Cardi B & Bruno Mars - Please Me (Official Video)
Cardi B ♪
425M views • 3 years ago

Jack Harlow - Nail Tech [Official Video]
Jack Harlow ♪
22M views • 1 month ago

Relaxing songs on the free day - Soul R&B Music Playlist - Best...
Soul Deep ♪
5.6M views • 3 months ago

Mix - Tyga
YouTube

Mix - Doja Cat
YouTube

BIA - LONDON (Official Music Video) ft. J. Cole
BIA ♪
2.1M views • 2 days ago
New

Tyga - Dip (Official Video) ft. Nicki Minaj
Tyga ♪
188M views • 3 years ago

90s r&b never dies (a playlist)
rainbeary ✓
13M views • 1 year ago

Latto, Mariah Carey - Big Energy (Remix (Official Audio)) ft. DJ...
Latto ♪
2M views • 13 days ago

Tyga - Splash (Official Video) ft. Moneybagg Yo
Tyga ♪
21M views • 9 months ago

only bad bitches listen to this playlist
blood hydrangea
666K views • 1 year ago

Chris Brown, Tyga - Ayo (Official Video)
Chris Brown ♪
311M views • 7 years ago

Jack Harlow - WHATS POPPIN feat. Dababy, Tory Lanez, & Lil...
Jack Harlow ♪
218M views • 1 year ago

The Weeknd - Out of Time (Official Video)
The Weeknd ♪
14M views • 5 days ago
New

Maroon 5 - Beautiful Mistakes ft. Megan Thee Stallion (Offici...
Maroon 5 ♪
111M views • 1 year ago

Tyga - Mrs. Bubblegum (Official



# Exhibit 3

A-393



A-394

# Exhibit 4

**A-395**

🔒 Page Vault

| | |
|---|---|
| Document title: | Tyga and MSCHF's 'Wavy Baby' Sneaker Is Wildly Warped! - Sneaker Freaker |
| Capture URL: | https://www.sneakerfreaker.com/releases/tyga-mschf-wavy-baby-sneaker-release-date |
| Page loaded at (UTC): | Fri, 15 Apr 2022 03:42:09 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 03:42:58 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 904f2a9c-2b6a-4572-be05-02d8d27c76a6 |
| User: | smb-notoole |

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cookie

Press play on
spring workouts.

lululemon
SHOP TRAINING



RELEASES   FEATURES   NEWS   MORE ⌄   🔍   SIGN IN

**06.04.22**   RELEASES   TYGA                            ARTICLE BY ROSS DWYER





# Tyga and MSCHF's 'Wavy Baby' Sneaker Is Wildly Warped!

RELEASE: 18

Press play on
spring workouts.

lululemon
SHOP TRAINING

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cookie, is cookie?

 

CART

SIGN IN MENU ∨

Start typing to search

**RELEASE: 18 APRIL 2022** 02:20:17:22

📅 ADD TO CAL

As Brooklyn-based MSCHF's name implies, they're not averse to … well, making a little mischief. Among some of their most well-known products are sneakers that toe the line between homage and parody, like their viral 'Jesus Shoes' and the contrasting 'Satan Shoes' created with Lil Nas X. Their latest effort is the 'Wavy Baby' sneaker, a wildly-warped take on a skate classic that was conceptualized and crafted in partnership with Tyga.

Just like MSCHF's recent TAP3 sneaker was clearly inspired by the Air Force 1, it's quite obvious on first glimpse that the 'Wavy Baby' is a wacky take on the Old Skool, one of the most well-known skate sneakers of all time. It features a canvas upper, familiar white and black colourway and even a traditional gum rubber outsole with a waffle traction pattern – but it's warped from heel to toe, making for a Dali-esque style that's quite literally 'wavy' in build and look alike.

## READ NEXT


The Oakley Factory Team Has Been Relaunched With the Help of Brain Dead!


The M&M's x adidas Forum Lo Comes With 36 Candy-Coated Accessories!


Potential Release Date: Maison Château Rouge x Air Jordan 2 'United Youth Inte…


LaMelo Ball and PUMA's MB.01 'Galaxy' Heads To the Cosmos






Vrbo
Dreaming of your next getaway?
Book Now

Warping a shoe's signature upper details is one thing, but the 'Wavy Baby' even alte...
heel to toe and...
Think of it as a...

Press play on spring workouts.
lululemon
SHOP TRAINING

**BUY**
∧ MORE    RELATED +

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cookie though is about you. Enjoy? That cookie though is a...



warped sneakers, with a design so wavy that you have to remove a humorous warning label stuck to the outsole before wearing! A familiar red badge is stamped on the heel, and even the box and its tissue paper ride the wave with a multitude of 'Wavy Baby' embellishments.

Expect the Tyga x MSCHF 'Wavy Baby' sneaker to release via the MSCHF Sneakers app on April 18 at noon EST. It'll be priced at $220.

MSCHF

TYGA

Potential Release Date: Maison Château Rouge x Air Jordan 2 'United Youth Inte...

LaMelo Ball and PUMA's MB.01 'Galaxy' Heads To the Cosmos

Vrbo
Dreaming of your next getaway?
Book Now

**BUY**

MORE  RELATED

Tyga X La Gear La Lights (Black Nubuck)
06.05.15
RELEASES

Tyga Returning To Australia
10.02.14
NEWS

Tyga X Re Signature
24.01.13
RELEASES

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cookie. YEAH! It's a cookie?



## READ NEXT



**Potential Release Date: Off-White x Nike Air Force 1 ...**

Press play on spring workouts.

lululemon

SHOP TRAINING

Square Online

Change the way you sell.



We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cookie? YEAH 10 Rugolls cookIE?

**SNEAKER FREAKER**

Start typing to search

CART

SIGN IN   MENU ⌄

□ Square Online

06.04.22
RELEASES

Logo Mania Takes Over the Calvin Klein x Palace x ...

06.04.22
RELEASES

First Look! Potential South Beach-Inspired ...

06.04.22
NEWS

Officially Confirmed! Nike Dunk Low 'Jacki...

06.04.22
NEWS

Press play on spring workouts.
◯ lululemon
SHOP TRAINING

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cooL... SEARCH WHAT IS A COOKIE?

SNEAKER FREAKER

Start typing to search    CART    SIGN IN    MENU ⌄

□ Square Online

Launch a retail website built for maximum



□ Square Online

### Where to Buy the Polaroid x Nike SB Dunk Low

**06.04.22**

NEWS

### Restock Alert: Sip on the Nike Dunk Low PRM 'Cider'

**06.04.22**

RELEASES

Press play on spring workouts.    lululemon    SHOP TRAINING



We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cook...

A STAPLE x Crocs Collaboration Set to Take Flight

06.04.22

SPONSORED  NEWS

Nike Introduce the High Performance Yet...

06.04.22

NEWS



We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cool? YEAH, WHO CARE?

**SNEAKER FREAKER**

Start typing to search

CART

SIGN IN

MENU ⌄

Square Online

Turn browsers into buyers.

### Another Nike Dunk Low 'Graffiti' Has Ap...

06.04.22
NEWS

### Vintage Salomon Up for Grabs in Nicole McLaugh...

06.04.22
NEWS

### The New Balance 2002R Mule Has Arrived!

06.04.22
RELEASES

Press play on spring workouts.

lululemon

SHOP TRAINING

A-404

# Exhibit 5

🔒 Page Vault

| | |
|---|---|
| Document title: | MSCHF & Tyga's "Wavy Baby" Skate Shoe: Release Date, Price |
| Capture URL: | https://www.highsnobiety.com/p/mschf-wavy-shoe-sneaker-tyga-collab-vans/ |
| Page loaded at (UTC): | Fri, 15 Apr 2022 03:44:59 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 03:46:58 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 36 |
| Capture ID: | 7fc6c8a1-6e02-4269-b337-069648def572 |
| User: | smb-notoole |

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 3 of 37 PageID #: 475



INTRODUCING **LEVI'S FRESH** — PLANT-BASED AND PLANET-FRIENDLY DYES — SHOP NOW — Levi's ®

DISCOVER    SHOP                    **HIGHSNOBIETY**

SNEAKERS › MSCHF & TYGA'S "WAVY BABY" SKATE SHOE: RELEASE DATE, PRICE



© MSCHF                                                    1 / 3



ART-BEATS Lyrics EST. 2004 — JACK DANIEL'S Tennessee HONEY — Find out more — Whiskey Specialty, 35% ABV, JACK DANIEL DISTILLERY, Lynchburg, TN

# MSCHF & TYGA'S INSANE SKATE SHOES LOOK LIKE LIQUIFIED VANS

8 DAYS AGO IN SNEAKERS
WORDS BY JAKE SILBERT

When MSCHF elected to launch its in-house footwear collection with the TAP3 sneaker, it barely scratched the surface of its truly insane shoe designs. The "Wavy Baby" is, arguably, an even better

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 4 of 37 PageID #: 476

8 DAYS AGO IN SNEAKERS
WORDS BY JAKE SILBERT

When MSCHF elected to launch its in-house footwear collection with the TAP3 sneaker, it barely scratched the surface of its truly insane shoe designs. The "Wavy Baby" is, arguably, an even better introduction to the ingenious kicks that MSCHF's cooked up.

Now, the TAP3 was admittedly a mere taste of what's to come, barely even an appetizer and certainly not the sole entrée (though it was very much a labor of love). The "Wavy Baby" is much more indicative of forthcoming MSCHF Sneakers drops.

ADVERTISEMENT





Releasing April 18 on the MSCHF Sneakers app for $220 apiece, MSCHF's "Wavy Baby" is the antithesis of contemporary signature sneakers.



Case 1:22-cv-02156-WFK-RML Document 17-5 Filed 04/18/22 Page 5 of 37 PageID #: 477



© MSCHF                                                          1 / 5

Whereas nearly every big footwear brand creates the special shoes designated to pop culture titans and athletes by tweaking an existing mold or, occasionally, creating something distinct (yet ultimately familiar), the "Wavy Baby" is unlike any shoe that's ever come before it.





Billions of videos and counting - only on TikTok    Watch now

Case 1:22-cv-02156-WFK-RML   Document 11-5   Filed 04/18/22   Page 6 of 37 PageID #: 478



And, like any good signature sneaker, the "Wavy Baby" is aligned with yet another one of MSCHF's famous friends and it ain't Lil Nas X or Grimes (MSCHF sure knows a lotta famous folks).



As you can tell from the campaign shots, MSCHF made the "Wavy Baby" with its pal Tyga, who's on a bit of a hot streak right now.

His latest single, "Freaky Deaky," featured Doja Cat while also sneakily revealing the "Wavy Baby" shoes to the world.

ADVERTISEMENT





A-410

ADVERTISEMENT







© MSCHF                                                                    1 / 4

MSCHF told Highsnobiety in March 2022 that it took a ton of trial and error to create the "Wavy Baby" and plenty of manufacturers immediately rejected MSCHF's requests to create this bizarre wobbly shoe based on sketches alone.

But nothing good comes easy. The effort paid off in spades: the "Wavy Baby" is a verifiable work of art and, somehow, entirely wearable.

shoe based on sketches alone.

But nothing good comes easy. The effort paid off in spades: the "Wavy Baby" is a verifiable work of art and, somehow, entirely wearable.



Billions of videos and counting - only on TikTok     **Watch now**

@highsnobiety ✓

Just add heat. 🔥 MSCHF x @tyga "Wavy Baby" drops April 18th at noon. 😎 #snobtok #highsnobiety #mschf #vans

♫ amiadennett hotties only creds jessrosinaarmstrong - mimi 🦋

However, though the sneaker is clearly skate shoe-inspired, you prooooobbbbbaabbly don't wanna skate it according to a disclaimer on MSCHF's site: "Warning: By placing your foot in this shoe, you agree to waive any claims against MSCHF for any injury, death, or damages arising from having your foot in this shoe."



highsnobiety ✓
4.4M followers                              **View profile**



## HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

on MSCHF's site. "Warning: By placing your foot in this shoe, you
agree to waive any claims against MSCHF for any injury, death, or
damages arising from having your foot in this shoe."



highsnobiety
4.4M followers

View profile

View more on Instagram

43,742 likes

Add a comment...

## HIGHLIGHTS



Heven & Coperni's Glass
Handbag Is Everywhere,
So We Reviewed It



Fashion Obscura: Kirsten
Dunst's 2003 Met Gala 'Fit



Everyone Hates SHEIN But
No One Wants to Stop
Buying It



Vans Sues MSCHF Over
"Wavy Baby" Skate Shoes



PSA: Leggings Are Pants
Again

"We've always known that sneakers are this culturally spicy object,
sitting at the focal point of a lot of things," MSCHF co-founder Daniel
Greenberg said last month when the TAP3 kicked off MSCHF
Sneakers.

ADVERTISEMENT

sitting at the focal point of a lot of things," MSCHF co-founder Daniel Greenberg said last month when the TAP3 kicked off MSCHF Sneakers.

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 10 of 37 PageID #: 482

ADVERTISEMENT



FENDI                                      Shop Now

### HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

"But the sneaker landscape is so incredibly stale. If we were going to collaborate with a sneaker brand, they'd have to break open a new mold; we're not just doing a MSCHF colorway."



© MSCHF                                    1 / 5

The "Wavy Baby" is entirely original from top to bottom and

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 11 of 37 PageID #: 483

© MSCHF                                                                                                   1 / 5

The "Wavy Baby" is entirely original from top to bottom and juuuuuust distinct enough — even setting the waviness aside — to be a legally dissimilar to the famous canvas sneakers that inspired its design.

In all seriousness: MSCHF did not just slap together some funky Vans. These are wholly unique kicks entirely created from scratch.



🔵 Billions of videos and counting - only on TikTok       [ Watch now ]

**@highsnobiety** ✔️
Here's an on-foot look at the upcoming #mschf 'Wavy Baby.' How are you feeling this silhouette? #hskicks #footwear #snobtok #highsnobiety @Tyga

🎵 original sound - Highsnobiety

Sure, MSCHF's shoe looks like a pair of those famous skate sneakers

## HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

feeling this silhouette? #nskicks #footwear #snobtok #highsnobiety @tyga

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 12 of 37 PageID #: 484

## HIGHLIGHTS


**Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It**


**Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit**


**Everyone Hates SHEIN But No One Wants to Stop Buying It**


**Vans Sues MSCHF Over "Wavy Baby" Skate Shoes**


**PSA: Leggings Are Pants Again**

Sure, MSCHF's shoe looks like a pair of those famous skate sneakers — complete with midsole stripe, red heel tab and waffle outsole — run through a Photoshop filter like Liquify, except it's real and very, very difficult to manufacture.



© MSCHF                                          1 / 5

ADVERTISEMENT



FENDI                          Shop Now

Case 1:22-cv-02156-WFK-RML Document 17-5 Filed 04/18/22 Page 13 of 37 PageID #: 485



## HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

It's crazy to say but, as insane as the "Wavy Baby" sneakers are, they're merely the tip of the MSCHF Sneakers iceberg.

Things only get wilder from here.

● SHOP OUR FAVORITE PRODUCTS




| J94-VT | $1370 |
Acronym



| J96-GT Jacket | $1750 |
Acronym




| P10A-E Cargo Pants | $1025 |
Acronym

MSCHF




**Jake Silbert**
News Editor






Document title: MSCHF &amp; Tyga&#39;s &quot;Wavy Baby&quot; Skate Shoe: Release Date, Price
Capture URL: https://www.highsnobiety.com/p/mschf-wavy-shoe-sneaker-tyga-collab-vans/
Capture timestamp (UTC): Fri, 15 Apr 2022 03:46:58 GMT

Case 1:22-cv-02156-WFK-PK   Document 15   Filed 04/18/22   Page 14 of 37 PageID #: 486



© GETTY IMAGES / AMY SUSSMAN



# WHO BETTER THAN J. BALVIN TO FLEX TYGA & MSCHF'S "WAVY" SNEAKERS?

3 DAYS AGO IN CULTURE
WORDS BY JAKE SILBERT

Ain't no one better to premiere Tyga & MSCHF's insane "Wavy Baby" shoes than style maven J Balvin, who did exactly that while strolling the streets of New York.

On April 8, Balvin appeared in New York's Soho neighborhood — shopper's paradise — with his girlfriend Valentina Ferrer and their child, Rio, born in the summer of 2021. Plus the usual security/assistant detail, of course.

Document title: MSCHF &amp; Tyga&#39;s &quot;Wavy Baby&quot; Skate Shoe: Release Date, Price
Capture URL: https://www.highsnobiety.com/p/mschf-wavy-shoe-sneaker-tyga-collab-vans/
Capture timestamp (UTC): Fri, 15 Apr 2022 03:46:58 GMT

On April 8, Balvin appeared in New York's Soho neighborhood — a shopper's paradise — with his girlfriend Valentina Ferrer and their child, Rio, born in the summer of 2021. Plus the usual security/assistant detail, of course.

Case 1:22-cv-02156-WFK-RML   Document 17-3   Filed 04/18/22   Page 15 of 37 PageID #: 487



© BLAYZENPHOTOS / BACKGRID                    1 / 2


ADVERTISEMENT





Balvin flexed Givenchy shades, a Balenciaga x *Simpsons* T-shirt (with a matching hoodie placed in the baby pram to shield Rio from the press), Louis Vuitton cargo pants, and the aforementioned MSCHF kicks.

A-419

Balvin flexed Givenchy shades, a Balenciaga x *Simpsons* T-shirt (with a matching hoodie placed in the baby pram to shield Rio from the press), Louis Vuitton cargo pants, and the aforementioned MSCHF kicks.





According to a street-style video filmed with Balvin the same day, the musician was also wearing a Balenciaga hooded bomber but took it off. In fairness, it was pretty warm that day (but pretty cold for the rest of the weekend, sigh).

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 17 of 37 PageID #: 489

According to a street-style video filmed with Balvin the same day, the musician was also wearing a Balenciaga hooded bomber but took it off. In fairness, it was pretty warm that day (but pretty cold for the rest of the weekend, sigh).





Oh, and Balvin's hair is still decorated with that KAWS tribute that he wore to the Grammys the prior weekend.



Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 18 of 37 PageID #: 490

wore to the Grammys the prior weekend.



© MSCHF                                                          1 / 11

Balvin's style is predicated on an authentic appreciation for progressive luxury goods, the kinda stuff that's flashy but with deeper intent than being a mere demonstration of wealth.

"I think people feel the energy, people always know when someone's faking it or not," Balvin once told Highsnobiety of his stylistic taste.



"When it comes from you and you feel comfortable, others do too."



Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 19 of 37 PageID #: 491

"When it comes from you and you feel comfortable, others do too."





Totally checks out that Balvin would dig Tyga and MSCHF's new kicks, which don't actually see wider release until April 18 and retail for $220.



A-423

which don't actually see wider release until April 18 and retail for $220.





Balvin's fashion collaborations lean into the mass-market realm, like his BAPE collection and infrequent GUESS drops.



Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 21 of 37 PageID #: 493

the SMTP collection and Infrequent 60186 drops.



**tyga** ✔
33.4M followers

View profile

View more on Instagram

122,824 likes

Add a comment...



As MSCHF Sneakers' drops continue, expect other extravagantly stylish celebs to get in on the action in a big way, perhaps moreso than with any of MSCHF's past efforts.

● SHOP OUR FAVORITE PRODUCTS



Support Post-Modern Tee    $85
Off-White™ c/o Fashion ...



Post-Modern Varsity Jacke  $1180
Off-White™ c/o Fashion ...



Support Post-Modern H...    $185
Off-White™ c/o Fashion ...

Document title: MSCHF &amp; Tyga&#39;s &quot;Wavy Baby&quot; Skate Shoe: Release Date, Price
Capture URL: https://www.highsnobiety.com/p/mschf-wavy-shoe-sneaker-tyga-collab-vans/
Capture timestamp (UTC): Fri, 15 Apr 2022 03:46:58 GMT                                    Page 19 of 35

Case 1:22-cv-02156-WFK-RML Document 17-5 Filed 04/18/22 Page 22 of 37 PageID #: 444



| | |
|---|---|
| Support Post-Modern Tee Off-White™ c/o Fashion … | $85 |
| Post-Modern Varsity Jacke Off-White™ c/o Fashion … | $1180 |
| Support Post-Modern H… Off-White™ c/o Fashion … | $185 |

J Balvin    Balenciaga    MSCHF

**Jake Silbert**
News Editor





# BEGONE SATAN SHOE: MSCHF'S
NEW SNEAKERS ARE LAWSUIT

A-426

# BEGONE SATAN SHOE: MSCHF'S NEW SNEAKERS ARE LAWSUIT-PROOF

1 MONTH AGO IN CULTURE
WORDS BY JAKE SILBERT



© MSCHF

When MSCHF Co-Founder Daniel

Case 1:22-cv-01156-WFK-RML   Document 17-5   Filed 04/18/22   Page 24 of 37 PageID #: 96

© MSCHF

When MSCHF Co-Founder Daniel Greenberg describes the Satan Shoe his team designed with Lil Nas X as "probably the most viral shoe ever," he's not wrong. The blood-infused Nikes remain perhaps the most divisive kicks in the history of sneakerdom, having spurred countless reactionary thought-pieces and a lawsuit from The Swoosh itself.



FENDI

Shop Now

With all that hubbub, you wouldn't blame MSCHF for being put off from ever designing another shoe. Or, at least, that if the Brooklyn-based art collective did elect to create another sneaker, the end result would be so far removed from anything Nike-adjacent that it'd be borderline unrecognizable.

But this is MSCHF. Its specialty is poking the bear; sometimes it even jabs multiple bears.

Fitting that the first shoe from MSCHF Sneakers, MSCHF's new footwear line, would be, uh, pretty familiar-looking. Squint your eyes and it may remind you of that one famous sneaker named after a presidential plane.



ADVERTISEMENT



FENDI

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 25 of 37 PageID #: 497



FENDI
Shop Now



© MSCHF                                                                                                                1 / 4

But Greenberg is quick to remind me that the "TAP3" — which
drops on the MSCHF Sneakers app and MSCHF Sneakers website
today via raffle — is an entirely original design.

© MSCHF

But Greenberg is quick to remind me that the "TAP3" — which drops on the MSCHF Sneakers app and MSCHF Sneakers website today via raffle — is an entirely original design.

"These have a 100% original insole, upper, sole, everything," Greenberg says in a Zoom call with me, emphasizing each word by pointing at every panel on the chunky black sneaker.

Though they're pretty cool shoes in and of themselves, the TAP3 sneakers were specifically designed with lawsuit-skirting in mind.



© MSCHF

MSCHF even consulted with its in-house legal counsel (a necessity when your brand is built on baiting litigious corporations) to ensure that the TAP3's distinctions would hold up in court.

ADVERTISEMENT



Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 27 of 57 PageID #: 499



The space where you'd expect to see a copyrighted brand marker on the TAP3's upper, for instance, is instead shrouded in cautionary-colored "engineered faux tape" (what a week for tape!).

The TAP3 even comes in a shoebox tinted a verrrrry familiar (but legally safe) tone of orange, with streaks of tape obscuring the angular graphic on the lid.

Before you ask, no, that graphic isn't that one stylized checkmark-like shape owned by an inconceivably wealthy (and litigious) sportswear company — it's the tail of a crocodile. Obviously.



© MSCHF

A-431

© MSCHF

"The TAP3 is kind of the archetypical ur-shoe," Greenberg explains.

"It's the silhouette that every streetwear brand makes their own," referencing John Geiger and BAPE as examples.

It goes without saying that while the TAP3 is a comment on MSCHF's previous shoe squabbles, it's also a real-deal shoe in its own right, painstakingly designed, sampled, and fabricated over the course of about 11 months with the other first few MSCHF Sneakers designs.

"It's nice timing that our first shoe drops a year after Nike sued MSCHF," Greenberg reflects.



Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 29 of 37 PageID #: 501



© MSCHF

1 / 6

It initially struck me as odd that the MSCHF Sneakers line is a pretty sincere stab at sneaker design.

The TAP3's lawsuit riff is obvious enough but it's still a pretty wearable shoe and most of the other shoes are relatively free from cultural commentary.

The thing is, the MSCHF team just likes sneakers. Greenberg, a self-professed sneakerhead, knows the power of the medium, a power that he believes is currently undervalued by the industry's big players.

"We've always known that sneakers are this culturally spicy object, sitting at the focal point of a lot of things," he explains. "We want to continue to use them as an object, creating our own infrastructure and building them from the ground up."

"But the sneaker landscape is so incredibly stale. Like, think about these collaborations where they bring in a celebrity to just change a

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 30 of 37 PageID #: 502

sitting at the focal point of a lot of things," he explains. "We want to continue to use them as an object, creating our own infrastructure and building them from the ground up."

"But the sneaker landscape is so incredibly stale. Like, think about these collaborations where they bring in a celebrity to just change a color or emblem and that's it. If we were going to collaborate with a sneaker brand, they'd have to break open a new mold: we're not just doing a MSCHF colorway."

ADVERTISEMENT





© MSCHF

Greenberg pointed out Kerwin Frost's adidas collaborations and

Case 1:22-cv-02156-WFK-RML   Document 1-5   Filed 04/18/22   Page 31 of 37 PageID #: 503



© MSCHF

Greenberg pointed out Kerwin Frost's adidas collaborations and Salehe Bembury's Crocs as examples of transformative shoes that shake things up for the better.

"We have so many ideas for sneakers, just doing one wouldn't have been enough," Chief Creative Officer Kevin Wiesner says. "We want to do them all."

"The only way to fulfill our desire for footwear creation was to have a dedicated line," Greenberg finishes.

Unlike MSCHF's irreverent, prodding "drops," laden with meaning so arch that they all come with their own manifestos, MSCHF Sneakers is more of a sandbox for creative expression.



© MSCHF                                                                    1 / 5

"Our drops are art, narrative-driven conversations," Greenberg explains. "MSCHF Sneakers might have narrative but some are just fucking cool."

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 32 of 37 PageID #: 504

Our drops are art, narrative-driven conversations," Greenberg explains. "MSCHF Sneakers might have narrative but some are just fucking cool."

ADVERTISEMENT



Having received a sneak peek of some future MSCHF Sneaker designs, I can confirm: some are just fucking cool.

The regular MSCHF drops will continue twice a month while MSCHF Sneakers will issue drops about half as often. Prices are standardized at $220 for sneakers and $290 for boots.

Basically, the MSCHF Sneakers collection is "limited but still mass," continues Greenberg. "A mix between art, luxury, and streetwear; cultural readymades that formally subvert what the shoe industry is doing."



A-436



© CATALINA KULCZAR

Subversion is a key MSCHF's tenet. The inimitable Satan Shoes were fueled by Lil Nas X's gleeful prods at America's internalized satanic panic — Nike's C&D only proved the point (no one raised a stink about the Jesus Shoes, did they?).

Given that desire to undermine convention, the MSCHF team is a little wary of limitations with the phrase "Sneakers."

ADVERTISEMENT



"We're pushing the boundary of what goes on a foot," Wiesner explained.

"Will we make sandals? High heels? Sneakers? Boots? Sure, maybe all of them. But who are we trying to be? No one. We're doing our

Case 1:22-cv-02156-WFK-RML   Document 17-5   Filed 04/18/22   Page 34 of 37 PageID #: 506

"We're pushing the boundary of what goes on a foot," Wiesner explained.

"Will we make sandals? High heels? Sneakers? Boots? Sure, maybe all of them. But who are we trying to be? No one. We're doing our own thing."

 SHOP OUR FAVORITE PRODUCTS





Titel Media GmbH Lon... Highsnobiety $65

Titel Media GmbH Hoo... Highsnobiety $110

Titel Media GmbH T-Shirt Highsnobiety $55



MSCHF    Mschf Sneakers


**Jake Silbert**
News Editor


## WE RECOMMEND





**Odes to Pregnant Rihanna, LV Ties, Supreme SS22 & MSCHF's Sneakers**

(CULTURE) 1 MONTH AGO

**Who Better Than J. Balvin to Flex Tyga & MSCHF's "Wavy" Sneakers?**

(CULTURE) 3 DAYS AGO

**MSCHF's New Drop Is Illegal (on Purpose This Time)**

(CULTURE) 3 MONTHS AGO











### Suicoke & Midorikawa Drop Horrifyingly Fleshy Toenail Shoes

(SNEAKERS) 5 MONTHS AGO

### Nike Accused of Shredding Brand New Shoes

(SNEAKERS) 5 MONTHS AGO

### Shoe Palace's New Balance 327 Reminds Us We're Stronger Together

(SNEAKERS) 5 MONTHS AGO

## WHAT TO READ NEXT







Case 1:22-cv-02196-WFK-RML   Document 17-5   Filed 04/18/22   Page 36 of 37 PageID #: 508

**Sparking Controversy** 2002R

(CULTURE) 12 HOURS AGO

(SNEAKERS) 1 DAY AGO

(SNEAKERS) 7 HOURS AGO



**Dear Travis, We're Not Ready for "Utopia"**

(CULTURE) 9 HOURS AGO

**Begone Satan Shoe: MSCHF's New Sneakers Are Lawsuit-Proof**

(CULTURE) 1 MONTH AGO



**MSCHF & Tyga's Insane Skate Shoes Look Like Liquified Vans**

(SNEAKERS) 8 DAYS AGO



INTRODUCING
LEVI'S FRESH
PLANT-BASED AND PLANET-FRIENDLY DYES

Levi's ®

SHOP NOW

# HIGHSNOBIETY

    

| SHOP | SECTIONS | MORE | COMPANY | FEATURES |
|---|---|---|---|---|
| My Account | Culture | Print Magazine | About Us | Brands |
| Terms & Conditions | Design | Podcast | Jobs | People |
| Returns | Sneakers | Newsletter | Services | How to Clean Sneakers |
| FAQ | Style | Archive | Contact | Supreme Drop List |
| Customer Care | | | | Palace Drop List |
| | | | | Best Italian Fashion Brands |
| | | | | Best Japanese Fashion Brands |
| | | | | Best German Fashion Brands |
| | | | | A-Z of Rappers' Real Names |
| | | | | Under the Radar 20 |

# HIGHSNOBIETY

    

| SHOP | SECTIONS | MORE | COMPANY | FEATURES |
|------|----------|------|---------|----------|
| My Account | Culture | Print Magazine | About Us | Brands |
| Terms & Conditions | Design | Podcast | Jobs | People |
| Returns | Sneakers | Newsletter | Services | How to Clean Sneakers |
| FAQ | Style | Archive | Contact | Supreme Drop List |
| Customer Care | | | | Palace Drop List |
| | | | | Best Italian Fashion Brands |
| | | | | Best Japanese Fashion Brands |
| | | | | Best German Fashion Brands |
| | | | | A-Z of Rappers' Real Names |
| | | | | Under the Radar 20 |

Location
**United States**

Imprint   Privacy   Store Terms   Terms   © Titel Media GmbH 2022

*If you submitted your e-mail address and placed an order, we may use your e-mail address to inform you regularly about similar products without prior explicit consent. You can object to the use of your e-mail address for this purpose at any time without incurring any costs other than the transmission costs according to the basic tariffs. Each newsletter contains an unsubscribe link. Alternatively, you can object to receiving the newsletter at any time by sending an e-mail to info@highsnobiety.com

## WEB ACCESSIBILITY STATEMENT

Titelmedia (Highsnobiety), is committed to facilitating and improving the accessibility and usability of its Website, www.highsnobiety.com. Titelmedia strives to ensure that its Website services and content are accessible to persons with disabilities including users of screen reader technology. To accomplish this, Titelmedia has engaged UsableNet Inc, a leading web accessibility consultant to help test, remediate and maintain our Website in-line with the Web Content Accessibility Guidelines (WCAG), which also bring the Website into conformance with the Americans with Disabilities Act of 1990.

## DISCLAIMER

Please be aware that our efforts to maintain accessibility and usability are ongoing. While we strive to make the Website as accessible as possible some issues can be encountered by different assistive technology as the range of assistive technology is wide and varied.

## CONTACT US

If, at any time, you have specific questions or concerns about the accessibility of any particular webpage on this Website, please contact us at accessibility@highsnobiety.com, +49 (0)30 235 908 500. If you do encounter an accessibility issue, please be sure to specify the web page and nature of the issue in your email and/or phone call, and we will make all reasonable efforts to make that page or the information contained therein accessible for you.

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 1 of 33 PageID #: 510

A-441

# Exhibit 6

| | |
|---|---|
| Document title: | Vans Sues MSCHF Over "Wavy Baby" Shoes, Tyga Collab |
| Capture URL: | https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/ |
| Page loaded at (UTC): | Fri, 15 Apr 2022 12:33:51 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 12:35:41 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 32 |
| Capture ID: | 223ddf93-bfe3-456c-9ce1-79570124af1a |
| User: | smb-notoole |

PDF REFERENCE #:      eCS1k7QBynrmNQurq5Xs3U

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 3 of 33 PageID #: 512





DISCOVER   SHOP                    **HIGHSNOBIETY**

SNEAKERS › VANS SUES MSCHF OVER "WAVY BABY" SHOES, TYGA COLLAB



© MSCHF

# VANS SUES MSCHF OVER "WAVY BABY" SKATE SHOES

4 HOURS AGO IN SNEAKERS
WORDS BY JAKE SILBERT

MSCHF and Tyga's "Wavy Baby" shoe hasn't even dropped yet and it's already the subject of a potential lawsuit from Vans.



Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT                                      Page 1 of 31

4 HOURS AGO
WORDS BY JAKE SILBERT

MSCHF and Tyga's "Wavy Baby" shoe hasn't even dropped yet and it's already the subject of a potential lawsuit from Vans.

Revealed on April 6 and set to release on April 18, MSCHF Sneakers' "Wavy Baby" skate shoe was created with Tyga in mind — the rapper premiered the shoes in his "Freaky Deaky" music video weeks ahead of the general announcement and pals like J Balvin swiftly received their own pair.

ADVERTISEMENT



Not hard to see the appeal, either. The Wavy Baby, with its uniquely warped sole, is unlike any sneaker anyone's ever seen before.



A-445



© MSCHF                                                                    1 / 8



Yes, the Wavy Baby does smack of skate shoes that came before, what with that canvas upper, wiggly white stripe, and black-on-white foxing, but that's partially the point of what MSCHF Sneakers does (more on that later).

For now, let's be clear: MSCHF's Wavy Baby is a wholly original design.

In late March, MSCHF told Highsnobiety about the painstaking production process necessary to create the MSCHF Sneakers line, explaining that every shoe that it creates is built from scratch.

With this in mind, you can better appreciate the typically sardonic tone that informs the statement that MSCHF published on April 14 about its Vans lawsuit.







View more on Instagram

43,749 likes

Add a comment...

"Vans reached out to settle with us proactively," MSCHF said. "Turns out that they were shaking our hand at the same time they were stabbing us in the back."

ADVERTISEMENT



FENDI

Shop Now

"To have the [Wavy Baby] drop go live [on April 18], they offered specific terms (as recently as 24 hours ago) asking for, among other

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 7 of 33 PageID #: 516



Shop Now

"To have the [Wavy Baby] drop go live [on April 18], they offered specific terms (as recently as 24 hours ago) asking for, among other things, half the profits and also four pairs of shoes for themselves. They also indicated they were willing to meet about future collaborations LMAO."

Suffice to say, MSCHF is feeling just a smidge jaded.

Billions of videos and counting - only on TikTok    Watch now

@highsnobiety ✔️

WARNING EXTREMELY WAVY. ⚠️ Here's a look at the upcoming "Wavy Baby" sneaker from the ever-trolling. #mschf. 🌀 @Tyga #snobtok #sneaker #footwear

♫ Mfkn Star - girls

The first MSCHF Sneakers silhouette, the TAP3, was an obvious nod to the metaphorical red tape that obscured MSCHF and Lil Nas X's



INTRODUCING
**LEVI'S FRESH**
PLANT-BASED AND
PLANT-FRIENDLY DYES

SHOP NOW

### HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 8 of 33 PageID #: 517

#footwear
♫ Mrkn Star - girls

The first MSCHF Sneakers silhouette, the TAP3, was an obvious nod to the metaphorical red tape that obscured MSCHF and Lil Nas X's Satan Shoe back in 2021, making clear that MSCHF Sneakers is as anti-establishmentarian as anything else that MSCHF does.

MSCHF Sneakers is also rooted in a genuine love for footwear: MSCHF's creative team loves the medium and the possibility that it offers. Thus, MSCHF Sneakers was devised as a middle finger to the laziness of the footwear industry.

"The sneaker landscape is so incredibly stale," MSCHF told Highsnobiety back in March. "If we were going to collaborate with a sneaker brand, they'd have to break open a new mold: we're not just doing a MSCHF colorway."

## HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

ADVERTISEMENT





Case 1 22-cv-02156-WFK-RML Document 11-6 Filed 04/18/22 Page 9 of 33 PageID #: 518













**HIGHLIGHTS**

Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It

Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit

Everyone Hates SHEIN But No One Wants to Stop Buying It

Vans Sues MSCHF Over "Wavy Baby" Skate Shoes

PSA: Leggings Are Pants Again

Billions of videos and counting - only on TikTok    **Watch now**

@highsnobiety ✓

Just add heat. 🔥 MSCHF x @tyga "Wavy Baby" drops April 18th at noon. 😎 #snobtok #highsnobiety #mschf #vans

♫ amiadennett hotties only creds jessrosinaarmstrong - mimi 🦋

Everything that's boring about the sneaker biz — slapdash collabs, boring colorways, copy-pasted logos — is what MSCHF Sneakers isn't. By riffing on familiar shapes from established sneaker giants, MSCHF Sneakers can make its point that much faster.

MSCHF would not offer further comment on its Vans court case beyond the initial statement but, really, the statement says plenty.

"Standard shoe industry practice is: steal a sole, steal an upper, change a symbol," MSCHF continued. What a boring use of cultural material. Wavy Baby is a complete distortion of an entire object that is itself a symbol."

"Vans is a hidebound institution hiding behind its past heritage as a 'creative youth brand.' In 50 years of sneaker releases, never have any

Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT                                          Page 7 of 31

change a symbol," MSCHF continued. What a boring use of cultural material. Wavy Baby is a complete distortion of an entire object that is itself a symbol."

"Vans is a hidebound institution hiding behind its past heritage as a 'creative youth brand.' In 50 years of sneaker releases, never have any of their shoes gotten this much attention pre-release. The Wavy Baby is transformational above and beyond anything Vans would ever attempt. "

**HIGHLIGHTS**


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

Billions of videos and counting - only on TikTok    **Watch now**

**@highsnobiety** ✔

Here's an on-foot look at the upcoming #mschf 'Wavy Baby.' How are you feeling this silhouette? #hskicks #footwear #snobtok #highsnobiety @Tyga

♫ original sound - Highsnobiety

In no uncertain terms, MSCHF's statement is a worthy manifesto for MSCHF Sneakers — and perhaps MSCHF — as a whole.

"Fundamentally, artists play with culture. Sampling is a core act of creative expression, and a constant iterative process across the entire

A-451

In no uncertain terms, MSCHF's statement is a worthy manifesto for MSCHF Sneakers — and perhaps MSCHF — as a whole.

"Fundamentally, artists play with culture. Sampling is a core act of creative expression, and a constant iterative process across the entire fashion space."

## HIGHLIGHTS


Heven & Coperni's Glass Handbag Is Everywhere, So We Reviewed It


Fashion Obscura: Kirsten Dunst's 2003 Met Gala 'Fit


Everyone Hates SHEIN But No One Wants to Stop Buying It


Vans Sues MSCHF Over "Wavy Baby" Skate Shoes


PSA: Leggings Are Pants Again

ADVERTISEMENT



As far as can be presumed, MSCHF is currently planning to go ahead with the Wavy Baby drop on April 18.

● SHOP OUR FAVORITE PRODUCTS


Crossbody Sling Bag    $180
Y-3


Classic Sport Uniform Coa    $345
Y-3


Cordura Waist Bag    $150
Y-3

MSCHF    Vans


Jake Silbert
News Editor

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 11 of 31   PageID #: 521

buying it





Vans Sues MSCHF Over "Wavy Baby" Skate Shoes

MSCHF   Vans



PSA: Leggings Are Pants Again



**Jake Silbert**
News Editor





© MSCHF                                          1 / 3



# MSCHF & TYGA'S INSANE SKATE SHOES LOOK LIKE LIQUIFIED VANS

# MSCHF & TYGA'S INSANE SKATE SHOES LOOK LIKE LIQUIFIED VANS

9 DAYS AGO IN SNEAKERS
WORDS BY JAKE SILBERT

When MSCHF elected to launch its in-house footwear collection with the TAP3 sneaker, it barely scratched the surface of its truly insane shoe designs. The "Wavy Baby" is, arguably, an even better introduction to the ingenious kicks that MSCHF's cooked up.

Now, the TAP3 was admittedly a mere taste of what's to come, barely even an appetizer and certainly not the sole entrée (though it was very much a labor of love). The "Wavy Baby" is much more indicative of forthcoming MSCHF Sneakers drops.

ADVERTISEMENT



FENDI · Shop Now

Releasing April 18 on the MSCHF Sneakers app for $220 apiece, MSCHF's "Wavy Baby" is the antithesis of contemporary signature sneakers.





LEVI'S

INTRODUCING

LEVI'S FRESH

PLANT-BASED AND PLANET-FRIENDLY DYES

SHOP NOW

Releasing April 18 at its MSCHF sneakers app for $220 apiece, MSCHF's "Wavy Baby" is the antithesis of contemporary signature sneakers.



© MSCHF                                    1 / 5



Whereas nearly every big footwear brand creates the special shoes designated to pop culture titans and athletes by tweaking an existing mold or, occasionally, creating something distinct (yet ultimately familiar), the "Wavy Baby" is unlike any shoe that's ever come before it.



Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 15 of 33 PageID #: 524



@highsnobiety ✔

WARNING EXTREMELY WAVY. ⚠️ Here's a look at the upcoming "Wavy Baby" sneaker from the ever-trolling, #mschf. 🌊 @Tyga #snobtok #sneaker #footwear

🎵 Mfkn Star - girls

And, like any good signature sneaker, the "Wavy Baby" is aligned with yet another one of MSCHF's famous friends and it ain't Lil Nas X or Grimes (MSCHF sure knows a lotta famous folks).



As you can tell from the campaign shots, MSCHF made the "Wavy Baby" with its pal Tyga, who's on a bit of a hot streak right now.

His latest single, "Freaky Deaky," featured Doja Cat while also sneakily

Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT

A-456

As you can tell from the campaign shots, MSCHF made the "Wavy Baby" with its pal Tyga, who's on a bit of a hot streak right now.

His latest single, "Freaky Deaky," featured Doja Cat while also sneakily revealing the "Wavy Baby" shoes to the world.





© MSCHF                                                                 1 / 4

MSCHF told Highsnobiety in March 2022 that it took a ton of trial and error to create the "Wavy Baby" and plenty of manufacturers immediately rejected MSCHF's requests to create this bizarre wobbly

A-457

© MSCHF                                                                      1 / 4

MSCHF told Highsnobiety in March 2022 that it took a ton of trial and error to create the "Wavy Baby" and plenty of manufacturers immediately rejected MSCHF's requests to create this bizarre wobbly shoe based on sketches alone.

But nothing good comes easy. The effort paid off in spades: the "Wavy Baby" is a verifiable work of art and, somehow, entirely wearable.





However, though the sneaker is clearly skate shoe-inspired, you prooooobbbbbaabbly don't wanna skate it according to a disclaimer

A-458

Just add heat. 😎 MSCHF x @tyga 'Wavy Baby' drops April 18th at noon. 😎
#shopboy #highsnobiety #mschf #tyga
🎵 amiadennett hotties only creds jessrosinaarmstrong · mimi 🦋

However, though the sneaker is clearly skate shoe-inspired, you prooooobbbbbaabbly don't wanna skate it according to a disclaimer on MSCHF's site: "Warning: By placing your foot in this shoe, you agree to waive any claims against MSCHF for any injury, death, or damages arising from having your foot in this shoe."





Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 19 of 33 PageID #: 528



43,749 likes

Add a comment...

"We've always known that sneakers are this culturally spicy object, sitting at the focal point of a lot of things," MSCHF co-founder Daniel Greenberg said last month when the TAP3 kicked off MSCHF Sneakers.


ADVERTISEMENT





"But the sneaker landscape is so incredibly stale. If we were going to collaborate with a sneaker brand, they'd have to break open a new mold: we're not just doing a MSCHF colorway."



A-460



© MSCHF                                        1 / 5

The "Wavy Baby" is entirely original from top to bottom and juuuuuust distinct enough — even setting the waviness aside — to be a legally dissimilar to the famous canvas sneakers that inspired its design.

In all seriousness: MSCHF did not just slap together some funky Vans. These are wholly unique kicks entirely created from scratch.

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 21 of 33 PageID #: 530



Sure, MSCHF's shoe looks like a pair of those famous skate sneakers — complete with midsole stripe, red heel tab and waffle outsole — run through a Photoshop filter like Liquify, except it's real and very, very difficult to manufacture.



© MSCHF

1 / 5

Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT
Page 19 of 31

A-462

It's crazy to say but, as insane as the "Wavy Baby" sneakers are, they're merely the tip of the MSCHF Sneakers iceberg.

Things only get wilder from here.

● SHOP OUR FAVORITE PRODUCTS




J94-VT                          $1370
Acronym



J96-GT Jacket                   $1750
Acronym




P10A-E Cargo Pants              $1025
Acronym

MSCHF




**Jake Silbert**
News Editor



Levi's

INTRODUCING
LEVI'S FRESH

PLANT-BASED AND
PLANET-FRIENDLY DYES

SHOP NOW



Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 23 of 31 PageID #: 532



© GETTY IMAGES / AMY SUSSMAN



FENDI

Shop Now

# WHO BETTER THAN J. BALVIN TO FLEX TYGA & MSCHF'S "WAVY" SNEAKERS?

4 DAYS AGO IN CULTURE
WORDS BY JAKE SILBERT

Ain't no one better to premiere Tyga & MSCHF's insane "Wavy Baby" shoes than style maven J Balvin, who did exactly that while strolling the streets of New York.

On April 8, Balvin appeared in New York's Soho neighborhood — shopper's paradise — with his girlfriend Valentina Ferrer and their child, Rio, born in the summer of 2021. Plus the usual

A-464

shoes than style mavens. Balvin, who did exactly that while strolling the streets of New York.

On April 8, Balvin appeared in New York's Soho neighborhood — shopper's paradise — with his girlfriend Valentina Ferrer and their child, Rio, born in the summer of 2021. Plus the usual security/assistant detail, of course.



© BLAYZENPHOTOS / BACKGRID                                    1 / 2



ADVERTISEMENT



Balvin flexed Givenchy shades, a Balenciaga x *Simpsons* T-shirt (with



Case 1:12-cv-02156-WJK-RML Document 17-6 Filed 04/18/22 Page 25 of 33 PageID #: 534

Balvin flexed <u>Givenchy</u> shades, a <u>Balenciaga</u> x *Simpsons* <u>T-shirt</u> (with a matching hoodie placed in the baby pram to shield Rio from the press), <u>Louis Vuitton</u> cargo pants, and the aforementioned <u>MSCHF</u> kicks.





According to a street-style video filmed with Balvin the same day, the

A-466

4,777 likes

Add a comment...

According to a street-style video filmed with Balvin the same day, the musician was also wearing a Balenciaga hooded bomber but took it off. In fairness, it was pretty warm that day (but pretty cold for the rest of the weekend, sigh).



Oh, and Balvin's hair is still decorated with that KAWS tribute that he wore to the Grammys the prior weekend.



Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT

A-467

Oh, and Balvin's hair is still decorated with that KAWS tribute that he wore to the Grammys the prior weekend.





© MSCHF                                                                                          1 / 11

Balvin's style is predicated on an authentic appreciation for progressive luxury goods, the kinda stuff that's flashy but with deeper intent than being a mere demonstration of wealth.

"I think people feel the energy, people always know when someone's faking it or not," Balvin once told Highsnobiety of his stylistic taste.



Document title: Vans Sues MSCHF Over &quot;Wavy Baby&quot; Shoes, Tyga Collab
Capture URL: https://www.highsnobiety.com/p/vans-mschf-lawsuit-wavy-tyga-shoes-sneakers/
Capture timestamp (UTC): Fri, 15 Apr 2022 12:35:41 GMT                                    Page 25 of 31

Case 1:22-cv-02156-PKC-RML   Document 17-6   Filed 04/18/22   Page 28 of 33 PageID #: 537





"When it comes from you and you feel comfortable, others do too."



Totally checks out that Balvin would dig Tyga and MSCHF's new kicks,

A-469



43,749 likes

Add a comment...

Totally checks out that Balvin would dig Tyga and MSCHF's new kicks, which don't actually see wider release until April 18 and retail for $220.



highsnobiety
4.4M followers

View profile

View more on Instagram

26,941 likes

Add a comment...



FENDI

Shop Now

Balvin's fashion collaborations lean into the mass-market realm, like his BAPE collection and infrequent GUESS drops.

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 30 of 33 PageID #: 539

26,941 likes

Add a comment...

Balvin's fashion collaborations lean into the mass-market realm, like his BAPE collection and infrequent GUESS drops.





As MSCHF Sneakers' drops continue, expect other extravagantly stylish celebs to get in on the action in a big way, perhaps moreso than with any of MSCHF's past efforts.

---

● SHOP OUR FAVORITE PRODUCTS

than with any of MSCHF's past efforts.

Case 1:22-cv-02156-WFK-RML    Document 17-6    Filed 04/18/22    Page 31 of 33 PageID #: 340

● SHOP OUR FAVORITE PRODUCTS







Support Post-Modern Tee     $85
Off-White™ c/o Fashion ...

Post-Modern Varsity Jacke  $1180
Off-White™ c/o Fashion ...

Support Post-Modern H...    $185
Off-White™ c/o Fashion ...



Shop Now

 J Balvin     Balenciaga    MSCHF



**Jake Silbert**
News Editor

## WE RECOMMEND



**MSCHF & Tyga's Insane Skate Shoes Look Like Liquified Vans**

(SNEAKERS) 9 DAYS AGO



**Odes to Pregnant Rihanna, LV Ties, Supreme SS22 & MSCHF's Sneakers**

(CULTURE) 1 MONTH AGO



**Begone Satan Shoe: MSCHF's New Sneakers Are Lawsuit-Proof**

(CULTURE) 1 MONTH AGO



**Colorful Sneakers Are Back & These Are the Best**



**Jose Mourinho's Secret Weapon? $900 Balenciaga Kicks**



**The Best Open-Toe Footwear For Any Occasion**

Case 1:22-cv-04159-WFK-MML   Document 17-6   Filed 04/18/22   Page 32 of 33 PageID #: 541



**Colorful Sneakers Are Back & These Are the Best**

(SNEAKERS) 22 DAYS AGO



**Jose Mourinho's Secret Weapon? $900 Balenciaga Kicks**

(SNEAKERS) 5 MONTHS AGO



**The Best Open-Toe Footwear For Any Occasion**

(SNEAKERS) 4 DAYS AGO

## WHAT TO READ NEXT



**10 Pairs of Summer-Ready Suede Kicks**



**Prints in Summer Is a Tradition We'll Always Partake in**



**An Upcoming Astroworld Documentary Is Already Sparking Controversy**

Case 1:22-cv-02156-WFK-RML   Document 17-6   Filed 04/18/22   Page 33 of 33 PageID #: 542



### 10 Pairs of Summer-Ready Suede Kicks

(STYLE) 4 HOURS AGO



### Prints in Summer Is a Tradition We'll Always Partake in

(STYLE, SPONSORED) 5 HOURS AGO



### An Upcoming Astroworld Documentary Is Already Sparking Controversy

(CULTURE) 20 HOURS AGO



### Y2K Steps Into Full Motion With GANNI's New Balance 2002R

(SNEAKERS) 2 DAYS AGO



### Vans Sues MSCHF Over "Wavy Baby" Skate Shoes

(SNEAKERS) 4 HOURS AGO



### Dear Travis, We're Not Ready for "Utopia"

(CULTURE) 18 HOURS AGO



INTRODUCING
LEVI'S FRESH
PLANT-BASED AND PLANET-FRIENDLY DYES
Levi's®
SHOP NOW



## HIGHSNOBIETY

**SHOP**
My Account
Terms & Conditions
Returns
FAQ
Customer Care

**SECTIONS**
Culture
Design
Sneakers
Style

**MORE**
Print Magazine
Podcast
Newsletter
Archive

**COMPANY**
About Us
Jobs
Services
Contact

**FEATURES**
Brands
People
How to Clean Sneakers
Supreme Drop List
Palace Drop List
Best Italian Fashion Brands

Case 1:22-cv-02156-WFK-RML   Document 17-7   Filed 04/18/22   Page 1 of 3 PageID #: 543

# Exhibit 7

**Page Vault**

| | |
|---|---|
| Document title: | Mschf wavy baby x @tyga #sneakers#fyp |
| Capture URL: | https://www.tiktok.com/@thedripdon/video/7083266557580676394?is_copy_url=1&is_from_webapp=v1&lang=en |
| Page loaded at (UTC): | Fri, 15 Apr 2022 03:49:36 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 03:51:55 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 50 |
| Capture ID: | a4816d58-0b8d-4fea-871b-2ba11b7e6b21 |
| User: | smb-notoole |

PDF REFERENCE #:        jKZ6YhMDLPCmu4jrnF7txv

A-476

Case 1:22-cv-02156-WFK-RML    Document 17-7    Filed 04/18/22    Page 3 of 3 PageID #: ...
















♪ TikTok    Log in    ⋮



**thedripdon** The don · 4-5    Follow

Mschf wavy baby x @tyga #sneakers #fyp

♫ original sound - The don



♥ 7021

💬 65

↪ 25

# Browse more For You videos



**baileysok1ph_** baileysok1ph_ · 4-3    Follow

#ad Who remembers this insane choreography? 👀 the isolations and musicality is crazy! Hoping that they will have a new collab this year. 🤙 @baileysok1 X @KidaTheGreat #foryoupage #dancer #isolation #hiphop #dance #worldofdance #virall #trending #baileysok #kidathegreat #ad

♫ Isis (feat. Logic) - Joyner Lucas



Introducing keyboard shortcuts!    ✕

Go to previous video    ▲

Go to next video    ▼

Like video    L

Mute / unmute video    M

♥ Get app

A-477

# Exhibit 8

**Page Vault**

| | |
|---|---|
| Document title: | @saffycreatives on Instagram: "FUNNY DIY MSCHF's WAVY BABY • #MSCHF #wavybaby #tyga #vans #oldskool #sneakers #sneakerhead #saffycreatives #footwear #footweardesign…" |
| Capture URL: | https://www.instagram.com/p/CcDQNO6qVzk/ |
| Page loaded at (UTC): | Fri, 08 Apr 2022 14:08:09 GMT |
| Capture timestamp (UTC): | Fri, 08 Apr 2022 14:09:16 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1d5007c3-9e81-460f-b000-7738f4bff0d4 |
| User: | smb-MReiss |

PDF REFERENCE #:        qBQP4bwbpPnu1xFmoFWVuy

Case 1:22-cv-02156-WFK-RML   Document 17-8   Filed 04/18/22   Page 3 of 3 PageID #: 548





Document title: @saffycreatives on Instagram: "FUNNY DIY MSCHF's WAVY BABY • #MSCHF #wavybaby #tyga #vans #oldskool #sneakers #sneakerhead…
Capture URL: https://www.instagram.com/p/CcDQNO6qVzk/
Capture timestamp (UTC): Fri, 08 Apr 2022 14:09:16 GMT

Page 1 of 1

Case 1:22-cv-02156-WFK-RML   Document 17-9   Filed 04/18/22   Page 1 of 3 PageID #: 549

# Exhibit 9

Page Vault

| | |
|---|---|
| Document title: | Just add heat. ☐   MSCHF x @tyga "Wavy Baby" drops April 18th at noon. ☐ #snobtok #highsnobiety #mschf #vans |
| Capture URL: | https://www.tiktok.com/@highsnobiety/video/7084360049598172462? is_copy_url=1&is_from_webapp=v1&lang=en |
| Page loaded at (UTC): | Sun, 17 Apr 2022 23:38:27 GMT |
| Capture timestamp (UTC): | Sun, 17 Apr 2022 23:41:11 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 51 |
| Capture ID: | fdc29d24-c877-43aa-b7f3-021b8e631d07 |
| User: | smb-notoole |

PDF REFERENCE #:      7nBLPiVuUdwjwtX3xRJBC1

A-482

# TikTok



**highsnobiety** ✓ Highsnobiety · 4-8    **Follow**
Just add heat. 🔥 MSCHF x @tyga "Wavy Baby" drops April 18th at noon. 😎 #snobtok #highsnobiety #mschf #vans
🎵 amiadennett hotties only creds jessrosinaarmstrong - mimi 🦋



❤ 2686

💬 27

↪ 45

## Browse more For You videos



**rendi_popping** ✓ I LOVE YOU 👽 ♥ · 1w ago    **Follow**
how do u like this collab..? 🧍 @audaamar
🎵 sonido original - Johnny 🎧



Introducing keyboard shortcuts!    ✕

Go to previous video    ▲

Go to next video    ▼

Like video    L

Mute / unmute video    M

Get app

Document title: Just add heat. □    MSCHF x @tyga "Wavy Baby" drops April 18th at noon. □    #snobtok #highsnobiety #mschf #vans
Capture URL: https://www.tiktok.com/@highsnobiety/video/7084360049598172462?is_copy_url=1&is_from_webapp=v1&lang=en
Capture timestamp (UTC): Sun, 17 Apr 2022 23:41:11 GMT    Page 1 of 50

David H. Bernstein (dhbernstein@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Marissa MacAneney (mpmacaneney@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6696
Fax:  (212) 521-7696

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                        :

VANS, INC. and VF OUTDOOR, LLC      :

          Plaintiffs,         :

          -against-          :      22-cv-02156-WFK-RML

MSCHF PRODUCT STUDIOS, INC.,     :

          Defendant        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF GABRIEL WHALEY

       I, Gabriel Whaley, declare as follows:

       1.        I am the founder and Chief Executive Officer of the conceptual art

collective MSCHF Product Studios, Inc. ("MSCHF").  Based in Brooklyn, New York, MSCHF

has garnered world-wide recognition for art that engages fashion, technology, and capitalism in

various, often-unexpected mediums to critique society.

       2.        I make this declaration on personal knowledge in opposition to the Motion

for a Temporary Restraining Order and Preliminary Injunction filed by Vans, Inc. and VF

Outdoor, LLC (together, "Vans") against MSCHF.

**Background**

3.        I was born and raised in rural North Carolina.  After I graduated from high

school, I enrolled in the United States Military Academy at West Point.  I then transferred to

the University of North Carolina at Chapel Hill, where I received my bachelor's degree in

2012.

4.        After graduation, I worked odd jobs while teaching myself to write code.

To keep myself motivated, I attempted coding projects that allowed me to be creative.  One of

my first projects was to create "Worst Fast Agency," with the website <worstfastagency.com>,

which anonymously tweeted bad advice for $1 per Tweet.  This was a parody of "World's

Fastest Agency," which was a company started at the time by prolific guerrilla-marketer Floyd

Hayes that would answer creative briefs via Twitter within 24 hours for $999 each.  I was

blown away by the attention my concept received.  The most popular tech blogs at the time,

including *Beta Beat* and *Mashable*, as well as several other media sources, such as *The New

York Observer* and *Adweek*, reported on it.[1]  This was a game-changing moment for me.  I

realized my calling was to raise attention to the absurdities of modern culture through these

forms of expression.

5.        As a result of the publicity Worst Fast Agency received, BuzzFeed, the

popular digital media company, messaged me on Twitter and offered me an internship.  The

internship ultimately turned into a full-time job as a BuzzFeed "Creative."  Although the

BuzzFeed position provided a steady paycheck, I was not creatively fulfilled by the job and

continued creating my own, independent projects in the evenings.  For example, in 2014 I built

---

[1]     *See, e.g., Worst Fast Agency Pledges to Give Clients Quick Terrible Advice for Free*,
ADWEEK (Mar. 25, 2013), *available at* https://www.adweek.com/agencyspy/worst-fast-
agency-pledges-to-give-clients-quick-terrible-advice-for-1/47251/.

a dating app called "Wingman" that worked only on airplanes; this was an obvious parody of the popularity of dating websites at that time, and this project also garnered significant media attention, with people talking about the meaning of dating and relationships in the modern world.[2]

6.         I also created an animated GIF (which is an image file that contains basic animation that users can send through text messages or other media) that looked like the bubbles that the iPhone shows when someone is typing a text message.  People were able to download the GIF from my website <miscellaneousmischief.com> and send it in an iPhone text message, where it would then look to the recipient like the sender was always typing a very long text message they were about to send (even though they were not).  This poked fun at how dependent society has become on our cellphones and text messaging; people will actually sit there staring at the "typing bubbles" on a phone for a ridiculous amount of time without ever realizing their obsession with their phones.  The "typing bubbles" GIF went viral, and celebrities began using it, including comedian Chelsea Peretti.

7.         I loved expressing my creativity this way.  I felt like I was creating things in mediums that did not belong in white-walled art galleries.  I knew this was something I wanted to do full-time.  I left BuzzFeed after a year and, again, began working odd jobs just to pay bills until I figured out how to make creativity my full-time job.

8.         Finally, I got the courage to try and make it on my own.  I began reaching out to brands and offering to create provocative advertisements for them, under their name, for compensation.  My first client was the e-commerce mattress company Casper Sleep.  I came up

---

[2]   *See, e.g.*, *Wingman: A Dating App For Air Travelers*, THRILLIST (Mar. 12, 2014), *available at*  https://www.thrillist.com/travel/nation/wingman-a-dating-app-for-air-travelers-hinge-and-tinder-of-the-skies.

with several unique ways for Casper to reach consumers.  For instance, I created "Insomno Bot 3000," which is a computer chat bot that would respond only between the hours of 1am and 5am under the guise that Casper wanted to provide a friend for its customers who couldn't sleep.  Casper got a ton of attention, and the idea was even nominated for awards.  *See* https://shortyawards.com/9th/meet-insomnobot-3000.  This was just one of several projects like this that I worked on at this stage in my career.

9.        For the next three years, I created innovative and unique advertisement ideas for clients.  But although I was making an income, and had even grown the business to employ five others, I knew this still wasn't my calling.  It was sad to see all this creativity diluted among brands selling random commodities.  I dreamed to see the creativity actually build towards something bigger.

10.        So in 2019, we incorporated MSCHF to do just that.

## MSCHF Is an Art Collective

11.        MSCHF is a collective that makes modern art that comments on society through unique media.  MSCHF critiques society by creating works that exist in multiple industries at once—fine art, collectibles, sneakers, and luxury fashion, among others—and adding commentary on them.  MSCHF's spheres of influence and cultural critiques include media, art, academia, tech, deep state, politics, celebrity, and business, among others.  Our art is not "typical" art, and that is what makes it so special and so provocative.

12.        As stated in our mission statement:

> We believe it is better to make art that participates directly in its subject matter; it is stronger to do a thing, than to talk about a thing.  MSCHF makes artworks that live directly in the systems they critique, instead of hiding inside white walled galleries.  There is no better way to start a conversation about consumer culture than by participating in consumer

4

culture. We choose a specific medium to engage with specific subject matter: we will make shoes, stream video, publish books, make paintings and sculpture, build apps or web services – everything is in service to the concept. MSCHF is fully context chameleonic.

13.     Like all great contemporary art, the nature of MSCHF's art has garnered

significant press attention. We are really proud of that. For example:

- *Digital Trends* debated the "What-is-MSCHF?" question at length two years ago. The conclusion: MSCHF makes "pop art for the internet age."[3]

- The *New York Times* dubbed MSCHF "the Banksys of consumer culture."[4]

- CNN describes MSCHF as a headline-making "art collective" that specializes in "'drops' -- a series of irreverent art projects."[5]

- *Business Insider* wrote that MSCHF's "products are meant to poke fun at everything and anything, because MSCHF takes pride in pushing the boundaries."[6]

- *Esquire* referred to MSCHF as an art collective "that releases puckish products that often stir up controversy."[7]

---

[3]     Dormehl, *We've hit peak millennial internet culture. Want proof? Meet MSCHF*, DIG. TIMES, Mar. 17, 2020, at 21, https://www.digitaltrends.com/cool-tech/inside-the-world-of-mschf/. A true and correct copy of the article is attached hereto as Exhibit 11.

[4]     Vanessa Friedman, *$76,000 Birkinstocks Made From Actual Birkin Bags?*, N.Y. TIMES, Feb. 8, 2021, at 1, https://www.nytimes.com/2021/02/08/style/MSCHF-birkenstocks-birkin-bags-hermes.html. A true and correct copy of the article is attached hereto as Exhibit 12.

[5]     Oscar Holland, *A $30K Damien Hirst was cut up – and the pieces are selling for seven times as much*, CNN.COM, Apr. 30, 2020, at 4, https://www.cnn.com/style/article/damien-hirst-mschf-severed-spots/index.html. A true and correct copy of the article is attached hereto as Exhibit 13.

[6]     Paige Leskin and Allana Akhtar, Inside the company behind Lil Nas X's 'Satan shoes.' Which has gone viral for products like toaster-shaped bath bombs and AI-generated feet photos, BUS. INSIDER, Jan. 23, 2020, at 3, https://www.businessinsider.com/mschf-company-behind-viral-jesus-shoes-feet-generator-bull-moon-2020-1. A true and correct copy of the article is attached hereto as Exhibit 14.

[7]     Daniel Dumas, *Inside MSCHF's Bold, Brilliant, Slightly Unhinged Plan to Shake Up Streetwear*, ESQUIRE, June 14, 2021, at 2, https://www.esquire.com/style/mens-

- *The Verge* wrote of MSCHF that its crew of "artists, designers, and product developers" have made their mark on the "internet" and "the world."[8]

14.      MSCHF's work has been featured in dozens of news outlets including *Action News Now, Ad Age, ArtForum, Artlyst, ArtNet, ARTnews, Axios, BBC, Billboard, Bloomberg, Boing Boing, Breitbart, Buzzfeed, CBS, Chicago Tribune, CNBC, CNET, CNN, Collateral, Complex, Core77, Corriere Della Sera, Design Milk, Design Taxi, Dezeen, Disegno, Esquire, FAD Magazine, Forbes, Fox News, Frieze, Gizmodo, GQ, Highsnobiety, Hypebae, Hypebeast, Inc., Indy 100, Input Magazine, Interview Mag, KCRW, La Regione, LA Times, Late Night With Seth Meyers, Lider Media, Los Angeles Times, Mashable, MIT Press, MTV, National Review, NBC, New York Magazine, New York Post, Newsweek, NPR, Page 6, Paper Mag, PC World, PinkNews, Politico, Quartz, Refinery29, Reuters, Slate, Sotheby's, Tech Crunch, Teen Vogue, The Art Newspaper, The Atlantic, The AV CLub, The Daily Dot, The Daily Mail, The Economic Times, The Fashion Law, The Guardian, The Hill, The Hollywood Reporter, The Hustle, The Independent, The, Intercept, The Irish Times, The Miami Herald, The Daily Mirror, The New York Times, The Onion, The Philadelphia Inquirer, The Star, The Verge, The Wall Street Journal, The Washington Post, Time Magazine, The Tonight Show With Jimmy Fallon, Unilad, US Weekly, USA Today, Vanity Fair, Vice, Vogue, Vox, W Magazine, Wired, Yahoo Finance,* and *Yahoo News,* among others.

---

fashion/a36702380/what-is-mschf-brand-sneakers-streetwear/. A true and correct copy of the article is attached hereto as Exhibit 15.

[8] Bijan Stephen, *Mischief Managed: How MSCHF managed to dominate the internet – with fun!*, VERGE, July 27, 2020, at 2, https://www.theverge.com/21320127/mschf-products-jesus-shoes-puff-chicken-office-business. A true and correct copy of the article is attached hereto as Exhibit 16.

15.      MSCHF has lectured at leading universities and institutions including Brown University, New York University, The Rhode Island School of Design, The School of Visual Art, SUNY Purchase, Northwestern University, and SXSW.

16.      MSCHF does not have a flagship product or flagship category. MSCHF has made consumer packaged food products, video games, magazines, sneakers, interactive digital experiences, plastic collectibles, fine art works, and many other items and experiences.

**MSCHF's Drops**

17.      MSCHF announces its creative works in "drops," which occur in roughly two-week intervals. Each drop is numbered sequentially, starting with Drop 1 a few years ago. Our many followers eagerly await these drops. We have built an audience that knows, expects, and looks forward to the semi-regular release of materials.

18.      To date, MSCHF has had 74 drops, participated in by tens of thousands of consumers all over the world. In 2022 alone, MSCHF drops have critiqued: music (Drop 73); the United States political system (Drop 72); consumerism and digital media (Drops 66, 67, and 71); standardized testing (Drop 70); the "Hallmark Holiday" phenomenon (Drop 69); and the United States legal system (Drop 68). (**Exhibits 1-8**). Drops are often accompanied by a "manifesto" – which adds to, and becomes part of, the art. (E.g., **Exhibit 6** ). A vibrant secondary market exists around many of the drops.

19.      As an indication of the demand for, and interest in, MSCHF's creations, there are 213,394 users on the MSCHF app; more than 120,000 followers of @mschf on Instagram; and more than 650 million views and mentions of #mschf on TikTok. In order to be notified about a drop, and participate in the drop, a follower needs to have downloaded the MSCHF app onto their mobile phone or tablet from either the Apple or Android app store. Our

app icon (shown at right) features our distinctive yellow and red color scheme,  and is unlike any other app that we are aware of.

20.        On the day of a new drop, followers with the MSCHF app will receive a pop-up notification on their phones that the drop has landed.  If they click on the app, they will then see a red screen introducing the new work and, if they want to go further, they can click a bright red button that says "GO TO DROP."  Once they click that button, they are taken to a MSCHF website made specifically for each individual drop.  This is a unique and distinctive business model.  I don't know any other artists who release their work purely through an app in this manner.  As an example of what this looks like, screenshots from one of our drops appear to the right.  Each drop is <u>clearly</u> identified as a MSCHF drop.

 

21.        The MSCHF website has a unique design and is, at times, nonsensical. Many people have told me that the MSCHF website design makes them wonder if their computer is getting hacked.  The website is designed to confuse, bewilder, and ultimately pique

the interest of visitors, inviting them to explore MSCHF and come to their own conclusions about MSCHF's purpose.

22.    The MSCHF website is not a typical retail website where consumers can buy items whenever they want.  The website does not include an "About" page or a "Team" page, and it does not include a hiring page.  Instead, the website is designed to feature an upcoming drop, and includes a timer counting down the time remaining until the drop.

23.    Most drops are accompanied by a creative "manifesto" that describes and often adds to the expressive intent of the drops.  The manifestos, like all of our work, are meant to be thought-provoking and make the readers really consider what we are commenting on.

24.    When MSCHF's drops feature purchasable goods, they typically sell out in a matter of minutes.

25.    Examples of recent MSCHF Drops include:

- On April 7, 2022, MSCHF released Drop 73, called *Vinyl Blade*, an aesthetic exploration that re-fashioned a steel saw blade as a vinyl record that could play a recording of musical artist The Weeknd's song "Out of Time." Images and a brief description of Drop 73 from the MSCHF website are attached as **Exhibit 1.**



- On March 28, 2022, MSCHF released Drop 72, called *Children's Crusade*, which was an initiative allowing MSCHF's customers to write letters to Congress. The letters, however, were written in marker by a robotic arm that re-created a childish-style of writing. Drop 72 explicitly critiqued the difficulty for engaged citizens to contact their representatives unless the engaged citizen appeared to be a child. Images and a brief description of Drop 72 from the MSCHF website are attached as **Exhibit 2.**



- Drop 71 was the latest edition of *Blur*, a recurring art project for MSCHF. *Blur* is a piece of art created by taking an image of a stack of money, digitally blurring the image, and then physically creating the image of blurred out money as an art object. The value and form of the currency varies from drop to drop. The manifesto accompanying *Blur* critiques consumer culture, encouraging people to buy it even though it's unclear what they are purchasing. MSCHF's manifesto for Drop 34 told the audience to "Buy now! . . . Don't overthink it. It's what you've always wanted, isn't it?" The drop's tagline states: "You get what you get don't get upset." A robust secondary market for Blur exists, resulting in tremendous economic value for secondary market participants. Images and a brief

description of Drop 71 *Blur* ﺏ from the MSCHF website are attached as **Exhibit 5.**  Images and a brief description of Drop 67 *Blur* ₩ from the MSCHF website are attached as **Exhibit 4.**  Images and a brief description of Drop 34 *Blur* from the MSCHF website are attached as **Exhibit 9.**



Drop 71, BLUR ﺏ.  *See* **Exhibit 5.**



Drop 67, BLUR ₩.  *See* **Exhibit 4.**



Drop 34, BLUR.  *See* **Exhibit 9.**

- Drop 70 was the MSCHF "MSAT" Standardized Test, which critiqued the culture around standardized tests. Images and a brief description of Drop 70 from the MSCHF website are attached as **Exhibit 6.**



- On Valentine's Day, Drop 69 critiqued the "Hallmark Holiday" phenomenon and sold defibrillator kits to "Kickstart Your Broken Heart." Images and a brief description of Drop 69 from the MSCHF website are attached as **Exhibit 7.**



- Drop 68 was the "Cease and Desist Grand Prix," which critiqued the legal industry for their propensity to send cease-and-desist letters without consideration of the recipient's rights. Surprisingly, the targeted legal departments got the joke, and Subway eventually responded with a light-hearted cease-and-desist tweet with no goal other than to win the Cease and Desist Grand Prix.

Images and a brief description of Drop 68 from the MSCHF website are attached as **Exhibit 8.**



- Drop 66, "Only Bags," critiqued consumer culture by selling shopping bags from both high-end designers, such as FENDI, and more affordable establishments, such as "Thank You" take-out bags, all for forty dollars each. Images and a brief description of Drop 66 from the MSCHF website are attached as **Exhibit 3.**



- For Drop 39, "Birkinstock," MSCHF took designer Hermès Birkin bags, disassembled them, and re-purposed the material on the iconic cork Birkenstock sandals, critiquing the arbitrary value of and fetishization of "luxury goods" (**Exhibit 10**).

13

26.     MSCHF's drops are in very high demand and often sell out in minutes. Given the demand, MSCHF could sell tens of thousands of products; however, MSCHF intentionally sells limited edition art and never re-releases the exact same item. Once a MSCHF drop is over, the product or experience available from the drop is no longer available for sale through MSCHF.

27.     When a drop goes live, MSCHF will add the name of the new drop on its website and mobile application. The MSCHF Instagram account, @mschf, displays just one single post, which is always related to the most recent drop. MSCHF has mastered the art of viral marketing and is able to generate a lot of hype around a drop before the drop date by leaving people wondering about what the next drop will look like and be like, and making people anxious to get their hands on the latest product or service. The image associated with the Instagram account is the MSCHF logo, and the text beneath the image reads "MSCHF"; "Art"; "DO NOT FOLLOW US"; and "mschf.com." Despite writing "DO NOT FOLLOW US," the MSCHF Instagram account has over 120,000 followers, yet follows nobody.



28.    MSCHF's page on LinkedIn describes MSCHF as part of the "Dairy Product

Manufacturing" industry, and its "About" section reads "Nothing is sacred" – a MSCHF brand

tenet, which speaks to the notion that anything that exists in the world is creative fodder.

### MSCHF Sneakers

29.       One recurrent theme that has run through MSCHF's artwork is

commentary on sneakerhead culture, a ripe target for parody and critique.  A sneakerhead is a

sneaker "enthusiast"—someone who collects, trades, and displays sneakers as a hobby.

Sneakerheads take their sneakers very seriously—making sure they are in pristine condition, at

times displaying them on decorative shelves or in glass cases, and even, at times, storing them

in climate-controlled vaults.

30.       Through the rise of sneakerheads, sneakers have become not only

utilitarian devices but popular forms of expression.  As Virgil Abloh (the late men's wear

director from Louis Vuitton) once said to *The New York Times*, "many young people may

value sneakers more than a Matisse."[9]  And as *Forbes* reported, "[m]any are very

knowledgeable about the origins and history of sneakers.  Many spend a great deal of time and

money studying the category and its past, while building their collections."[10]  Sneaker brands

and celebrities have picked up on this, and sneaker collaborations are incredibly popular in an

attempt to make a splash and sell more shoes.  Some of the wackiest collaborations in recent

years have included Puma's Sonic the Hedgehog RS-X3 Collection; Ben & Jerry's Nike SB

---

[9]    Elizabeth Paton, "The Art of the Sneaker," THE NEW YORK TIMES, May 19, 2021,
       www.nytimes.com/2021/05/19/style/sneakers-collectibles-design-museum.html. A true and
       correct copy of the Article is attached as Exhibit 17.
[10]   *See* Matt Powell, *Sneakernomics: Are Sneakerheads important?*, FORBES, May 21, 2014, at
       https://www.forbes.com/sites/mattpowell/2014/05/21/sneakernomics-are-sneakerheads-
       important/.

Dunk Low Chunky Dunky; Nike SB Dunk Grateful Dead Collection; PUMA Super Mario 64 RS-Dreamer; Adidas v. Star Wars The Empire Strikes Back 40th Anniversary Collection; and PlayStation x Zara.

31.     We have a lot of comments on this phenomenon.  First, with sneakerhead culture being valued as a $10 billion industry, we can not believe how stagnant shoe designs have actually become, which is what immediately made them one of MSCHF's targets for parody.  Second, this notion of collaboration culture has gotten ridiculous.

32.     In October 2019, MSCHF released its first sneaker project—the *Jesus Shoes*.  These shoes were filled with water sourced from the River Jordan and then blessed. The shoes featured red insoles, a nod to the Vatican, scented with Frankincense, and a steel crucifix on the shoelaces.  "Matthew 14:25" was inscribed on the toe box, and the shoes sold for $1,425, to correspond to that Bible verse.  The shoe was designed to mock collab culture, but suggesting that MSCHF had collaborated with Jesus himself.  The shoes sold out within one minute.

33.     In April 2021, MSCHF issued 666 pairs of the limited-collection *Satan Shoes*, produced in collaboration with rapper Lil Nas X (shown at right with the Satan Shoe).  The shoes featured a Nike Air Max 97 with a bronze pentagram on the laces, an inverted cross and a drop of human blood.  "Luke 10:18" was inscribed on the toe box, which refers to the Bible Verse referencing Satan, and the shoes sold for $1,018, to correspond to that



Bible verse.  These were not typical sneakers, but rather individually-numbered works of art (much as Banksy and other artists sell numbered, limited-edition prints of their artistic works). Picking up on the theme of the *Jesus Shoes* project, these works further mimicked collab culture by suggesting that, this time, MSCHF had collaborated with the devil.  But MSCHF went further with this project; we actually collaborated with Grammy-winning artist Lil Nas X, who featured the *Satan Shoes* in his music video *Montero (Call Me By Your Name)*.  Through this collaboration with a shoe that mocked collab culture, we also commented on the social norms that discriminate against marginalized members of society (like Lil Nas X, who famously has spoken about how he felt marginalized by the Church because he was gay).

34.      The overwhelming attention the *Jesus* and *Satan Shoes* received—amplified by a litigation brought and very quickly resolved with Nike—solidified that sneakers are an important area to provide comment and expression.  At MSCHF, we wanted to continue to use sneakers as a vessel for our narrative, and knew that would require a line of sneakers, rather than just a few drops.  For that reason, the MSCHF Sneakers app was born.  The MSCHF Sneakers app gives MSCHF an opportunity to further critique sneakerhead culture.

35.      The MSCHF Sneakers app is where MSCHF drops its sneaker collections. Like the MSCHF app, it was built in-house from the ground up, provides links to all of the past MSCHF shoe collections, as well as links to the websites that contain the manifestos that went along with those drops.  On first use, the MSCHF Sneakers app is nearly unusable. Unlike other apps developed solely for commercial purposes, the MSCHF Sneakers app provides little in the way of typical user experience and usability. Both the MSCHF app and the MSCHF Sneakers app reside on top of MSCHF's proprietary ecommerce backend engine which we

17

A-500

developed to handle mass traffic volume.  Examples of content from past drops appearing on the app are as follows:

 

36.        MSCHF's icon for its sneakers app itself is a work of art.  Indeed, a user can pick from one of the below two distinctive app icons, with the icon on the right being a

18

picture of George Bush getting a shoe thrown at him, which itself sits at the intersection of shoes and political expression.

 

37.     On March 21, 2022, MSCHF dropped its first product from the MSCHF Sneakers app, the TAP3 shoe.  This shoe, and its box, was covered in caution tape branded with "MSCHF."  It was MSCHF's version of a silhouette that every streetwear brand makes their own, and a comment on MSCHF's previous litigation with Nike over the *Satan Shoes*.

38.     On April 18, 2022, following this trend, MSCHF will drop the limited-edition *Wavy Baby* work, a "liquified" version of a classic skate shoe silhouette, but with almost all function warped and stripped away.  For this drop, MSCHF has collaborated with rapper Tyga, a very public Vans fan.  Through this drop, MSCHF has challenged the sneakerhead culture Vans participates in, questioned consumerism, and confronted the tension between a virtual and digital world.  We are so excited about these shoes – the designs are unique, and the message really pushes the bounds of critical discourse, questioning how such an iconic, functional brand has fallen prey to mass consumerism.  We took a functional, iconic

skate shoe and made it a non-functional—or at least "non-functional" relative to the ways sneakers traditionally function.  The shoes make a statement; they do not grip a skateboard.

39.       The commentary of *Wavy Baby* is a continuation of MSCHF's broader artistic project and the recurring themes in MSCHF's art.  We previously commented on the intersection of consumerism, the digital world, and the physical world with the *Blur* series.  We previously critiqued sneakerhead culture, with *Jesus* and *Satan Shoes*.  But with *Wavy Baby*, we are bringing all these themes together into a single project, which allows for a commentary that none of those projects alone could provide.

40.       *Wavy Baby* is made possible by the fact that Vans occupies a peculiar place in the world, straddling the decades-old, hyper-physical skateboard culture and the much more recent, "very online" consumer culture.  No other shoe company sits on that boundary or navigates the tension like Vans does, which makes it a fascinating case study for examining and critiquing consumer desire in the current world.  Vans also operates at the boundary between the physical and the virtual, selling "digital shoes" and other "digital skate gear" in the metaverse,[11] translating physical goods into virtual goods.  MSCHF's project does the inverse by "smash[ing] the digital and the physical together in an object"—it translates virtual goods into physical goods—and thereby flips Vans' project on its head. This leaves behind a bizarre remnant that questions whether we can reemerge from our digital lives—on social media, for example, where digital images and  videos of Vans abound—without also being fundamentally warped.

---

[11]   Matt Zara, "Vans' Roblox Metaverse Sells Fans Digital Skate Gear," STYLUS, Sept. 15, 2021, https://www.stylus.com/vans-roblox-metaverse-sells-fans-digital-skate-gear; see also Chuck Dobrosielski, "Vans Joins the Digital Fashion Movement With Roblox Partnership," SOURCING JOURNAL, Sept. 2, 2021, https://sourcingjournal.com/footwear/footwear-brands/vans-world-roblox-metaverse-digital-fashion-gucci-garden-burberry-nft-299104/.

41.       Those who follow MSCHF understand that the shoes we create—like *Satan Shoes* and *Wavy Baby*—are a part of our mission to parody and critique modern culture. For example, on April 13, 2022, the social commentary website Hypebeast released a TikTok mentioning *Wavy Baby* and acknowledging "MSCHF brings together culture and parody."[12]

42.       This is not surprising.  We are very clear that all of our shoes are MSCHF products and are meant to push boundaries, confront passive consumers, and put questions out there to the world.

43.       Each shoe is branded solely as a MSCHF shoe, sold only in specially-designed MSCHF boxes with MSCHF packaging – all clearly marked "MSCHF."

44.       Each shoe is sold only by us, exclusively on the MSCHF Sneaker App.

**MSCHF's Art is Critically Acclaimed**

45.       MSCHF has received world-wide recognition from news outlets, members of the creative community, and art experts for its artistic achievements.  Indeed, the press has widely appreciated MSCHF's creations as works of art.  For example, the Germany-based international fashion and art agency *Highsnobiety* discussed numerous MSCHF art projects at length in a 2021 feature titled, "The Museum of MSCHF: A Retrospective of the Creative Industry's Antiheroes."

46.       MSCHF's artwork has generated active interest with some of the biggest galleries in the world.  For example, MSCHF's *Bigger Blur* was on display at Phillips Auction

---

[12]   @hypebeast. #hypebeast: a look back at some of #MSCHF's #hype shoe drops #sneakertok #sneakerhead #wavybaby #mschfdrops. April 13, 2022; https://www.vm.tiktok.com/ZTdQkVjXa/. A true and correct copy of the video is attached as Exhibit 18.

House in New York in 2021.  @phillipsauction, "On display in the breezeway of our 432 Park Avenue galleries, 'Bigger Blur,' 2021, is the latest in @mschf's 'Blur' series…."[13]



47.    The *Birkinstocks*, *Jesus Shoes*, and *Satan Shoes*, have all appeared in art galleries, including the Design Museum of London and the Exhibition Subversive Design NRW-Forum in Dusseldorf.

48.    A panel at the art auction house Christie's discussed MSCHF's *Birkinstock* project and agreed that the artwork—created through repurposing disassembled Hermès Birkin bags into the iconic cork Birkenstock sandals—were not merely high fashion but undeniably "conceptual art."

49.    MSCHF has been invited to present at both Art Basel and the Perrotin gallery later this year.  Art Basel is one of the world's most important and prominent annual art

---

[13]    Instagram, Dec. 18, 2021, https://www.instagram.com/p/CXo-oAsu8R6/. A true and correct copy is attached hereto as **Exhibit 19**.

fairs.  Perrotin is considered among the most renowned art galleries in the world.  The Art

Basel and Perrotin features will continue the public prominence of MSCHF art, such as the

public placement of *Bigger Blur* subsequent to auction at Sotheby's of a different piece, *Big

Blur*.[14]

50.     MSCHF has collaborated with and sold products to many brands,

celebrities, influencers, and other popular culture trailblazers.  For instance, Grammy-winning

rapper Future was seen wearing MSCHF's *Birkinstocks*.[15]

51.     The admiration has extended to other forms of fashion as well.  Critically-

acclaimed musician Grimes modeled one of MSCHF's "Guns 2 Swords" accessory swords at

the 2021 Met Gala.[16]

52.     And MSCHF is known and loved by its many followers.  For instance,

there are over 650 million views of the hashtag #MSCHF on the popular social media app

TikTok.

53.     Despite the popularity of MSCHF and the anticipated popularity of *Wavy

Baby*, I do not anticipate making much, if any, profit from *Wavy Baby*.  This is not unusual for

MSCHF.  In fact, several other MSCHF drops did not generate any profit, including

https://chairsimulator.com, https://spotsrampage.com, https://childrenscrusade.com, and

---

[14]   Sarah Osei, *Is MSCHF's New Sotheby's Lot its Most Controversial Art Piece Yet?*, HIGH
       SNOBIETY, Apr. 2022, https://www.highsnobiety.com/p/sothebys-mschf-big-blur-auction/.
       A true and correct copy of the article is attached hereto as **Exhibit 20**.
[15]   Trace William Cowen, *Future Wears $48,000 Sandals Made Out of Birkin Bags*,
       COMPLEX, Feb. 8, 2021, https://www.complex.com/style/future-wears-48-thousand-dollar-
       sandals-made-out-of-birkin-bags.  A true and correct copy of the article is attached hereto
       as **Exhibit 21**.
[16]   Jake Silbert, *MSCHF Made Grimes' Met Gala Sword out of an Assault Rifle*, HIGH
       SNOBIETY, Sept., 2021, https://www.highsnobiety.com/p/mschf-guns-2-swords/.  A true
       and correct copy of the article is attached hereto as **Exhibit 22**.

Case 1:22-cv-02156-WFK-RML   Document 16   Filed 04/18/22   Page 24 of 24 PageID #: 575

https://mschfboard.org/, among others. Although the expected revenue from our limited *Wavy Baby* drop will likely cover the costs of the artwork itself, our financial forecasts do not anticipate any significant profit. Indeed, the costs of acquiring talented shoe designers, locating an appropriate factory, building a new mold, and development through multiple iterations, are considerable. Even though some of these costs could be amortized across future shoe projects, as may be appropriate, we anticipate only a minimal profit from this endeavor. Thus, for MSCHF, *Wavy Baby* does not represent a profitable source of income.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2022 in Brooklyn, New York.

Gabriel Whaley

Case 1:22-cv-02156-WFK-RML   Document 18-1   Filed 04/18/22   Page 1 of 7 PageID #: 576

# Exhibit 1

🔒 Page Vault

| | |
|---|---|
| Document title: | Vinyl Blade |
| Capture URL: | https://vinylblade.com/?<br>utm_source=homepage&utm_medium=vinylblade&utm_campaign=newdrop |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:09:14 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:10:05 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 17f128de-fc22-49ac-813e-2dc92957c87b |
| User: | smb-MReiss |









Case 1:22-cv-02156-WFK-RML   Document 18-1   Filed 04/18/22   Page 6 of 7 PageID

Case 1:22-cv-02156-WFK-RML    Document 18-1    Filed 04/18/22    Page 7 of 7 PageID



A-514

# Exhibit 2

**Page Vault**

| | |
|---|---|
| Document title: | Children's Crusade |
| Capture URL: | https://childrenscrusade.com/?utm_source=homepage&utm_medium=childrenscrusade&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:13:13 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:13:53 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | f3de4fed-1af3-44c3-9c0a-5b1fdf9938e4 |
| User: | smb-MReiss |

MSCHF · 1.22 RELEASE · DROP ME · Document · 8 · · Filed 04/10/22 · Final · Docs · Page 129 · 503



# CRUSADE

## GET POLITICIANS TO LISTEN
## BY IMPERSONATING A CHILD

Write a message to congress about an issue you care about.

Our robots will turn your message into a handwritten kid's letter.

Then we'll mail your letter to the senator of your choosing.

**WRITE A LETTER TO CONGRESS**



## FAQ



### WHAT IS CHILDREN'S CRUSADE?

Children's Crusade is a live performance installation that uses robotic drawing machines to transform user-submitted messages into faux children's letters and mails them to U.S. senators.



### HOW DOES IT WORK?

Participants can write and submit messages to congress via this site. Our robotic drawing machines then turn these messages into faux children's letters. Note: messages will be transcribed in the order they are received. After the event, all letters will be mailed to the participants' chosen senators.



### WHAT SHOULD I WRITE ABOUT?

That's up to you. This is your chance to get the attention of a senator of your choosing. Go wild!

### HOW LONG IS THE LIVESTREAM?

The Children's Crusade Livestream will run from 11am – 5pm EST, March 28th through April 1st, 2022 and will be on view at 306 Bowery, New York, NY.



Case 1:22-cv-02156-WFK-RML    Document 1-9    Filed 04/18/22    Page 4 of 5 PageID #: 586

FAQ   MANIFESTO   GALLERY





# CRUSADE



## 💡 MANIFESTO 📝

**You, an Elected Representative:**
A voice in your representative democracy? Not in THIS economy, buddy! What's in it for me?
**Us:** How about… the chance at a dope social media post?!?!?!?

Contacting politicians, the goal of so many aspirational Engaged Citizens, is an exercise in futility. Telephone calls are rendered toothless by the combined staffer/answering machine airgap between caller and politician. Letters go straight to the crank pile, and emails–as if!

And yet, one pure sword neatly cleaves this dense and impenetrable screen: a crayon scrawl of "dear Senator" alongside a crudely-rendered daisy and smiling top-right-corner sun.

## GALLERY



These are a selection of letters that have been sent to various senators via Children's Crusade.

Dear Fred Upton,

Hello! I am a 3rd grader here in Michigan and would like to live in a state where I can go to school and out without fear. There are too many guns here that can be bought too easily by bad guys. Can you fix this please? Thank you!

Sincerely,
Jamie Potts,
8 and a half

Senator McConnell,

Did you know Kentucky experiences about 690 gun deaths every year?! I think even 1 person dying is too much. Please stand up to the NRA and make our state great, safe, and happy for everyone!

Thank you!

-Elaine Montgomery

Dear Senator Ernst,

I'm writing to you today because I think the NRA has too much of a say and I think you should listen to us, the people of Iowa. (Even kids like me!) Please do not take money from them anymore. I hope you promise.

Sincerely,
Alexis Murphy (age 7)

Dear Senator Cassidy,

I live in Baton Rouge and hope to also be a senator someday. I am very focused on stopping gun violence, particularly since so many gun deaths tear families apart, from kids playing with guns and abusers killing

Dear Senator Rubio,

I go to school at Carrollton School of the Sacred Heart at Duchesne, and Mrs. Martinez told us to write you a letter. She said it's scary outside and that over 2,500 people get shot in Florida every year! All

Dear Senator Rubio,

I go to school in Houston and I don't understand why guns have more rights than my mama. In 2019, when I was in first grade, 3,683 Texans were killed with a gun, 32 of them were kids like me. I don't want to be

FAQ MANIFESTO GALLERY

CHILDREN'S CRUSADE

are rendered toothless by the combined
...r/answering machine airgap between caller and politician. Letters go straight to the crank pile, and emails-as if!

And yet, one pure sword neatly cleaves this dense and impenetrable screen: a crayon scrawl of "dear Senator" alongside a crudely-rendered daisy and smiling top-right-corner sun.

## GALLERY

These are a selection of letters that have been sent to various senators via Children's Crusade.

Dear
Fred Upton,

Hello! I am a 3rd grader here in Michigan and would like to live in a state where I can go to school and out without fear. There are too many guns here that can be bought too easily by bad guys. Can you fix this please? Thank you!

Sincerely,
Jamie Potts,
8 and a half

Senator
McConnell,

Did you know. Kentucky experiences about 690 gun deaths every year?! I think even 1 person dying is too much. Please stand up to the NRA and make our state great, safe, and happy for everyone!

Thank you!

-Elaine Montgomery

Dear
Senator Ernst,

I'm writing to you today because I think the NRA has too much of a say and I think you should listen to us, the people of Iowa. (Even kids like me!) Please do not take money from them anymore. I hope you promise.

Sincerely,
Alexis Murphy
(age 7)

Dear
Senator Cassidy,

I live in Baton Rouge and hope to also be a senator someday. I am very focused on stopping gun violence, particularly since so many gun deaths tear families apart, from kids playing with guns and abusers killing family members out of anger. We can do better! Please pledge to stop taking NRA money as a first step.

Signed,
Anthony Delacroix

Dear Senator Rubio,

I go to school at Carrollton School of the Sacred Heart at Duchesne, and Mrs. Martinez told us to write you a letter. She said it's scary outside and that over 2,500 people get shot in Florida every year! All these guns aren't letting us have any fun, can you help stop them Mr. Rubio?

Love,
Amanda Romero

Dear Senator Rubio,

I go to school in Houston and I don't understand why guns have more rights than my mama. In 2019, when I was in first grade, 3,683 Texans were killed with a gun, 32 of them were kids like me. I don't want to be afraid, please help stop the violence Mr. Cruz.

Thanks for your commitment to help,
Timothy Busch

CHILDREN'S CRUSADE

is MSCHF drop #72. Every drop is different.
Download the MSCHF app to hear about future drops.

Terms and Conditions



A-519

Case 1:22-cv-02156-WFK-RML   Document 18-3   Filed 04/18/22   Page 1 of 3 PageID #: 588

# Exhibit 3

A-520

**Page Vault**

| | |
|---|---|
| Document title: | OnlyBags |
| Capture URL: | https://onlybags.biz/?<br>utm_source=homepage&utm_medium=onlybags&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:32:15 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:32:46 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1f775214-72b5-4329-b04b-ce18d3e80c49 |
| User: | smb-MReiss |

PDF REFERENCE #:     fTw73WzMM5gmHpXSkUjw7a

Case 1:22-cv-02156-WFK-RML Document 18-3 Filed 04/18/22 Page 3 of 3 PageID #: 590

MSCHF | ONLYBAGS | LOOKBOOK | MANIFESTO



| | | | | | |
|---|---|---|---|---|---|
| Fendi $40 | Victoria's Secret $40 | Supreme $40 | Thank You $40 | Hermès $40 | IKEA $40 |
| Sephora $40 | KITH $40 | Prada $40 | Burberry $40 | Rolex $40 | Flight Club $40 |



All Bags $480

THANKS FOR SHOPPING                                    THANKS FOR SHOPPING

TERMS                                                  MSCHF DROP #66 GET THE APP

Document title: OnlyBags
Capture URL: https://onlybags.biz/?utm_source=homepage&amp;utm_medium=onlybags&amp;utm_campaign=droplist
Capture timestamp (UTC): Sun, 10 Apr 2022 05:32:46 GMT                          Page 1 of 1

A-522

# Exhibit 4

**Page Vault**

| | |
|---|---|
| Document title: | Blur ₩ |
| Capture URL: | https://won.whatisblur.com/?utm_source=homepage&utm_medium=blurkoreanwon&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:18:11 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:18:34 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 37155c5d-878c-45af-8928-3d5876921de2 |
| User: | smb-MReiss |

PDF REFERENCE #:      jGAztsmbfkieTCt9i9zThi



**TRUST** Ⓢ

### PRODUCT SPECIFICATIONS

| | |
|---|---|
| WIDTH | 6.31" |
| LENGTH | 2.61" |
| HEIGHT | 1.62 |
| WEIGHT | |
| MATERIAL | |
| VALUE | |

\* PRODUCT PHOTO
BLURRED BY MSCHF

CHAEBOL > CHAE ▇▇ 재벌 > 재 ▇

BUY NOW! BUT WHY NOW? BECAUSE
TIME'S OUT. WHY ELSE? DON'T
OVERTHINK IT. IT'S WHAT YOU'VE
ALWAYS WANTED. ISN'T IT? BUYING,
WITHOUT LIMITS. WITHOUT QUESTION.

WE KNOW YOU'RE PARCHED.

THE THRILL OF SIMPLY BUYING. NOW.
IT'S WHAT YOUR WHOLE LIFE HAS
BEEN RAMPING UP TO, RIGHT? ALL
THOSE LESSER "BUY" BUTTONS,
WHICH COULD NEVER SATIATE.

A PURCHASE IS A MONETARY MIRAGE
UNTIL IT'S IN YOUR HAND. BUT DO
SOME DISAPPEAR INTO THE HORIZON
ENTIRELY?

YOU TRUST YOUR EYES DON'T YOU?
GO AHEAD. HAVE SOME FAITH. BUY
NOW.

YOU GET WHAT YOU GET
AND YOU DON'T GET UPSET

SOLD OUT

BUY ON
**StockX**

TERMS & CONDITIONS

Document title: Blur ₩
Capture URL: https://won.whatisblur.com/?utm_source=homepage&amp;utm_medium=blurkoreanwon&amp;utm_campaign=droplist
Capture timestamp (UTC): Sun, 10 Apr 2022 05:18:34 GMT
Page 1 of 1

Case 1:22-cv-02156-WFK-RML   Document 18-5   Filed 04/18/22   Page 1 of 3 PageID #: 594

# Exhibit 5

A-526

**Page Vault**

| | |
|---|---|
| Document title: | Blur \| د.إ |
| Capture URL: | https://dirham.whatisblur.com/?<br>utm_source=homepage&utm_medium=bluruaedirham&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:15:51 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:16:31 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | cfe7054c-825e-4eca-a0c5-bcb1a0e5efdd |
| User: | smb-MReiss |

PDF REFERENCE #:      7bakXqXoVep8QuzaVyKKmU

A-527

IN WE TRUST

PRODUCT SPECIFICATIONS

| | |
|---|---|
| WIDTH | 6.14" |
| LENGTH | 2.61" |
| HEIGHT | 1.77" |
| WEIGHT | |
| MATERIAL | |
| VALUE | |

* PRODUCT PHOTO BLURRED BY MSCHF

IS THICKER THAN OIL

BUY NOW! BUT WHY NOW? BECAUSE TIME'S OUT. WHY ELSE? DON'T OVERTHINK IT. IT'S WHAT YOU'VE ALWAYS WANTED, ISN'T IT? BUYING, WITHOUT LIMITS, WITHOUT QUESTION.

WE KNOW YOU'RE PARCHED.

THE THRILL OF SIMPLY BUYING. NOW. IT'S WHAT YOUR WHOLE LIFE HAS BEEN RAMPING UP TO, RIGHT? ALL THOSE LESSER "BUY" BUTTONS, WHICH COULD NEVER SATIATE.

A PURCHASE IS A MONETARY MIRAGE UNTIL IT'S IN YOUR HAND. BUT DO SOME DISAPPEAR INTO THE HORIZON ENTIRELY?

YOU TRUST YOUR EYES DON'T YOU? GO AHEAD. HAVE SOME FAITH. BUY NOW.

YOU GET WHAT YOU GET AND YOU DON'T GET UPSET

QUICK EVERYBODY WANTS TO GET RICH

MSCHF MINT

SOLD OUT

BUY ON StockX

TERMS & CONDITIONS



A-528

# Exhibit 6

A-529

**Page Vault**

| | |
|---|---|
| Document title: | MSAT |
| Capture URL: | https://mschfboard.org/?<br>utm_source=homepage&utm_medium=msat&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:20:17 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:21:42 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 0afedd81-3d28-4c0a-8f79-d2e412a97308 |
| User: | smb-MReiss |

PDF REFERENCE #:      3fZyAacZJ4xL9XpSqvMPVW

Document 18-6   Filed 04/18/2...



# A WINNER TAKES ALL MMO-SAT*

\* MASSIVE MULTIPLAYER ONLINE STANDARDIZED TEST

Pay $52. Take the MSAT.
Highest score wins the entire pot.

**VIEW TEST RESULTS**

| CONTEST IS OVER | TEST DAY Sun 04/10 | MSAT WINNER fourth |
| --- | --- | --- |

## WHAT WAS THE MSAT?

The MSAT was a one-time test taken online by all participants. The test was given on this website on Saturday March 5th, at 12 noon, EST.

Unlike typical standardized tests, the MSAT was taken online and in private. Everyone was cheating, and we don't care. Cheating is a legitimate test-taking strategy.

## WHAT'S IN THE TEST?

The MSAT was a regular standardized test. It contained Reading, Writing, Math, and Essay sections.

If you've studied for standardized tests in the past, you know what to expect.

TEST PREP RESOURCES



- PDF  Official Practice Test  ↓
- ▶  GUIDE: how to get a 1500+ score  ▶
- PDF  Full MSAT Answer Sheet  ↓

## SCORING

The MSAT was scored out of 1600 points. In the event of ties, the fastest time to complete the test won. Time mattered!

You can view the MSAT scores on this website.

## MANIFESTO

SAT; College Admissions ::

a.  CHOCOLATE BAR; WONKA FACTORY
b.  QUARTER; ARCADE CABINET
c.  GATE; GARDEN
d.  WATERMELON; WATCHMAKING

You've been preparing for this your whole life.
"Ohhh, why are we learning this in high school; we're never going to use it in real life."
Well, guess what?

College admissions are an MMO (okay, partially offline too) contest, but instead of winning money, a significant portion of players win a mountain of debt.

For a number of years, popular analysis decried the inequity of the SAT. Wealth corresponded highly with test prep and this skewed the SAT in favor of richer school districts and richer individual students. Additionally, there was concern that the subject matter of the SAT–the passages pulled for reading and writing

### FAQ

How did taking the test work?
The MSAT was taken on this website by all participants at 12 noon EST on Sat March 5. The test lasted 3 hours and 40 minutes.

Who was the winner?
The winner of the MSAT was fourth with a score of 1550 and a time of 01:53:16. You can view all of the test results on this website.



website on Saturday March 5th, at 12 noon, EST.

Unlike typical standardized tests, the MSAT was taken online and in private. Everyone was cheating, and we don't care. Cheating is a legitimate test-taking strategy.

sections.

If you've taken other standardized tests in the past, you know what to expect.

MschfBoard  VIEW TEST RESULTS

**TEST PREP RESOURCES**

PDF  Official Practice Test  ↓

▶  GUIDE: how to get a 1500+ score  ▶

PDF  Full MSAT Answer Sheet  ↓

## MANIFESTO

SAT; College Admissions ::

a.  CHOCOLATE BAR; WONKA FACTORY
b.  QUARTER; ARCADE CABINET
c.  GATE; GARDEN
d.  WATERMELON; WATCHMAKING

You've been preparing for this your whole life.
"Ohhh, why are we learning this in high school; we're never going to use it in real life."
Well, guess what?

College admissions are an MMO (okay, partially offline too) contest, but instead of winning money, a significant portion of players win a mountain of debt.

For a number of years, popular analysis decried the inequity of the SAT. Wealth corresponded highly with test prep and this skewed the SAT in favor of richer school districts and richer individual students. Additionally, there was concern that the subject matter of the SAT—the passages pulled for reading and writing comprehension—contained implicit bias towards experiences much more familiar to white suburban kids.

Recently, the analytical pendulum of public opinion has swung the other way. Yes, the SAT is an imperfect, uneven playing field, but compared to the rest of the college admissions process, it's downright meritocratic. Something like 40% of admitted Harvard students don't get in on an academic basis in the first place—athletes, donors' kids, and legacies. If wealth correlates with SAT scores, it correlates overwhelmingly more with bypassing any theoretically meritocratic system just straight up getting into college.

Money + time contribute to SAT success. If you take it 3 times, your aggregate score is going to be higher than if you took it once—and this does require having $156, transportation to a testing facility, and 3 free weekends. On the other hand, straight-up buying your way into college might involve a million-dollar donation from your parents. While wealth is a factor in both situations, these are not operating on the same level of inequality.

**FAQ**

**How did taking the test work?**
The MSAT was taken on this website by all participants at 12 noon EST on Sat March 5. The test lasted 3 hours and 40 minutes.

**Who was the winner?**
The winner of the MSAT was fourth with a score of 1550 and a time of 01:53:16. You can view all of the test results on this website.

**MSAT IS MSCHF DROP #70**

Every drop is different, and we never do the same thing twice.
Download the MSCHF app to hear about future drops.

ONE OF YOUR WORST CHILDHOOD EXPERIENCES

GAMIFIED!

TERMS    SUPPORT

Document title: MSAT
Capture URL: https://mschfboard.org/?utm_source=homepage&amp;utm_medium=msat&amp;utm_campaign=droplist
Capture timestamp (UTC): Sun, 10 Apr 2022 05:21:42 GMT                                                    Page 2 of 2

# Exhibit 7

A-533

🔒 Page Vault

| | |
|---|---|
| Document title: | Heart 2: Electric Boogaloo |
| Capture URL: | https://heart2electricboogaloo.com/?utm_source=homepage&utm_medium=heart2ele ctricboogaloo&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:23:36 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:24:05 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 92eb7105-4bf9-4c89-a068-9a4f1634975a |
| User: | smb-MReiss |

PDF REFERENCE #:    ih96pNAjJasMbo5gMF6nqF

Case 1:22-cv-02156-WFK-RML   Document 18-7   Filed 04/18/22   Page 3 of 4 PageID #: 603





A-536

# Exhibit 8

A-537

**Page Vault**

| | |
|---|---|
| Document title: | C&D Grand Prix |
| Capture URL: | https://cdgrandprix.com/?utm_source=homepage&utm_medium=cdgrandprix&utm_campaign=droplist |
| Page loaded at (UTC): | Sun, 10 Apr 2022 05:25:56 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 05:26:24 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b46a04ce-ac0b-41e0-8bda-79be9b648ee8 |
| User: | smb-MReiss |

PDF REFERENCE #:      kHZYnpN8A2Fhd7aWCzqcAq



A-539

# Exhibit 9

A-540

**Page Vault**

| | |
|---|---|
| Document title: | Blur |
| Capture URL: | https://usd.whatisblur.com/ |
| Page loaded at (UTC): | Fri, 15 Apr 2022 14:37:53 GMT |
| Capture timestamp (UTC): | Fri, 15 Apr 2022 14:38:08 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | dd0c32d5-baae-4015-a811-a711432461cb |
| User: | smb-notoole |

PDF REFERENCE #:        kxiDUsN1zPJRP5RLdCU7zv

IN WE TRUST

PRODUCT SPECIFICATIONS

| | |
|---|---|
| WIDTH | 6.14" |
| LENGTH | 2.61" |
| HEIGHT | 1.77" |
| WEIGHT | |
| MATERIAL | |
| VALUE | |

* PRODUCT BLURRED BY MSCHF

YOU GET WHAT YOU GET

BUY NOW! BUT WHY NOW? BECAUSE TIME'S OUT. WHY ELSE? DON'T OVERTHINK IT. IT'S WHAT YOU'VE ALWAYS WANTED, ISN'T IT? BUYING. WITHOUT LIMITS. WITHOUT QUESTION.

WE KNOW YOU'RE PARCHED.

THE THRILL OF SIMPLY BUYING. NOW. IT'S WHAT YOUR WHOLE LIFE HAS BEEN RAMPING UP TO, RIGHT? ALL THOSE LESSER "BUY" BUTTONS, WHICH COULD NEVER SATIATE.

A PURCHASE IS A MONETARY MIRAGE UNTIL IT'S IN YOUR HAND. BUT DO SOME DISAPPEAR INTO THE HORIZON ENTIRELY?

YOU TRUST YOUR EYES, DON'T YOU? EVEN OUR BILLS TRUST IN GOD. SO GO AHEAD. HAVE SOME FAITH. BUY NOW.

AND YOU DON'T GET UPSET

SOLD OUT

BUY ON StockX

TO GET RICH



$ IN WE TRUST $

* PRODUCT BLURRED BY MSCHF

YOU GET WHAT YOU GET

BUY NOW! BUT WHY NOW? BECAUSE TIME'S OUT. WHY ELSE? DON'T OVERTHINK IT. IT'S WHAT YOU'VE ALWAYS WANTED, ISN'T IT? BUYING WITHOUT LIMITS. WITHOUT QUESTION.

WE KNOW YOU'RE PARCHED.

THE THRILL OF SIMPLY BUYING. NOW. IT'S WHAT YOUR WHOLE LIFE HAS BEEN RAMPING UP TO, RIGHT? ALL THOSE LESSER "BUY" BUTTONS, WHICH COULD NEVER SATIATE.

A PURCHASE IS A MONETARY MIRAGE UNTIL IT'S IN YOUR HAND. BUT DO SOME DISAPPEAR INTO THE HORIZON ENTIRELY?

YOU TRUST YOUR EYES, DON'T YOU? EVEN OUR BILLS TRUST IN GOD. SO GO AHEAD. HAVE SOME FAITH. BUY NOW.

AND YOU DON'T GET UPSET

GET RICH QUICK EVERYBODY WANTS TO

MSCHF MINT

SOLD OUT

BUY ON StockX

TERMS & CONDITIONS



A-543

# Exhibit 10

**Page Vault**

| | |
|---|---|
| Document title: | Birkinstock |
| Capture URL: | https://birkinstock.shoes/ |
| Page loaded at (UTC): | Mon, 18 Apr 2022 02:51:59 GMT |
| Capture timestamp (UTC): | Mon, 18 Apr 2022 02:52:29 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 8118dbd6-3d25-4aef-957e-a7f3fa903042 |
| User: | smb-notoole |

Case 1:22-cv-02156-WFK-RML   Document 18-10   Filed 04/18/22   Page 3 of 7 PageID #: 614



Document title: Birkinstock
Capture URL: https://birkinstock.shoes/
Capture timestamp (UTC): Mon, 18 Apr 2022 02:52:29 GMT

Case 1:22-cv-02156-WFK-RML Document 18-10 Filed 04/19/22 Page 4 of 7 PageID #: 515



Case 1:22-cv-02156-WFK-RML  Document 18-10  Filed 04/18/22  Page 3 of 7 PageID #: 616



A-548



**BIRKINSTOCK**
MSCHF

SOLD OUT



MADE FROM A DESTROYED HERMES OSTRICH BIRKIN 35 BAG.

- LEATHER: OSTRICH
- ORIGINAL BAG PRICE: $24,000

DETAILS:
- CUSTOM MADE BUCKLE FROM VERMEIL GOLD
- ANATOMICALLY SHAPED CORK-LATEX FOOTBED. UPPER: SUEDE, FOOTBED LINING: SUEDE, SOLE: EVA.

$34,000-$76,000
SOLD OUT

 **BIRKINSTOCK**  BIRKINS

MANIFESTO

ADDITIONAL STEPS INCREASE RETAIL VALUE

THEREFORE: MAKE LUXURY OBJECTS OUT OF OTHER COMPLETE OBJECTS

THE PROCESS OF COMMODITY PRODUCTION: AT EVERY STEP A SET OF COMPONENT RESOURCES GOES IN AND A SLIGHTLY MORE WORKED OR ASSEMBLED PRODUCT COMES OUT. ORE IS MINED, SMELTED, CAST INTO STEEL; STEEL AND PLASTIC MEET STAMP AND MOLD TO PRODUCE A RAZOR; A RAZOR GETS PUT IN A PASTEL BOX AND BECOMES A LIFESTYLE SUBSCRIPTION PRODUCT™!

AND THERE'S A CONSTANT DRIVE TO EXTEND THESE PROCESSES: IF THERE'S ANYTHING WE'VE LEARNED FROM SUBSCRIPTION BUNDLING IT'S THAT ONE MORE STEP IN THE PRODUCTION CHAIN EQUALS ONE MORE OPPORTUNITY TO UPSELL.

LUXURY PRODUCTS USE VALUABLE MATERIALS.

MATERIALS DERIVE VALUE FROM THEIR PLACE IN HISTORY AND CULTURE.

HISTORICALLY WE MAKE LUXURY OBJECTS OUT OF INHERENTLY VALUABLE MATERIALS. GOLD AND JEWELS ARE PERENNIAL FAVORITES, BUT RARE SPEAKS A LANGUAGE OF ITS OWN: IN THE 1800S WHEN ALUMINUM WAS EXOTIC AND NEW, THE BOURGEOIS ARISTOCRATS OF FRANCE PRIZED THEIR FLIMSY, INCONVENIENT, ALUMINUM CUTLERY MORE THAN THEIR ANTIQUE SILVERWARE.

TODAY, BIRKIN BAGS APPRECIATE WITH AN AVERAGE 14% ANNUAL RETURN, CONSISTENTLY BEATING THE S&P 500 - BY THIS METRIC, JUST AS GOLD, THOUGH SHINY, IS NO LONGER THE BASIS OF CURRENCY, WE CAN LOOK TO THE BIRKIN BAG ITSELF AS THE NEW LUXURY RAW MATERIAL PAR EXCELLENCE.



**BIRKINSTOCK**
MSCHF

SOLD OUT



MATERIALS DERIVE VALUE FROM THEIR PLACE IN HISTORY AND CULTURE.

HISTORICALLY WE MAKE LUXURY OBJECTS OUT OF INHERENTLY VALUABLE MATERIALS. GOLD AND JEWELS ARE PERENNIAL FAVORITES. BUT RARE SPEAKS A LANGUAGE OF ITS OWN: IN THE 1800S WHEN ALUMINUM WAS EXOTIC AND NEW, THE BOURGEOIS ARISTOCRATS OF FRANCE PRIZED THEIR FLIMSY, INCONVENIENT, ALUMINUM CUTLERY MORE THAN THEIR ANTIQUE SILVERWARE.

TODAY, BIRKIN BAGS APPRECIATE WITH AN AVERAGE 14% ANNUAL RETURN, CONSISTENTLY BEATING THE S&P 500 - BY THIS METRIC, JUST AS GOLD, THOUGH SHINY, IS NO LONGER THE BASIS OF CURRENCY, WE CAN LOOK TO THE BIRKIN BAG ITSELF AS THE NEW LUXURY RAW MATERIAL PAR EXCELLENCE.

SANDALS OF THESEUS

WHEN BRANDS COLLABORATE THEY CONFLATE, CROSSOVER, AND CONTEXT-COLLAPSE. A LOGO GETS REPLACED HERE, A BRAND COLOR THERE. IN THE END, WHAT OF THE FLAGSHIP PRODUCT REMAINS? BIRKINSTOCKS, THOUGH, ARE NO COLLABORATION: PERHAPS WE MIGHT MORE PROPERLY CALL THEM A TRANSUBSTANTIATION.

FREQUENTLY ASKED QUESTIONS

WHAT ARE BIRKINSTOCKS?

EVER MIS-SPELL SOMETHING AND THEN REALIZE YOU ACTUALLY GOT IT RIGHT? BIRKINSTOCKS ARE THE MOST EXCLUSIVE SANDAL EVER MADE. ALL LEATHER IS SOURCED FROM GENUINE BIRKIN BAGS.

HOW WERE BIRKINSTOCKS MADE?

BIRKINSTOCKS ARE MADE FROM GENUINE BIRKIN BAGS, WHICH ARE FIRST DISASSEMBLED, THEN FLATTENED. WE THEN CUT OUR PATTERN FROM THIS BIRKIN LEATHER, AND ASSEMBLE IT TOGETHER WITH A BIRKINSTOCK CORK FOOTBED AND RUBBER SOLE. ALL BIRKINSTOCKS ARE CRAFTED BY HAND IN USA. BECAUSE OUR PROCESS STARTS WITH AN INDIVIDUAL BIRKIN BAG, EACH PAIR OF BIRKINSTOCKS IS A SINGULAR BESPOKE OBJECT THERE IS NO STOCK MODEL.

ARE HERMES AND BIRKENSTOCK PART OF THIS COLLAB?

MAIS, OUI, ET NON

BIRKINSTOCK IS MSCHF DROP #39

EVERY DROP IS DIFFERENT, AND WE NEVER DO THE SAME THING TWICE. DOWNLOAD THE MSCHF APP TO HEAR ABOUT FUTURE DROPS.

TERMS AND CONDITIONS   SUPPORT

A-549

A-550

# Exhibit 11

A-551

🔒 PageVault

| | |
|---|---|
| Document title: | We've Hit Peak Millennial Internet Culture. Meet MSCHF | Digital Trends |
| Capture URL: | https://www.digitaltrends.com/cool-tech/inside-the-world-of-mschf/ |
| Page loaded at (UTC): | Sun, 10 Apr 2022 04:46:08 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 04:48:07 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 15 |
| Capture ID: | e0b3df6a-7bec-4585-be55-222b75587ac9 |
| User: | smb-MReiss |

PDF REFERENCE #:     rd6Dd1uVtRnszw8c4CKUQN

Case 1:22-cv-00156-WFK-RML   Document 46-12   Filed 04/18/22   Page 3 of 16 PageID #: 621



**Laptop acting up?**

**Solution Found**

**digitaltrends**

Best Products    Product Reviews    News    Buying Guides    Deals    Downloads    Originals    More

MacBook Air 2022    Automatic Smart Tag Tracker    Dell XPS Desktop Review    Twitter Edit Feature    Best iPhone Docks    Sonic Frontiers: Everything We Know    Best VPN For Streaming

EMERGING TECH

# We've hit peak millennial internet culture. Want proof? Meet MSCHF

**By Luke Dormehl**
March 17, 2020

SHARE



**Save $8**
Larktals - Solar Charger - 6 ack

A pair of custom Nike sneakers with soles filled with holy water from the River Jordan. An app that picks stocks to invest in based on your astrological sign. A bath bomb that smells like strawberry Pop-Tarts and is, somewhat morbidly, shaped like a toaster. A dog collar that translates your dog's barks into a stream of swear words. And Puff the Squeaky Chicken, a chicken-shaped bong that squeaks when you smoke it.

ADVERTISEMENT



**Ultra-powerful laptops available now.**
Ready in one hour with in-store pickup.

Shop Now

What do all of these things have in common? They were all viral hits on the internet for a period of around two weeks. And they're all made by MSCHF, a cutting-edge, Brooklyn-based ideas factory that seems to have somehow stumbled upon the magic formula for capturing meme lightning in a bottle and packaging it up for an enthusiastically receptive audience.

In the process, the internet-savvy hit generator has racked up major attention everywhere from Reddit to mainstream television networks. How has it done that? What does it say about internet culture, circa 2020? And how on Earth do you get hold of one of its super-limited-edition products before every other hipster on the mailing list? Digital Trends set out on an intrepid journey into the heart of meme darkness to find answers.

## Define internet culture

Categorizing MSCHF isn't easy. Is it a marketing agency? Is it an e-commerce platform? A novelty "gag gift" product retailer? An artist collective? Some kind of meta-parody of the four that, like Schrödinger's startup, is all of the above and none of them at the same time? No one description entirely adds up.

**CONTENTS**

Define internet culture

The Supreme model

Welcome to the idea factory

What makes today's startups so different, so appealing?

Catching internet lightning in a bottle




platform? A novelty "gag gift" product retailer? An artist collective? Some kind of meta-parody of the four that, like Schrödinger's startup, is all of the above and none of them at the same time? No one description entirely adds up.

"It's very hard to actually have a one-sentence [description] of what we are because we're doing something so new in the space," said David Greenberg, MSCHF's 22-year-old head of strategy and growth. "A lot of startups go out and they're like, 'Oh, we're DTC (direct-to-consumer) this and we sell underwear online or toothbrushes,' or 'we're Uber-for-this,' or 'we're Seamless-for-this.' We don't have anything like that to compare us to. The best way to describe ourselves is sort of just an internet culture brand that launches whatever we want to tell a story in any type of format."

CONTENTS

**Define internet culture**

**The Supreme model**

**Welcome to the idea factory**

**What makes today's startups so different, so appealing?**

**Catching internet lightning in a bottle**


Puff the Squeaky Chicken

MSCHF



Ad

2022 CADILLAC C14

GM-Cadillac    Build Your Own

The confusion about what exactly MSCHF is reflects just how fragmented internet culture has become here in 2020. Like that high school kid who was friends with every group but didn't entirely belong to any, it travels between various overlapping segments of what we might term online culture.

MSCHF is what would happen if you took peak-Upworthy's knack for virality, 4chan's irreverent meme culture, and generation Twitter's attention span, added a tablespoon or three of marketing buzzwords and some venture funding, and then shook the resulting concoction as hard as you possibly could. Pour out the resulting elixir and serve it up in a Brooklyn speakeasy in a faux-vintage whisky tumbler shaped like Mark Zuckerberg's head, and you've got MSCHF. Or something that approximates it.

The company (which is what it's officially registered as) sprang to life in 2016, founded by Gabriel Whaley, a West Point military academy dropout who briefly worked at BuzzFeed. MSCHF started out as a young buck working on nontraditional advertising campaigns for brands like Target, but got out of that racket in late 2019 to focus on doing its own thing.

*"[We're] an internet culture brand that launches whatever we want to tell a story in any type of format."*

MSCHF's name (pronounced "mischief" but spelled differently, because who has time to write out "mischief" these days?) makes it sound a bit like *Fight Club*'s Project Mayhem. If Tyler Durden had been less concerned with getting people to start fights with strangers and more with getting strangers to share his dank memes that is Oh and it's like Fight Club we can tell the MSCHF Kind of

This device translates dog barks into cuss words!    ×



they're barking at a pesky squirrel or
the mail child outside, this may be the



## CONTENTS

Define internet culture

The Supreme model

Welcome to the idea factory

What makes today's startups
so different, so appealing?

Catching internet lightning in
a bottle

time to write out "mischief" these days?) makes it sound a bit like *Fight Club*'s Project Mayhem. If Tyler Durden had been less concerned with getting people to start fights with strangers and more with getting strangers to share his dank memes, that is. Oh, and unlike Fight Club, you can talk about MSCHF. Kind of. Just not too much.

"An example of something we do that's, like, extremely different in the space is, everyone else, all these brands, are trying to grow socials and whatnot," said Greenberg. "And our socials, you can't follow us. I know that sounds kind of weird. We do have a Twitter and Instagram page, right? You can tag that. But we don't [actively] allow followers."

Instead of the usual "socials," users find out about MSCHF's latest products by signing up for text messages on its website, something that probably seems as retro to the TikTok generation as saying that you'll be alerted to a new offering via fax or Paul Revere on horseback.

## The Supreme model

In some senses, it doesn't really matter how you define MSCHF. As Tom Hardy's Bane said in the movie *The Dark Knight Rises*, "It doesn't matter who we are. What matters is our plan." Whatever plan MCHF has, there's no doubt that it's been pretty masterful in terms of netting attention.

It operates on the "drop" model borrowed from the American clothing brand Supreme, which introduces new stock each week on a Thursday, building a sense of anticipation for its new products that simply doesn't exist with most clothing companies. MSCHF does the same thing, only instead of every week, it's every two weeks. ("That's our capacity to do stuff," Greenberg said. "We would actually be comfortable doing it every week if we could.")



Also, instead of being new urban clothing wear for suburban dads, MSCHF's drops are something totally different each time. There's no such thing as a set category, let alone a flagship product.

"If you look at our past work, and then look — well, you can't look — but a lot of the stuff we have coming up, there's just no similarity at all," Greenberg said. "If you go back a few projects, you see a weed product, a bath bomb, a dating app-type thing ... none of them really have anything to do with each other apart from that they're made by us."

In some cases, MSCHF's drop model offers up physical products that users can buy — albeit in extremely limited quantities of 1,000 units. The swearing dog collar (formally known as the Cuss Collar) cost $60. The toaster bath bomb was $10. The custom Nike "Jesus Shoes" sneakers filled with holy water cost a not-inconsiderable $1,425. In other cases, the products are software-based. Netflix Hangouts is a Google Chrome extension that lets you watch Netflix at work by making it look like you're on a conference call. M-Journal is a website that makes Wikipedia pages into an "extremely citable academic paper."



A-555



Hangouts is a Google Chrome extension that lets you watch Netflix at work by making it look like you're on a conference call. M-Journal is a website that makes Wikipedia pages into an "extremely citable academic paper."

## CONTENTS

Define internet culture

The Supreme model

Welcome to the idea factory

What makes today's startups so different, so appealing?

Catching internet lightning in a bottle



they're barking at a pesky squirrel or the loud child outside, this may be the

MSCHF's most recent creation, All The Streams, is a commentary on today's fragmented streaming services that lets you tune into a live feed showing content from Netflix, Hulu, Disney Plus, Showtime, Amazon Prime Video, and HBO Now — and is modeled on old school pirate radio stations. At the time this article was published, it wasn't streaming anything because, in short, some things are just too beautiful (and illegal) to live.

## Welcome to the idea factory

Getting products to market every two weeks does, of course, require a certain amount of business acumen. These things don't happen by accident. An ideas factory is, at the end of the day, still a factory. There's ideation and product iteration to consider, prototyping to carry out, manufacturing to worry about, shipping to take care of. MSCHF has its launches precisely mapped out for the next three months.

For every one product that makes it to market, Greenberg said there are, "not an exaggeration, like 800 to 1,000 ideas that don't make it." If its products seem irreverent and throwaway, they're irreverent and throwaway in the way a model's "just out of bed" hair takes hours to perfect.

Over the course of its recent series of viral hits, MSCHF has attracted some serious venture funding. How could it not? Unicorn hunters are searching for mythical creatures that, even for a second, can capture the internet's collective imagination. A group that has done it again and again is therefore of interest. According to AlleyWatch, MSCHF has, to date, raised a total of $11.5 million in equity funding. Greenberg isn't a fan of discussing this point.



Like deals?
So do we.

"We don't — just because our brand is so weird — one of the things we do internally is we don't really talk about funding," he said. "All I can say on this is that we never wanted to announce our funding. But the New York Times kind of dug it up in [a Securities and Exchange Commission] filing. It's out there that we've raised funding. But apart from that, we just kind of don't talk about it because ... every startup wants to talk about it [right?]. We just want to be a brand that people care about the work, not about anything else."

*"We never wanted to announce our funding. But the New York Times kind of dug it up."*

It's easy to see why MSCHF doesn't want to talk about funding. Talking about

digitaltrends

Rust Products  Product Reviews  News  Buying Guides  Deals  Downloads  Originals  More

York Times kind of dug it up.

## CONTENTS

Define internet culture

The Supreme model

Welcome to the idea factory

What makes today's startups so different, so appealing?

Catching internet lightning in a bottle

It's easy to see why MSCHF doesn't want to talk about funding. Talking about funding isn't cool. At least, not when you're a hip internet culture ideas factory in Brooklyn whose products comment, often very astutely, on the crassness of consumer culture in 2020. Or, at the very least, find nihilistically eye-rolling humor in the gloom of what the dearly missed cultural critic Mark Fisher would have labeled capitalist realism.

## What makes today's startups so different, so appealing?

But it's not really a problem, or certainly not a unique one. What MSCHF is making, at least as far as I'm concerned, is pop art for the internet age. Right from the very beginning, pop art contained many of the same concerns, interests and, yes, contradictions that MSCHF does. As far back as the late 1950s, pop art pioneer Richard Hamilton (you'll probably know him from his iconic 1956 collage *Just What Is It That Makes Today's Homes So Different, So Appealing?*) identified the core components of this quirky new medium.

These included the need to be designed for a mass audience, to be short-term and transient in nature, expendable and easily forgotten, low-cost, youthful, witty, sexy, gimmicky, and glamorous. Pop art was also, Hamilton said, big business.



Andy Warhol's *Campbell's Soup Cans*, 1962

MoMA



The pop artists who followed him took up this mantle. In their work, they commented wryly on media saturation in America, but also took those same images and extended their reach (and respect levels) further by placing them into galleries. Andy Warhol's famous Campbell's Soup cans contained, as art critic Robert Hughes once wrote, "a baleful mimicry of advertising." And yet, despite knowing the shallowness of fame and celebrity, Warhol explicitly set out to join that same jet set.

Heck, Warhol popularized the phrase that, in the future, everyone will be famous for 15 minutes. What more Warholian idea is there than a useless (in the best sense) piece of zeitgeist-grabbing paraphernalia that's designed to capture imaginations for no more than two weeks?

## Catching internet lightning in a bottle



This device translates dog barks into cuss words!



2156-WFK-RML   Regression 10-11   Filed 04/11/22   Page 8 of 16   PageID #: 826

digitaltrends   Best Products   Product Reviews   News   Buying Guides   Deals   Downloads   Originals   More

CONTENTS

Define internet culture

The Supreme model

Welcome to the idea factory

What makes today's startups
so different, so appealing?

Catching internet lightning in
a bottle

## Catching internet lightning in a bottle

Whether MSCHEF can continue to pull off this cultural feat of generating hit after hit remains to be seen. The internet has sped up cultural change to warp levels. Warhol's tenure as an artist who mattered ran six years from 1962 to 1968. MSCHF is now in its fifth year. At present, though, it perfectly captures online life in all its facets and contradictions. It turns a mirror on the weird obsessions at the heart of our click-driven digital lives. And isn't that what great art should do?

To paraphrase Christopher Nolan's Dark Knight movies one more time, MSCHF's inventions may not be the products we deserve. But they're the ones we need right now. So keep your eyes' peeled for its next drop.

### Editors' Recommendations

- How far away are we from mainstream 5G home internet?
- Bloomberg thinks other Democrats want to break up big tech 'just to be nasty'
- Alibaba Singles' Day sales hit $1 billion in the first minute
- What does Sprint and T-Mobile's merger mean for you? We asked the experts
- Most cities can't deal with escooters. Charlotte, N.C. wants to show them how



How far away are we from mainstream 5G home internet?



Bloomberg thinks other Democrats want to break up big tech 'just to be nasty'



Alibaba Singles' Day sales hit $1 billion in the first minute





What does Sprint and T-Mobile's merger mean for you? We asked the experts





With Tesla bleeding money, Elon Musk initiates hardcore spending review

 digitaltrends

Best Practices | Product Review | News | Buying Guides | Deals | Downloads | Originals | More



**With Tesla bleeding money, Elon Musk initiates hardcore spending review**



**Sonic the Hedgehog 2's wild post-credits scene explained**



**The new AMD socket may support up to 12TB of memory**



**This new electric gaming bed lets you rise and grind**



**Apple M1 Extreme: Four dies, ultimate power for Mac Pro?**



**Sonic the Hedgehog 2 review: Blurry sequel stalls out**



**UFC PPV: How much is Volkanovski vs. The Korean Zombie?**



**FuboTV channel, price, plans, packages and add-ons**



**Chromebook deals — must-have models on sale from $99 today**

## Upgrade your lifestyle

Digital Trends helps readers keep tabs







A-560





A-561



A-562



A-563



A-564





This device translates dog barks into cuss words!

A-565



A-566

# Exhibit 12

A-567

🔒 PageVault

| | |
|---|---|
| Document title: | $76,000 Birkinstocks Made From Actual Birkin Bags? - The New York Times |
| Capture URL: | https://www.nytimes.com/2021/02/08/style/MSCHF-birkenstocks-birkin-bags-hermes.html |
| Page loaded at (UTC): | Sun, 10 Apr 2022 15:50:36 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 15:51:14 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 906a87b6-8175-49f8-b19c-1bc937247648 |
| User: | smb-MReiss |

Case 1:22-cv-02156-WFK-RML    Document 18-12    Filed 04/18/22    Page 3 of 9 PageID # 637



☰  🔍  STYLE                    The New York Times                    PLAY THE CROSSWORD    Account

AD  VIKING BOOKS

**New from Amor Towles**
"The master storyteller returns." –Los Angeles Times

LEARN MORE

# $76,000 Birkinstocks Made From Actual Birkin Bags?

Warning: Neither Hermès nor Birkenstock has approved this product.

🎁 Give this article    ↗    🔖    💬 91



The MSCHF Birkinstocks are made from deconstructed Hermès Birkin bags, with gold vermeil buckles and actual Birkenstock cork soles. MSCHF

 By Vanessa Friedman

Feb. 8, 2021

On the second Monday in February, the Banksys of consumer culture struck again.

MSCHF, the Brooklyn collective that created the "Jesus shoe" (Nike sneakers with soles filled with holy water), "88 Holes" (a Damien Hirst spot painting with all the spots cut out and sold separately) and MSCHF X (an "impossible collab" wherein the group chopped up T-shirts from 10 streetwear fashion brands and patchworked them back together) has dropped its latest piece of

Case 1:22-cv-02156-WFK-RML Document 1-47 Filed 04/18/22 Page 4 of 9 PageID #: 638

☰  🔍  **STYLE**    The New York Times    PLAY THE CROSSWORD  Account ▾

(with Damien Hirst (who did a famous cherry-blossom with a Damien Hirst spot painting with all the spots cut out and sold separately) and MSCHF X (an "impossible collab" wherein the group chopped up T-shirts from 10 streetwear fashion brands and patchworked them back together) has dropped its latest piece of social media catnip.

"The most exclusive sandal ever made" is a Birkenstock-like piece of footwear with an official Birkenstock cork-and-rubber sole, but with a leather upper made from purposefully chopped-up Hermès Birkin bags. Shock, horror, fashion sacrilege!

If Marcel Duchamp and Tom Sachs had a baby who was raised by Jeremy Scott of Moschino, this is what it might look like.



The raw material (Birkin bag) that becomes the shoe (Birkenstock).  MSCHF

The "Birkinstock" is either a raspberry to the high-end fashion world and its sudden obsession with the outdoor rec world; a pointed commentary on the cult of the Birkin, which has been labeled a better investment than gold; or a piece of performance art that gives new meaning to Joseph Schumpeter's concept of creative destruction. (There's a manifesto on the group's website to go with the shoes, full of high-minded meditations on resources, commodities and luxury.) Or it's a cynical stunt calculated to break the internet, mocking hypebeast culture and profiting from it at the same time. Maybe all of the above.



Van Cleef & Arpels
Haute Joaillerie, place Vendôme since 1906
◆

DISCOVER THE LADY FÉERIE WATCH

Case 1:22-cv-02156-WFK-RML    Document 18-12    Filed 04/18/22    Page 5 of 9 PageID #: 639



DISCOVER THE LADY FÉERIE WATCH

"We're just sort of fascinated with destroying expensive things and creating something new out of them," said Daniel Greenberg, 23, MSCHF's head of strategy (not that they are so into titles).

Did you know you can share 10 gift articles a month, even with nonsubscribers?
Share this article.

In any case, it is sure to put MSCHF, which thus far has made more noise in the art-technology-streetwear space, on the high-fashion radar. They're trying to move beyond viral jokes into the meta-pop-pundit-sphere.

The shoes will be made to order and available while the supplies last. Which, despite costing $34,000 to $76,000, depending on the size of the customer's foot, will probably not be very long, judging by both history and the availability of the raw material. The Jesus shoes sold out in one minute, the Hirst spots even faster. MSCHF bought only four Birkin bags to serve as raw material, and three pairs of the shoes have already been sold: to Future, who is modeling his on his Instagram feed; Kehlani; and an unnamed art collector. Plus MSCHF is planning to keep one for itself. There may be only four to six pairs left.

(For all of its posturing as a sort of guerrilla band of merry pranksters, the collective has a V.I.P. list of celebrities and art collectors who get early access to the products when they are "at the expensive end of the spectrum," said Gabriel Whaley, 31, the chief executive.)

Editors' Picks


Judge Ketanji Brown Jackson Gets Advice from 'S.N.L.'


Ronald Reagan's New Economic Order, and What It Meant for America


The Home Cooks (and Start-Ups) Betting on Prepared Meals


PAID POST: MASS GENERAL BRIGHAM
How a Rare Son of HIV Survivors Helps Doctors Find a Cure



AO · LUGLESS

Travel Without the Baggage

Ship luggage ahead for less than the cost of checking. Book online today!

BOOK NOW



The New York Times                    STYLE    $76,000 Birkinstocks Made From Actual Birkin Bags?              Give The article    🔖    💬 91



MSCHF bought four genuine Birkin bags and took them apart in order to make the leather straps on their Birkinstocks.

As to why they settled on a Birkin for their first entry into high fashion, aside from the obvious wordplay, Lukas Bentel, 28, one of MSCHF's creative directors, explained: "Birkin bags are like a cultural meme, a symbol for a certain kind of wealth." By "mashing it into a really accessible object," they wanted to force people to perhaps question that symbolism. Plus, the wordplay really is kind of funny.

MSCHF was founded in 2016, and is normally based in the Williamsburg neighborhood of Brooklyn, though employees are now scattered around the boroughs. It does drops the second and fourth Mondays of every month, ranging from abstract ideas like paying people to criticize companies it deems evil (Amazon, Facebook, Tesla) to concrete products like the Birkinstocks. And it has developed something of a rabid following on social media as well as among a handful of celebrities like Drake. Who, as it happens, is so obsessed with Birkins that he has multiple shelves devoted to the bags, which he collects for his future wife.

The Birkin, named for the actress Jane Birkin, was created by Hermès in 1984 and famously holds its value; one of the most expensive bags ever sold at auction was a white Diamond Himalaya Niloticus crocodile Birkin 30 with 18-karat white gold and diamond hardware, which went for more than $370,000 at Christie's in Hong Kong in 2017. They are made by hand, take an artisan a minimum of 18 hours to make, and demand generally exceeds supply, meaning there are waiting lists in Hermès boutiques for the bags.

MSCHF, however, did not bother with a list. Instead, the group bought four bags via resale sites for about $122,500, as well as some cheaper copies, which were used as practice to figure out how to take the bags apart so they could be remade as sandals. At least two leather workshops in Brooklyn turned the team down when contacted about the project, as they were so horrified by the idea of cutting up a Birkin.

"We know some people are going to react with, 'What is wrong with you people?'" Mr. Greenberg said. "But we're OK being hated. We just don't want apathy."



MULTITASKING HEROES
SKINCARE YOUR MAKEUP LOVES

BEAUTYBIO
SHOP NOW

A-572



Kevin Wiesner, 28, another creative director, added: "We really think nothing is sacred in our material choices. Normally, no one would touch a Birkin."

This is not the first time an upstart has taken an establishment luxury product and messed with it: Dapper Dan (a.k.a., Daniel Day) made his name in the late 1980s using logos from brands like Louis Vuitton and Gucci to his own hip-hop fashion ends, and Miguel Adrover stole New York Fashion Week in 1999 with a miniskirt made from a Vuitton trunk. Each time, the luxury brands did not take kindly to the usage, and lawsuits ensued. But as the high end loses its stranglehold on its own image in the age of the social media chorus, Mr. Day has been embraced by the fashion world in the spirit of "if-you-can't-beat-'em, absorb-'em." There's a good chance Hermès will grit its teeth and do the same.

In any case, MSCHF's timing is pretty impeccable: Birkinstock, the brand, is reportedly in deal talks with L Catterton, a private equity firm, which is interested in a majority stake. As it happens, one of L Catterton's investors is LVMH, the world's largest luxury group. No joke.

**More on MSCHF and the Birkin**



The Story of MSCHF, a Very Modern ... Business?
*Jan. 30, 2020*

Can the Birkin Bag Survive the Resale Market?
*April 6, 2019*

Vanessa Friedman is The Times's fashion director and chief fashion critic. She was previously the fashion editor of the Financial Times. @VVFriedman

A version of this article appears in print on Feb. 11, 2021, Section D, Page 5 of the New York edition with the headline: $76,000. Go On, Hate Them.. Order Reprints | Today's Paper | Subscribe

READ 91 COMMENTS

Give this article   91

**At Home and Away Newsletter**
A Change of Address
*Jan. 28*

This Winter's Comfort Foods
*Jan. 27*

What to Do This Weekend
*Jan. 21*

**More in Style**



**Most Popular**

Dylan McDermott Wants to Be a Good Guy for a Change

Marjorie Taylor Greene Calls the Police on Jimmy Kimmel

Are There Any Limits to Leggings Any More?

Case 1:22-cv-02156-WFK-RML   Document 18-12   Filed 04/18/22   Page 8 of 9 PageID #: 642

The New York Times

STYLE   $76,000 Birkinstocks Made From Actual Birkin Bags?

  91



On Their First Date, a Third Party Tagged Along
April 9



Pink and Sequins at the Frick Young Fellows Ball
April 8



PAID POST: ELECTRIFY AMERICA
Batteries Are Included: Here's Why Electric Cars Are Normal Now

on Jimmy Kimmel

Are There Any Limits to Leggings Any More?

Opinion: The Boston Marathon's Brainless Bigotry

Woman in Texas Charged With Murder in Connection With 'Self-Induced Abortion'

Opinion: When a Supreme Court Justice Probably Endorsed Perjury

The Fortunes of MacKenzie Scott

Don't Call it 'Kamping': K.O.A. Goes After the Luxury Market

New York Judge Dies by Suicide After Authorities Search His Home

Judge Ketanji Brown Jackson Gets Advice from 'S.N.L.'



A Partner Each Could Relate To
April 8



Their 'Great Chemistry' Felt More Than Just Friendship
April 8



How Anya Taylor-Joy Learned to Soothe Herself
April 8

**Editors' Picks**



Can You Be Too Old for a Jean Jacket?
April 2



Is 30 Minutes of Exercise a Day Enough?
April 8



9 Ways to Imagine Jeff Bezos' Wealth



AD · LUGLESS

**Travel Without the Baggage**

Ship luggage ahead for less than the cost of checking. Book online today!

BOOK NOW

The New York Times

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | Automotive | Reader Center | Home Delivery |
| World | Columnists | Art & Design | Games | The Athletic | Gift Subscriptions |
| Coronavirus | Editorials | Books | Education | Wirecutter | Games |
| U.S. | Guest Essays | Best Sellers Book List | Food | Cooking | Cooking |
| Politics | Letters | Dance | Health | Headway | |
| New York | Sunday Review | Movies | Jobs | Live Events | Email Newsletters |
| Business | Opinion Video | Music | Love | The Learning Network | Corporate Subscriptions |
| Tech | | Pop Culture | Magazine | Tools & Services | Education Rate |
| Science | | Television | Parenting | Podcasts | |
| Sports | | Theater | Real Estate | Video | Mobile Applications |
| Winter Olympics | | Video: Arts | Style | TimesMachine | Replica Edition |

The New York Times   STYLE  $76,000 Birkinstocks Made From Actual Birkin Bags?   PAID POST: ELECTRIFY AMERICA   ☐ 91

On Their First Date, a Third Party Tagged Along
April 8

Pink and Sequins at the Frick Young Fellows Ball
April 8

**Batteries Are Included: Here's Why Electric Cars Are Normal Now**

Woman in Texas Charged With Murder in Connection With 'Self-Induced Abortion'

Opinion: When a Supreme Court Justice Probably Endorsed Perjury

The Fortunes of MacKenzie Scott







Don't Call it 'Kamping': K.O.A. Goes After the Luxury Market

New York Judge Dies by Suicide After Authorities Search His Home

A Partner Each Could Relate To
April 8

Their 'Great Chemistry' Felt More Than Just Friendship
April 8

How Anya Taylor-Joy Learned to Soothe Herself
April 6

Judge Ketanji Brown Jackson Gets Advice from 'S.N.L.'

**Editors' Picks**







Can You Be Too Old for a Jean Jacket?
April 5

Is 30 Minutes of Exercise a Day Enough?
April 6

9 Ways to Imagine Jeff Bezos' Wealth

AD · LUGLESS



## Travel Without the Baggage

Ship luggage ahead for less than the cost of checking. Book online today!

BOOK NOW

The New York Times

Go to Home Page »

**NEWS**
Home Page
World
Coronavirus
U.S.
Politics
New York
Business
Tech
Science
Sports
Winter Olympics
Wildfire Tracker
Obituaries
Today's Paper
Corrections
Trending

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Letters
Sunday Review
Opinion Video

**ARTS**
Today's Arts
Art & Design
Books
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Video: Arts

**LIVING**
Automotive
Games
Education
Food
Health
Jobs
Love
Magazine
Parenting
Real Estate
Style
T Magazine
Travel

**MORE**
Reader Center
The Athletic
Wirecutter
Headway
Live Events
The Learning Network
Tools & Services
Podcasts
Video
TimesMachine
NYT Store
Manage My Account
NYTLicensing

**SUBSCRIBE**
📧 Home Delivery
🎁 Gift Subscriptions
🎮 Games
🍴 Cooking

Email Newsletters
Corporate Subscriptions
Education Rate

Mobile Applications
Replica Edition
International
Canada
Español
中文网

© 2022 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

A-575

# Exhibit 13

**Page Vault**

| | |
|---|---|
| Document title: | MSCHF cut up a $30K Damien Hirst -- and the pieces are selling for seven times as much - CNN Style |
| Capture URL: | https://www.cnn.com/style/article/damien-hirst-mschf-severed-spots/index.html |
| Page loaded at (UTC): | Sun, 10 Apr 2022 04:40:36 GMT |
| Capture timestamp (UTC): | Sun, 10 Apr 2022 04:41:22 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 21620b0b-3ecc-4ce0-9bcc-51bf1f94d723 |
| User: | smb-MReiss |

PDF REFERENCE #:      3cSnY9KdmwUUc8ogrtPA5G



Case 1:22-cv-02156-WFK-RML Document 30-13 Filed 09/19/22 Page 3 of 10 PageID #: 646

Arts

# A $30K Damien Hirst was cut up -- and the pieces are selling for seven times as much

Published 1st May 2020



Written by
Oscar Holland, CNN

After cutting a $30,000 Damien Hirst print into pieces, a US art collective is on course to sell the individual parts for more than seven times what it originally paid.

New York-based group MSCHF recently purchased a signed copy of one of




**tv+**
**SLOW HORSES**
Start Watching

Advertisement

Written by
Oscar Holland, CNN

A fter cutting a $30,000 Damien Hirst print into pieces, a US art collective is on course to sell the individual parts for more than seven times what it originally paid.

New York-based group MSCHF recently purchased a signed copy of one of the artist's famous spotted paintings, "L'Isoleucine T-Butyl Ester," then proceeded to cut out each of the 88 dots by hand and sell them separately for $480.

This alone generated a profit of around $12,000 -- and with bids for the leftover white paper now reaching over $172,000, the group is set to significantly increase the total value of the work.



The spots were cut out by hand before being sold online  Credit: MSCHF

The colored spots, which were each signed on the reverse by MSCHF, sold out in under 38 seconds, the collective said. What remains of the artwork, which includes Hirst's signature and is listed on the project's website as "Spotless Painting," is open to online bids until early next week.

<sup>cP</sup>
Related
Banksy and the tradition of destroying art

Based in Brooklyn, MSCHF has made headlines over the past year with its so-called "drops" -- a series of irreverent art projects that are unveiled once every two weeks. Last year, the collective sold a laptop installed with some of the world's most dangerous computer viruses for over $1.3 million. The group also developed a browser extension that allows users to watch Netflix at the office while appearing to be on a conference call.

"Ordinarily, it might take fine art decades to double in value, but by chopping it up and distributing it, we're going to do it in a few days," said MSCHF's head of strategy, Daniel Greenberg, over email. "We're beating the entire art world at (its) own game while letting people enjoy the art."

**MORE FROM CNN**


[Gallery] Ugly Wedding Dresses Make You Glad You're Not the Bride


[Photos] Don't Dress Yourself Old: 45 Items That Make You Look Older


**tv+**
**SLOW HORSES**
Start Watching

Advertisement

CNN style

...up the suggestion, we're going to do it in a few days," said MSCHF's head of strategy, Daniel Greenberg, over email. "We're beating the entire art world at (its) own game while letting people enjoy the art."



Bids for what remains of the artwork have reached over $172,000.



Advertisement

A manifesto published on the project's website describes fine art as being a "tailor-made vehicle for the affluent to store their wealth." It also criticizes collectors who buy artworks, only for them to be "stashed" in tax-avoiding freeports, "awaiting the day they might be brought to light once more ... to be flipped like a giant bill in a colorful currency arbitrage."

Related
Damien Hirst medicine cabinet bought for under $800 could sell for millions

But as well as offering a commentary on the value of art, Greenberg said that the group wanted to explore the issue of so-called "fractionalized" ownership, whereby paintings can be jointly bought by multiple owners -- opening up the blue-chip art market to those who may otherwise be priced out.

Indeed, as one of the world's most lucrative artists, Hirst might usually be considered out of reach for small-time collectors. In 2007, his medicine cabinet installation "Lullaby Spring" sold for £9.64 million (then over $19 million) setting a new auction record at the time for the highest price ever paid for the work of a living artist.





Damien Hirst has created over 1,000 spot paintings between 1986 and 2011. Credit: Pier Marco Tacca/Getty Images

"Fine art is the definition of inaccessible," Greenberg said. "For the wealthy, artwork is an investment vehicle, but for the average Joe, fractionalized ownership is continuing to grow."

*Related*
**Mona Lisa for $60K? The curious market for Old Masters replicas**

In recent years, a number of other shared-ownership propositions have emerged in the art market. US-based platform Masterworks, for instance, buys paintings by the likes of Warhol and Monet at auction, before selling 'shares' for just $20 each. The firm manages and stores the artworks, while the "shareholders" take their cut of any profit made when they are eventually sold.



Why is art so expensive?

MSCHF's project, which it calls "Severed Spots," is not the only recent incident of an artwork's value apparently growing as a result of its destruction. When Banksy's "Girl with Balloon" was torn into strips by a hidden shredding device shortly after selling at auction for $1.4 million, many in the art world speculated that the partially-destroyed work could be worth more as a direct result of the stunt.

*Damien Hirst's studio has not yet responded to CNN's request for comment.*



 tv+
SLOWHORSES
Start Watching

Advertisement

Paid Content          by Outbrain



Pay off credit card debt

 

This Game is So Beautiful    You Have a
Computer It's a Must-Have.
*Raid: Shadow Legends*

Banned Movies          Most American
That You Will          Chrome Users
See Again              Didn't Know This
*StandardNews*          (Do It Now)
                       *guard.io*

**MORE FROM CNN**


*Style Videos*
Billie Eilish wore her Oscar
de la Renta Met Gala dress on


*Style*
Valentina Sampaio becomes
Sports Illustrated's first trans


*Style Videos*
Fashion model dies after
collapsing on runway in


*Style Videos*
Kim Mi-soo, South Korean
actress and model, dies age

**Content by LendingTree**

Need cash? How to access your home's
equity

Calculate your new refi payment in minutes.

Paid Content                    Smartfeed



Case CV-02156-WFK-RML   Document 18-13   Filed 04/18/22   Page 7 of 10 PageID #: 650

**Paid Content** 🔵⭕ Smartfeed ▷





**This New Sleep Patch Technology Reduces Insomnia Naturally**
Zleep Patch

Shop Now



**Mesmerizing Kinetic Hummingbird Sculpture**
Wooden Sculpture

Shop Now



**[Pics] 30 Hilarious Cat Shaming Moments**
Daily Funny



**[Photos] Man Saves Her Baby Then Mama Elephant Does This**
12Up



RECOMMENDED 2/5

Read More ›



**Oscars 2022: Best and Worst Dressed**
Livingly.com



**"Nature's Oxycontin", Pain Relief (Now Legal in the US)**
Nutrition Saving Masters



**[Gallery] 20 Celebrities Who Underwent Gender Transformation**
HeraldWeekly







---

**Content by LendingTree**

Need cash? How to access your home's equity

Calculate your new refi payment in minutes. See if you can save

Rates Are Beginning To Rise. Refinance Before It Is Too Late

2 Minutes Online Could Save You Over $40K In Your Mortgage

It's still not too late. Refinance today. Calculate your rate.

**Content by CompareCards**

The Best Credit Cards for People with Excellent Credit

This Card Makes Getting Out Of Debt Simple

Maximize Your Miles With This Travel Card

You Should Not Ignore This Cash Back Card Offer

Results are in: Best Balance Transfer card of 2022



**We Can Guess Your Education Level In 12 Questions**

Bon Voyaged



**Celebrities Who Passed Away in 2021**

StandardNews



**[Photos] This Wedding Photographer Was Not Expecting This Photo**

W h a t T h e F a c t s



Style Videos

**Grammy-winning singer Lizzo is launching a shapewear line called Yitty**



Style Videos

**Artwork worth $46 million heading back to Russia seized by Finnish Customs**



Style Videos

**Bare-chested Timothée Chalamet wows Oscars in Louis Vuitton womenswear**



Style Videos

**Standout looks from the Oscars 2022 red carpet**



'Frozen in time': Rescued film near Chernobyl shows life before the nuclear...

Style Videos



Watch: Dua Lipa and Megan Thee Stallion wore the same outfit at the...

Style Videos



Rare Michelangelo drawing could fetch $33 million in Paris sale

Style Videos



Tokyo's iconic Nakagin Capsule Tower to be demolished

Style Videos



Lil Nas X's show-stopping Grammys suit is dripping in pearls

Style Videos



The Chinese label subverting masculine stereotypes for a 'gender...

Style Videos





Document title: MSCHF cut up a $30K Damien Hirst -- and the pieces are selling for seven times as much - CNN Style
Capture URL: https://www.cnn.com/style/article/damien-hirst-mschf-severed-spots/index.html
Capture timestamp (UTC): Sun, 10 Apr 2022 04:41:22 GMT                                                      Page 6 of 8



**[Photos] Woman Refuses to Take Bag Off Seat, Gets Taught Lesson**

12Up



**[Photos] It Seems Unbelievable, But This Happens In Dubai Every Day**

Investing.com



**[Pics] This Aircraft Is Always Behind Air Force One, Here's Why**

YourDIY



**Simply arrange them to make your garden look different.**

yolugle



What It Really Means When Your Dog Barks "A Lot"

K9 Training Institute



21 Family Photos Gone Completely Wrong

Kale and Cardio



Hailey And Justin Bieber Spend A Near Fortune On Their Latest Hollywood Pad

Investing.com



**[Photos] This Is Why Bronson Never Spoke of his Military Service**

Floor8



Neuropathy & Nerve Damage? Do This Immediately (At Home)

End Tingling



**[Photos] Kate Middleton's Newest Outfit Raises Big Questions**

Livingly



Style Videos

**A design history of the world's most popular sport**



Style Videos

**Grammy Awards 2022: Best fashion on the red carpet**



Document title: MSCHF cut up a $30K Damien Hirst -- and the pieces are selling for seven times as much - CNN Style
Capture URL: https://www.cnn.com/style/article/damien-hirst-mschf-severed-spots/index.html
Capture timestamp (UTC): Sun, 10 Apr 2022 04:41:22 GMT

Page 7 of 8

A design history of the world's most popular sport

Grammy Awards 2022: Best fashion on the red carpet


Style Videos


Style Videos

'Happy Easter X': Missing set of valuable Charles Darwin notebooks returned with note

Patrick Demarchelier, famed fashion photographer, dies aged 78


'KPOP' musical set to debut on Broadway later this year
Style Videos


A miniature manuscript written by Charlotte Brontë to go on sale for $1.25...
Style Videos


'Apathy is one of our biggest problems': Ocean photographer Shawn...
Style Videos


Museum exhibit curated by its own security guards opens in Baltimore
Style Videos

I went to fashion week in the metaverse
Style Videos


[Pics] Girl Makes 6 Babysitters Quit So Mom Records 7th
top5.com

40 Priceless Cat Memes That'll Leave You in Stitches
cuteness.com



2 Gummies Before Bed Relieve Chronic Pain, Anxiety & Insomnia (Try It Tonight)
Nutrition Saving Masters

How to Eliminate Embarrassing Chin Hairs
Smooth Glide