# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-two.

Before:   Dennis Jacobs,
          Denny Chin,
          Beth Robinson,
              *Circuit Judges*.

---

Vans, Inc., VF Outdoor, LLC.,

    *Plaintiffs-Appellees*,  **ORDER**

v.  22-1006

MSCHF Product Studio, Inc.,

    *Defendant-Appellant*.

---

The parties are hereby advised that this appeal will be held in abeyance pending the Supreme Court's consideration of *Jack Daniel's Properties, Inc. v. VIP Products LLC*, No. 21-16969, 2022 WL 1654040 (9th Cir. 2022), *cert. granted*,   U.S. _, 2022 WL 17087471 (U.S. Nov. 21, 2022) (No. 22-148).   It is ORDERED that, no later than ten days after issuance of that decision, each party shall submit to this Court a letter brief, not to exceed fifteen pages single-spaced, addressing the effect, if any, that the *Jack Daniel's* decision has on this appeal.

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk of Court

