UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| MSCHF PRODUCT STUDIO, INC.<br>    Appellant,<br><br>   -against-<br><br>VANS, INC. and VF OUTDOOR, LLC,<br>    Appellees. | )<br>)<br>)<br>)<br>)  No. 22-1006<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New

York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York  10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated:  San Francisco, California
          January 13, 2023

DEBEVOISE & PLIMPTON LLP

By:  *s/ David H. Bernstein*___
    David H. Bernstein
    Megan K. Bannigan
    Marissa P. MacAneney
    Timothy Cuffman
    Alessandra G. Masciandaro
    66 Hudson Boulevard
    New York, New York  10001
    (212) 909-6000
    dhbernstein@debevoise.com
    mkbannigan@debevoise.com
    mpmacaneney@debevoise.com
    tcuffman@debevoise.com
    amasciandaro@debevoise.com

    *Attorneys for Defendant*
       *MSCHF Product Studio, Inc.*