# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand twenty-three.

Before:     Dennis Jacobs,
                Denny Chin,
                Beth Robinson,
                    *Circuit Judges*.

_____

Vans, Inc., VF Outdoor, LLC.,

        Plaintiffs - Appellees,                   **JUDGMENT**

v.                                                       Docket No. 22-1006

MSCHF Product Studio, Inc.,

        Defendant - Appellant.

_____

The appeal in the above captioned case from an order of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's grant of the preliminary injunction and the temporary restraining order is AFFIRMED.

                                                       For the Court:
                                                       Catherine O'Hagan Wolfe,
                                                      Clerk of Court

